SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINS
---------------------------------------------------------------x

JOHN L. EDMONDS, INDIVIDUALLY AND AS A
MANAGING GENERAL PARTNER OF FIFTH AND
106TH STREET HOUSING COMPANY, INC.,
LOGAN PLAZA ASSOCIATES, LP CHARLES H.
ASSOCIATES a/k/a CHARLES H. HILL
ASSOCIATES, LP AND AS A LIMITED PARTNER
OF CHURCH HOME ASSOCIATES, LP,
               Plaintiffs,

-against-

ROBERT W. SEAVEY, INDIVIDUALLY AND AS
A GENERAL PARTNER OF FIFTH AND 106TH
STREET ASSOCIATES, LP, LOGAN PLAZA
ASSOCIATES, LP, CHARLES HILL ASSOCIATES,
CHARLES HILL ASSOCIATES, LP AND AS A
LIMITED PARTNER OF CHURCH HOME
ASSOCIATES, LP; PHYLLIS M. SEAVEY,
INDIVIDUALLY AND AS OWNER, MANAGER
AND MEMBER OF DALTON MANAGEMENT
COMPANY LLC; AVERY B. SEAVEY,
INDIVIDUALLY AND AS A GENERAL PARTNER
OF LOGAN PLAZA ASSOCIATES, LP, CHURCH
HOME ASSOCIATES AND OWNER OF DALTON
MANAGEMENT COMPANY, LLC; AND RONALD
DAWLEY AS CHIEF EXECUTIVE OFFICER OF
DALTON MANGEMENT COMPANY, LLC;
DALTON MANGEMENT COMPANY, LLC,
THE SEAVEY ORGANIZATION and MARKS
PANETH & SHRON, Auditors,
               Defendants.
---------------------------------------------------------------x

Index No.: 08 CIV 5646

**STIPULATION AND ORDER SETTING DEFENDANT MARKS, PANETH & SHRON'S TIME TO RESPOND TO THE COMPLAINT**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/08

    WHEREAS the plaintiff has commenced an action bearing the above caption and civil docket number;

    WHEREAS defendant Mark's Paneth & Shron, LLP (shown above as Marks, Paneth & Shron, auditors) and plaintiffs have agreed to extend the time for Marks, Paneth & Shron to respond to the complaint from July 30, 2008 to August 29, 2008.

2063883.1

IT IS HEREBY STIPULATED AND AGREED that defendant Marks, Paneth & Shron's time to respond to the complaint in this action is hereby extended to August 29, 2008.

Facsimile signatures may be considered originals for all purposes.

_____ date: 7/29/08
M. Douglas Haywoode, Esq.
Attorney for Plaintiffs
71 Maple Street
Brooklyn, NY 11225
(718) 940-8800

_____ date: 7/28/08
William F. Kelly, Esq. (WK 5966)
Wilson, Elser, Moskowitz, Edelman & Dicker
Attorneys for Defendant Marks, Paneth & Shron
3 Gannett Drive
White Plains, NY 10604
(914) 323-7000

SO ORDERED:

_____
U.S.D.J.
July 30, 2008

2063883.1