DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
JOHN L. EDMONDS, INDIVIDUALLY AND AS A :
MANAGING GENERAL PARTNER OF FIFTH AND
106TH STREET HOUSING COMPANY, INC.,
LOGAN PLAZA ASSOCIATES, LP, CHARLES H.     :   Index No.: 08 CIV 5646-HB
ASSOCIATES a/k/a CHARLES H. HILL
ASSOCIATES, LP AND AS A LIMITED PARTNER    :
OF CHURCH HOME ASSOCIATES, LP,
                                            :
              Plaintiffs,
                                            :
      -against-
                                            :
ROBERT W. SEAVEY, INDIVIDUALLY AND AS A
GENERAL PARTNER OF FIFTH AND 106TH          :
STREET ASSOCIATES, LP, LOGAN PLAZA
ASSOCIATES, LP, CHARLES HILL ASSOCIATES,    :
CHARLES HILL ASSOCIATES, LP AND AS A
LIMITED PARTNER OF CHURCH HOME              :   **STIPULATION TO**
ASSOCIATES, LP; PHYLLIS M. SEAVEY               **EXTEND TIME TO ANSWER**
INDIVIDUALLY AND AS OWNER, MANAGER          :
AND MEMBER OF DALTON MANAGEMENT
COMPANY LLC; AVERY B. SEAVEY,               :
INDIVIDUALLY AND AS A GENERAL PARTNER
OF LOGAN PLAZA ASSOCIATES, LP, CHURCH       :
HOME ASSOCIATES AND OWNER OF DALTON
MANAGEMENT COMPANY, LLC; NEALE B.           :
SEAVEY, INDIVIDUALLY AND AS OWNER,
MANAGER AND MEMBER OF DALTON                :
MANAGEMENT COMPANY, LLC; AND RONALD
DAWLEY AS CHIEF EXECUTIVE OFFICER OF        :
DALTON MANAGEMENT COMPANY, LLC;
DALTON MANAGEMENT COMPANY, LLC, THE         :
SEAVEY ORGANIZATION, and MARKS PANETH &
SHRON, Auditors,                            :

              Defendants.        :
------------------------------------------------------------ x

      IT IS HEREBY STIPULATED AND AGREED THAT the time of all Defendants to move, answer or otherwise respond with respect to the Complaint filed in the above-referenced action is extended until October 10, 2008. This Stipulation does not affect the time for responding to discovery or the pending motion for preliminary injunction.

This stipulation may be signed in counterparts and telefax copies of such counterparts may be submitted to the Court and shall be binding upon the parties as if they were originals.

Dated: New York, New York
       August 22, 2008

M. DOUGHLAS HAYWOODE, ESQ.

_/s/ M. Douglas Haywoode_
M. Douglas Haywoode
(mdhlaw@haywoode.com)
71 Maple Street
Brooklyn, New York 11225-5001
718-940-8800
*Attorneys for Plaintiff*

HERRICK, FEINSTEIN LLP

_/s/_
Scott E. Mollen (smollen@herrick.com)
M. Darren Traub (dtraub@herrick.com)
2 Park Avenue
New York, New York 10016
212-592-1400
*Attorneys for Defendants Robert W.
Seavey, Phyllis M. Seavey, Avery B.
Seavey, Neale B. Seavey, Ronald Bewley,
Dalton Management Company, LLC, and
The Seavey Organization*

WILSON ELSER MOSKOWITZ EDELMAN &
DICKER, LLP

_/s/ William J. Kelly_
William J. Kelly (william.kelly@wilsonelser.com)
3 Gannett Drive
White Plains, New York 10604-3407
914-323-7000
*Attorneys for Defendant Marks Paneth & Shron*

SO ORDERED: _/s/ Harold Baer 8/29/08_

The Honorable Harold Baer

- 2 -