Thomas R. Manisero, Esq. (TM 8548)
William J. Kelly, Esq. (WK 5966)
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
Attorneys for Defendants Marks, Paneth & Shron, LLP
3 Gannett Drive
White Plains, NY 10604
(914) 323-7000
(914) 323-7001 (fax)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN L. EDMONDS, individually and as a Managing General Partner of FIFTH AND 106TH STREET HOUSING COMPANY, INC., LOGAN PLAZA ASSOCIATES, LP CHARLES H. ASSOCIATES a/k/a CHARLES H. HILL ASSOCIATES, LP AND AS A LIMITED PARTNER OF CHURCH HOME ASSOCIATES, LP,<br><br>      Plaintiff,<br><br>- against -<br><br>ROBERT W. SEAVEY, individually and as a General Partner of FIFTH AND 106TH STREET ASSOCIATES, LP, LOGAN PLAZA ASSOCIATES, LP, CHARLES HILL ASSOCIATES, CHARLES HILL ASSOCIATES, LP and as a Limited Partner of CHURCH HOME ASSOCIATES, LP; PHYLLIS M. SEAVEY, individually and as owner, manager and member of DALTON MANAGEMENT COMPANY LLC; AVERY B. SEAVEY, individually and as a General Partner of LOGAN PLAZA ASSOCIATES, LP, CHURCH HOME ASSOCIATES and owner of DALTON MANAGEMENT COMPANY, LLC; and RONALD DAWLEY, as Chief Executive Officer of DALTON MANAGEMENT COMPANY, LLC; DALTON MANAGEMENT COMPANY, LLC, and THE SEAVEY ORGANIZATION; and MARKS PANETH & SHRON, Auditors,<br><br>      Defendants. | 08 – CV – 5646 (HB)<br><br>**NOTICE OF MOTION TO DISMISS THE COMPLAINT AS AGAINST DEFENDANT MARKS PANETH & SHRON PURSUANT TO FED. R. CIV. PROC. 12(B)(6) AND 9(B)** |

2214352.1

**PLEASE TAKE NOTICE** that upon the accompanying Declaration of William J. Kelly, Esq., dated December 12, 2008, and the exhibit annexed thereto, the defendants Marks, Paneth & Shron, LLP, will move this Court, at a time to be determined by the court, at the United States District Court located at Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007-1312 or as soon thereafter as counsel may be heard, for an order pursuant to Fed. R. Civ. Pro. 12(b)(6) and 9(b), for an order dismissing the complaint as against Marks Paneth & Shron, LLP in its entirety and for any other relief the court finds just and proper.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to Local Rule 6.1(b) any and all opposing Affirmations and/or Affidavits are to be served within 10 business days of the date of service of this motion.

Dated:   New York, New York
         December 12, 2008

                                    Wilson, Elser, Moskowitz, Edelman
                                    & Dicker LLP

                            By:     _____
                                    Thomas R. Manisero (TM-8548)
                                    William J. Kelly (WK-5966)
                                    *Attorneys for Adversary*
                                    *Proceeding Defendants*
                                    3 Gannett Drive
                                    White Plains, New York 10604
                                    914-323-7000
                                    Fax: 914-323-7001
                                    01439.00148

2214352.1