UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x

John Edmonds, et al.,
Plaintiffs,

-v-

Robert W. Seavey, et al.,
Defendants.

--------------------------------------------------------------- x

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

08 Civ. 5646 (HB) ( )

James C. Francis IV

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

✓ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

✓ Specific Non-Dispositive Motion/Dispute:*
Letter from defendants dated Dec. 19, 2008 and discovery dispute described therein.

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose: _____

___ Habeas Corpus
___ Social Security
___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion: _____

All such motions: ___

* Do not check if already referred for general pretrial.
Dated _____

The trial month, October 2009, set forth in the Pre-Trial Scheduling Order may not change.

SO ORDERED:

/s/ _____ 1/7/9
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/09