UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -:
JOHN L EDMONDS, INDIVIDUALLY AND      : 08 Civ. 5646 (HB) (JCF)
AS A MANAGING GENERAL PARTNER OF      :
FIFTH AND 106TH STREET HOUSING        :    O R D E R
COMPANY, INC., et al.,                :
                                      :
            Plaintiffs,               :
                                      :
    - against -                       :
                                      :
ROBERT W. SEAVEY, INDIVIDUALLY AND    :
AS A GENERAL PARTNER OF FIFTH AND     :
106TH STREET ASSOCIATES, LP,          :
et al.,                               :
                                      :
            Defendants.               :
- - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/16/09
```

Counsel have submitted letters regarding a discovery dispute, and a pretrial conference having been held by telephone on January 15, 2009, it is hereby ORDERED as follows:

1. By January 30, 2009, plaintiffs shall provide complete answers to Defendants' Second Interrogatories.

2. By January 30, 2009, plaintiffs shall provide complee written responses to Defendants' First Requests for Production of Documents and Things.

3. To the extent that counsel have discovery disputes in the future, they shall present them to me by formal motion promptly after having fulfilled their meet and confer obligations.

SO ORDERED.

*James C. Francis IV*
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

1

Dated:     New York, New York
           January 16, 2009

Copies mailed this date:

M. Douglas Haywoode, Esq.
71 Maple Street
Brooklyn, New York 11225

Scott E. Mollen, Esq.
M. Darren Traub, Esq.
Herrick, Feinstein LLP
2 Park Avenue
New York, New York 10016

William J. Kelly, Esq.
Wilson Elser Moskowitz Edelman &
    Dicker, LLP
3 Gannett Drive
White Plains, New York 10604