# M. DOUGLAS HAYWOODE
## COUNSELLER AT LAW
### 71 MAPLE STREET
### BROOKLYN, NEW YORK 11225-5001

TELEPHONE: (718) 940-8800
TELEPHONE: (718) 282-3900
TELECOPIER: (718) 940-9574
E-MAIL: mdhlaw@haywoode.com

March 23rd, 2009

**VIA FAX**
Hon. James C. Francis, United State Magistrate Judge
Daniel Patrick Moynihan United State Courthouse
500 Pearl St. Room 1960, Courtroom 18D
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/09
```

Re: Edmonds v. Seavey, et al.;
Index No.08-CV-5646-HB

Honorable Sir:

With regard to your Order of January 16th, 2009 and pursuant to my previous letters of February 25th, 2009, and March 5th, 2009, attorney Darren Traub and I have further agreed to seek your consent in extending my time to respond to attorney Traub's discovery requests through April 3rd, 2009.

We request this additional time to attempt to resolve this matter between ourselves prior to further submissions

Thank you for all accommodation herein.

Respectfully Submitted,

M. Douglas Haywoode

Cc.: Herrick, Feinstein LLP.
Attn: M. Darren Traub, Esq.

Wilson Elser
Attn.: William J. Kelly, Esq.

3/24/09
Application granted.
SO ORDERED.
James C. Francis IV
USMJ