*M. Douglas Haywoode*
*71 Maple Street*
*Brooklyn, NY, 11255*
*Attorney for Plaintiff John L. Edmonds*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN L. EDMONDS, INDIVIDUALLY AND AS A MANAGING GENERAL PARTNER OF FIFTH AND 106TH STREET HOUSING COMPANY, INC., LOGAN PLAZA ASSOCIATES, LP, CHARLES H. ASSOCIATES a/k/a CHARLES H. HILL ASSOCIATES, LP AND AS A LIMITED PARTNER OF CHURCH HOME ASSOCIATES, LP,

                    Plaintiff,

-against-

ROBERT W SEAVEY, INDIVIDUALLY AND AS A GENERAL PARTNER OF FIFTH AND l06TH STREET ASSOCIATES, LP, LOGAN PLAZA ASSOCIATES, LP, CHARLES HILL ASSOCIATES, CHARLES HILL ASSOCIATES, LP AND AS A LIMITED PARTNER OF CHURCH HOME ASSOCIATES, LP; PHYLLIS M. SEAVEY INDIVIDUALLY AND AS OWNER, MANAGER AND MEMBER OF DALTON MANAGMETNT COMPANY LLC; AVERY B. SEAVEY, INDIVIDUALLY AND AS A GENERAL PARTNER OF LOGAN PLAZA ASSOCIATES, LP, CHURCH HOME ASSOCIATES AND OWNER OF DALTON MANAGEMENT COMIPANY, LLC; NEALE B. SEAVEY, INDIVIDULLY AND AS OWNER, MANAGER AND MEMBER OF DALTON MANAGEMENT COMPANY, LLC; AND RONALD DAWLEY AS CHIEF EXECUTIVE OFFICER OF DALTON MANAGEMENT COMPANY, LLC; DALTON MANAGEMENT COMPANY, LLC, THE SEAVEY ORGANIZATION, and MARK PANETH & SHRON, Auditors,

                    Defendants.

Index No.:   08 CIV 5646

**VERIFIED ANSWER TO COUNTERCLAIM**

Plaintiff, John L. Edmonds ("Plaintiff") by and through his attorney M. Douglas Haywoode, as and for his Verified Answer to the Counterclaims of the Defendants, Robert W. Seavey, Phylis M. Seavey, Avery B. Seavey, Ronald Dawley, Dalton Management Company, LLC, and the Seavey Organization (collectively, "Defendants") hereby states as follows:

1. Denies each and every allegation contained in paragraphs numbered 6, 7, 12, 13, 17, 21, 22, 23, 30, 31, 36, 37.

2. Denies knowledge and information sufficient to form a belief as to each and every allegations contained in the paragraphs numbered 1, 2, 18, 19, 20, 25, 29, 32, 33.

3. Denies each and every allegation contained in paragraph 8, except admits that certain interests were pledged and subsequently redeemed.

4. Denies each and every allegation contained in paragraph 9, that any such interest has been transferred, but, admits that such were pledged to secure a money loan, which has been repaid in the amount of approximately $125,000.00 - $325,000.00.

5. Denies in paragraph 10 the accuracy of these matters as they are alleged.

6. Denies knowledge and information sufficient to form a belief as to each and every allegation contained in paragraph 11, except, these were security instruments devised to secure a loan of $325,000.00, which loan was repaid with full interest.

WHEREFORE Plaintiff, John L. Edmonds demands judgment in his favor:

(a) Dismissing the Verified Answer and Counterclaims in its entirety;

(b) Awarding such other and further relief as this Court deems just and proper.

Dated: Brooklyn, New York
March 25th, 2009

Yours, etc.,

/s/ M. Douglas Haywoode

                                                M. DOUGLAS HAYWOODE, ESQ.
*Attorney for Plaintiff*
71 Maple Street
Brooklyn, NY 11225
(718) 940-8800

To:    Wilson Elser Moskowitz Edelman & Dicker, LLP
       3 Gannett Drive
       White Plains, NY 10604-3407
       Attn: William J. Kelly, Esq.
       (914) 323-7000

       Herrick, Feinstein LLP
       2 Park Avenue
       New York, NY 10016
       Attn: Scott E. Mollen, Esq.
       (212) 592-1505

**VERIFICATION**

M. Douglas Haywoode, an attorney at law duly admitted to practice in the State of New York and in the Federal Courts thereof, affirms the following under penalty of perjury:

I have read the foregoing Verified Answer to the Counterclaim and know it to be true to my knowledge, information, and belief. The grounds for my belief of those matters are based on information, including correspondence and documents furnished to me by the Plaintiff.

This verification is made by me rather than the Plaintiff because Plaintiff does not reside or maintain a place of business in the County in which I maintain an office.

/s/ M. Douglas Haywoode

M. Douglas Haywoode

# NOTICE OF ENTRY

Sir:-Please take notice that the within is a (certified) true copy of an

duly entered in the office of the clerk of the within named court on

Dated,

        Yours, etc.,
    **M. DOUGLAS HAYWOODE**
*Attorney for Plaintiff*

*Office and Post Office Address*
71 MAPLE STREET
BROOKLYN, NEW YORK 11225-5001
(718) 940-8800
Fax (718) 940-9574

To:

Attorneys

# NOTICE OF SETTLEMENT

Sir: Please take notice of an

of which the within is a true copy will be presented for settlement to the Hon.

one of the judges of the within named Court, at    on.

Dated,

        Yours, etc.,
    **M. DOUGLAS HAYWOODE**
*Attorney for Plaintiff*

*Office and Post Office Address*
71 MAPLE STREET
BROOKLYN, NEW YORK 11225-5001
(718) 940-8800
Fax (718)-940-9574

To:

---

Index No.: CIV 5646    Year: 2008

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

JOHN L. EDMONDS, INDIVIDUALLY AND AS A MANAGING GENERAL PARTNER OF FIFTH AND 106TH STREET HOUSING COMPANY, INC., LOGAN PLAZA ASSOCIATES, LP, CHARLES H. ASSOCIATES a/k/a CHARLES H. HILL ASSOCIATES, LP AND AS A LIMITED PARTNER OF CHURCH HOME ASSOCIATES, LP,

                Plaintiff,

-against-

ROBERT W SEAVEY, INDIVIDUALLY AND AS A GENERAL PARTNER OF FIFTH AND 106TH STREET ASSOCIATES, LP, LOGAN PLAZA ASSOCIATES, LP, CHARLES HILL ASSOCIATES, CHARLES HILL ASSOCIATES, LP AND AS A LIMITED PARTNER OF CHURCH HOME ASSOCIATES *et ano.*

## VERIFIED ANSWER TO COUNTERCLAIM

**M. DOUGLAS HAYWOODE**
*Attorney for Plaintiff*
*Office and Post Office Address, Telephone*
71 MAPLE STREET
BROOKLYN, NEW YORK 11225-5001
(718) 940-8800
Fax (718)-940-9574

To: Herrick, Feinstein LLP

Wilson Elser Moskowitz Edelman & Dicker, LLP

Service of a copy of the within      is hereby admitted.

Dated, ...............................

............................................
Attorney(s) for Defendant