*M. Douglas Haywoode*
*71 Maple Street*
*Brooklyn, NY, 11255*
*Attorney for Plaintiff John L. Edmonds*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN L. EDMONDS, INDIVIDUALLY
AND AS A MANAGING GENERAL
PARTNER OF FIFTH AND 106TH
STREET HOUSING COMPANY, INC.,
LOGAN PLAZA ASSOCIATES, LP,
CHARLES H. ASSOCIATES a/k/a
CHARLES H. HILL ASSOCIATES, LP
AND AS A LIMITED PARTNER OF
CHURCH HOME ASSOCIATES, LP,

Index No.:   08 CIV 5646

                                  Plaintiff,

            -against-

**NOTICE OF
CROSS MOTION**

ROBERT W SEAVEY, INDIVIDUALLY
AND AS A GENERAL PARTNER OF
FIFTH AND l06TH STREET
ASSOCIATES, LP, LOGAN PLAZA
ASSOCIATES, LP, CHARLES HILL
ASSOCIATES, CHARLES HILL
ASSOCIATES, LP AND AS A LIMITED
PARTNER OF CHURCH HOME
ASSOCIATES, LP; PHYLLIS M.
SEAVEY INDIVIDUALLY AND AS
OWNER, MANAGER AND MEMBER
OF DALTON MANAGMETNT
COMPANY LLC; AVERY B. SEAVEY,
INDIVIDUALLY AND AS A GENERAL
PARTNER OF LOGAN PLAZA
ASSOCIATES, LP, CHURCH HOME
ASSOCIATES AND OWNER OF
DALTON MANAGEMENT COMIPANY,
LLC; NEALE B. SEAVEY,
INDIVIDULLY AND AS OWNER,
MANAGER AND MEMBER OF
DALTON MANAGEMENT COMPANY,
LLC; AND RONALD DAWLEY AS
CHIEF EXECUTIVE OFFICER OF
DALTON MANAGEMENT COMPANY,
LLC; DALTON MANAGEMENT
COMPANY, LLC, THE SEAVEY
ORGANIZATION, and MARK PANETH
& SHRON, Auditors,

                                  Defendants.

1

PLEASE TAKE NOTICE that based on the Declaration of M. Douglas and the exhibits annexed thereto, plaintiff John L. Edmonds shall move the Court, at a date and time to be determined by the Court, before the Honorable Magistrate Judge James C. Francis, at the United State Courthouse, Courtroom 18D, 500 Pearl Street, New York, New York, for an Order, pursuant to Fed. R. Civ. P. 30(g), entering appropriate sanctions against defendants Rober W. Seavey, Phillis M. Seavey, Avery B. Seavey, Nealle B. Seavey, Ronald Dawley, Dalton Management Company, LLC, and the Seavey Organization (collectively, "the Seavey Defendants") and their Attorneys obstruction of the discovery process, consisting of refusal to provide papers designated by plaintiff pursuant to discovery and the partnership law.

Dated:  Brooklyn, New York
        April 21st, 2009

                              Yours, etc.,
                              M. DOUGLAS HAYWOODE, ESQ.

                              S/ M. Douglas Haywoode
                              *Attorney for Plaintiff*
                              71 Maple Street
                              Brooklyn, NY 11225
                              (718) 940-8800

To:     Wilson Elser Moskowitz Edelman & Dicker, LLP
        3 Gannett Drive
        White Plains, NY 10604-3407
        Attn: William J. Kelly, Esq.
        (914) 323-7000

        Herrick, Feinstein LLP
        2 Park Avenue
        New York, NY 10016
        Attn: Scott E. Mollen, Esq.
        (212) 592-1505