```
----------------------------------------X
Edmonds                                 :    ORDER OF REFERENCE
         Plaintiff,                     :    TO A MAGISTRATE JUDGE
                                        :
     -v-                                :    08cv5646 (HB)(JCF)
                                        :
Seavey, et al.                          :
         Defendant.                     :
                                        :
                                        :
----------------------------------------X
```

The above entitled action is referred to the designated Magistrate Judge ─Francis─ for the following purpose(s):

| | |
|---|---|
| ___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| | ___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| X  Specific Non-Dispositive Motion/Dispute:* (filed 4/21) — Plaintiff's Motion for Sanctions — Defendant's Motion for Sanctions (filed 4/20) | ___ Habeas Corpus |
| | ___ Social Security |
| | ___ Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: _____ |
| If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | All such motions: ___ |
| ___ Settlement* | |
| _ Inquest After Default/Damages Hearing | |

\* Do not check if already referred for general pretrial.
Dated 4/27/09

SO ORDERED: _____
United States District Judge

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/27/09
```