**From:** Traub, M. Darren
**Sent:** Tuesday, April 21, 2009 10:11 AM
**To:** mdhlaw@haywoode.com; Kelly, William
**Subject:** Edmonds v. Seavey

Counsel:

Attached are documents bates labeled Seavey3R 0001 - 00019, which are being produced in response to Plaintiff's Third Requests for Production of Documents. Although the Seavey Defendants and Dalton have made substantially more documents available for inspection, these are the pages that Plaintiff has identified for reproduction.

Thank you.

**M. Darren Traub**
Herrick Feinstein, LLP
2 Park Avenue
New York, NY 10016
Direct Dial: 212.592.1578
Direct Fax: 212.545.2307

4/27/2009

*RWS copy* *Keep*

## LAKEVIEW
### (FIFTH & 106TH ST. ASSOCIATES)
### BANK ACCOUNTS

| REF | BANK ACCT NAME / ACCOUNT # | UNADJUSTED BALANCE 9/30/96 | REF | AUTHORIZED SIGNATURES |
|---|---|---|---|---|
| * | CHASE (CHEMICAL) 3YJ-206139 CHEMICAL INVESTMENT SERVICES CORP. 55 WATER STREET 18TH FLOOR N.Y., N.Y. 10041 | 1,583,842.00 | | THIS IS THE OEF INVESTMENTS |
| | CHASE (CHEMICAL) 006-897010 401 MADISON AVENUE N.Y., N.Y. 10017 | 147,618.00 | | SIGNATURES NOT CONFIRMED |
| * | CITIBANK PRIVATE BANK 37662083 153 EAST 53RD STREET 20TH FLOOR N.Y., N.Y. 10043 | 256,324.22 | A | |
| * | CHASE (CHEMICAL) 114-120390 ADDRESS UNKNOWN | 48,104.41 | A | |
| | BANK LEUMI 4053161902 4410 13TH AVENUE BROOKLYN, N.Y. 11201 | 97,947.70 | | SIGNATURES NOT CONFIRMED |
| | REPUBLIC NATIONAL BANK OF NEW YORK 0398121699 452 FIFTH AVENUE 3RD FLOOR N.Y., N.Y. 10018 | 97,679.42 | | SIGNATURES NOT CONFIRMED |
| | REPUBLIC BANK FOR SAVINGS 366800324 PENNSYLVANIA AVE. & TWIN PINES DRIVE BROOKLYN, N.Y. 11239-2195 | 87,490.50 | | JANE KRIEGER NATALIE WEINTHAL JERRY FERRANTINO ✓ TKS RANGAN |

240-411
J. Ferrantino

TOTAL P.003

## LAKEVIEW
### (FIFTH & 106TH ST. ASSOCIATES)
### BANK ACCOUNTS

| REF | BANK ACCT NAME ACCOUNT # | UNADJUSTED BALANCE 9/30/96 | REF | AUTHORIZED SIGNATURES |
|---|---|---|---|---|
| | CARVER FEDERAL SAVINGS BANK 507007521 75 WEST 125TH STREET N.Y., N.Y. 10027 | 99,481.71 | | JOHN EDMONDS AVERY SEAVEY ROBERT SEAVEY |
| | BANCO POPULAR 765-060469 650 AVENUE OF THE AMERICAS NEW YORK, N.Y. 10011-2013 | 49,818.90 | | SAME AS REPUBLIC |
| | EMIGRANT SAVINGS BANK 02-5150703-4 5 EAST 42ND STREET N.Y., N.Y. 10017 | 81,435.14 | | SAME AS REPUBLIC |
| | DEAN WITTER REYNOLDS INC. 622-376663 900 THIRD AVENUE N.Y., N.Y. 10022 | 781,909.00 | | SIGNATURES NOT CONFIRMED |
| * | CITIBANK - C.D. 9206703511 153 EAST 53RD STREET  20TH FLOOR N.Y., N.Y. 10043 | 651,343.00 | A | |
| * | CHASE (OEF) 201-019477 410 NORTHERN BLVD. GREAT NECK, N.Y. 11021 | (1,884.91) | | SIGNATURES NOT CONFIRMED |

REF A:  BALANCE AS OF 6/30/96.

REF *:  BANK STATEMENTS SENT TO SEAVEY OR EDMONDS.

SEAVEY3R 0014

1000531 0200 007101768
CHASE INVESTMENT SERVICES, CORP.
349 FIFTH AVE 6TH FLOOR
NEW YORK, NEW YORK 10016

# CHASE

**Account Statement May 01, 2000 through May 31, 2000**

Account Number: CL5-538450

For Questions Call:
Local           212 696 3100
Nationwide      800 457 0534

RR Number 116

Copies of this statement have been sent to:
ROBERT SEAVEY

FIFTH AND 106ST ASSOCIATES
A PARTNERSHIP
BNA REALTY COMPANY LLC
ROBERT W SEAVEY
3 PARK AVE SUITE 3800
NEW YORK NY 10016

## Account Valuation

|  | This Period | Last Period |
|---|---|---|
| **Cash/Cash Equivalents** | | |
| Money Markets | 53,187.25 | 47,865.22 |
| **Fixed Income** | | |
| U.S. Treasury/Agency Securities | .00 | 884,004.00 |
| Corporate Bonds | 915,136.50 | 937,783.00 |
| **Total Assets** | 968,323.76 | 1,869,652.22 |

## Activity Summary

|  | Debits | Credits |
|---|---|---|
| Beginning Balance | .00 | .00 |
| Total Securities Purchased | 5,322.04 | .00 |
| Income Received | .00 | 5,322.04 |
| Ending Balance | .00 | .00 |

## Portfolio Allocation

Portfolio Allocation on May 31, 2000

■ Money Markets 5.5%
▨ Corporate Bonds 94.5%

## Income Summary

|  | This Period | Year-To-Date |
|---|---|---|
| Taxable Dividends | 165.79 | 662.94 |
| Corporate Interest | 5,156.25 | 28,687.50 |
| Govt Agency Interest | .00 | 15,495.00 |
| Total Taxable Income | 5,322.04 | 44,845.44 |
| Total Income | 5,322.04 | 44,845.44 |

See page 2 for important information about your brokerage account and this statement.

CHASE INVESTMENTS
1000531 0200 007101768

IN ADDITION TO TRADITIONAL INVESTMENTS, CISC OFFERS A FULL RANGE OF QUALITY SERVICES INCLUDING: PRIVATELY MANAGED PORTFOLIOS, MANAGED MUTUAL FUND PORTFOLIOS, RETIREMENT PLANNING AND ASSET ALLOCATION ANALYSIS. FOR MORE INFORMATION ON THESE PRODUCTS OR SERVICES, PLEASE CONTACT YOUR CHASE FINANCIAL CONSULTANT.

Account carried with National Financial Services Corporation

Page 1 of 5

SEAVEY3R 0015

## Customer Service

National Financial Services Corporation ("NFSC") carries your brokerage account and acts as your custodian for funds and securities deposited with us directly by you, through your introducing firm, or as a result of transactions we process for your account. Inquiries concerning the positions and balances in your brokerage account only may be directed to NFCS at (617)570-5977. When contacting either NFSC or your broker/dealer, remember to include your entire brokerage account number reflected on the front of this statement.

Please notify the service center of the introducing firm promptly in writing of any change of address.

Please review your statement; Report any discrepancies immediately.

## Glossary

**Short Account Balances** - If you have sold securities under the short sale rule, we have, in accordance with regulations, segregated the proceeds from such transactions in your Short Account. Any market increases or decreases from the original sale price will be marked to the market and will be transferred to your Margin Account on a weekly basis.

**Market Value** - This amount represents values obtained from various quotation services which may in turn obtain appraisals based on closing prices and/or the mean bid and ask on the last day of the statement period. Accordingly, the accuracy of such prices cannot be guaranteed. Securities that are not actively traded have not been priced and are identified on the front of the statement. Investment decisions should be made only after consulting your financial consultant for an actual quote.

Statements will be mailed to customers who have transactions during the month affecting money balances and/or security positions held in your brokerage account. All other brokerage accounts will be sent customer statements at least four times during a calendar year provided that the brokerage account contains a money or security balance. Kindly retain these statements as they will enable you to prepare your income tax returns.

Any investment company (i.e., Mutual Fund or Money Market Fund) referred to is not a bank, and the investment products offered by it are not backed or guaranteed by a bank, nor are they insured by the FDIC, and they may lose value.

Any Brokered Certificates of Deposit purchased through NFSC are priced at par. Sale prior to maturity may result in a loss of principal and a substantial penalty may be incurred.

For fixed income securities, prices are approximations (not actual market bids or prices) and are provided only as a general guide.

If this statement contains an estimated value, you should be aware that this value may be based on a limited number of trades or quotes. Therefore, you may not be able to sell these securities at a price equal or near to the value shown. However, the broker/dealer furnishing this statement may not refuse to accept your order to sell these securities. Also, the amount you receive from a sale generally will be reduced by the amount of any commissions or similar charges. If an estimated value is not shown for a security, a value could not be determined because of lack of information.

If you have applied for margin privileges and been approved, you may borrow money from NFSC in exchange for pledging the assets in your account as collateral for any outstanding margin loan. The amount you may borrow is based on the value of securities in your margin account, which are identified on your statement. If you have a margin account, this is a combined statement of your margin account and special memorandum account maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve Board. The permanent record of the separate account, as required by Regulation T, is available for your inspection upon request.

All transactions are subject to the constitution, rules, regulations, customs, usages, rulings and interpretations of the exchange or market - and it's clearing house, if any - where the transactions are executed, and the New York Stock Exchange (NYSE), and of the National Association of Securities Dealers, Inc.

## Additional Information about Your Brokerage Account Statement

**Customer** free credit balances are not segregated and may be used in the course of NFSC's business, subject to the limitations of 17CFR Section 240.15c3-2 under the Securities Exchange Act of 1934. You have the right to receive from NFSC in the course of normal business operations, subject to open commitments in any of your brokerage accounts, any free credit balances to which you are entitled. Interest on free credit balances awaiting reinvestment may be paid out at rates that may vary with current short-term money market rates and/or your brokerage account balances, set at the discretion of your broker/dealer and/or NFSC.

You have the right to receive from NFSC in the course of normal business operations subject to open commitments in any of your accounts 1) any fully paid securities to which you are entitled 2) any securities purchased on margin upon full payment of any indebtedness to NFSC.

Options customers please note the following: 1) further information with respect to commission and other charges related to the execution of options transactions has been included in confirmations of such transactions previously furnished to you, and will be made available promptly upon request; 2) you should advise your introducing firm promptly of any material change in your investment objectives or financial situation; and 3) exercise assignment notices for option contracts are allocated among customer short positions pursuant to a procedure that randomly selects those contracts that are subject to exercise from among all customer short positions, including positions established on the day of assignment. All short option positions are liable for assignment at any time. A description of the random allocation procedure is available upon request.

**Dividend Reinvestment Customers:** Shares credited to your brokerage account resulted from transactions effected as agent by either: 1) Your broker/dealer for your brokerage account, or 2) through the Depository Trust Company (DTC) dividend reinvestment program. For broker/dealer effected transactions, the time of the transactions, the exchange upon which these transactions occurred and the name of the person from whom the security was purchased will be furnished upon written request.

A financial statement of NFSC is available for your personal inspection at its office or a copy of it will be mailed to you upon your written request.

**New York Stock Exchange** Rule 382 requires that your Broker and NFSC allocate between them certain functions regarding the administration of your brokerage account. The following is a summary of the allocation services performed by your Broker and NFSC. A more complete description is available upon request.

**Your Broker is responsible for:** (1) obtaining and verifying brokerage account information and documentation, (2) opening, approving and monitoring your brokerage account, (3) transmitting timely and accurate instructions to NFSC with respect to your brokerage account, (4) determining the suitability of investment recommendations and advice, (5) operating, and supervising your brokerage account and its own activities in compliance with applicable laws and regulations including compliance with margin rules pertaining to your margin account (if applicable), and (6) maintaining required books and records for the services it performs.

**NFSC shall, at the direction of your Broker:** (1) execute, clear and settle transactions processed through NFSC by your Broker, (2) prepare and send transaction confirmations and periodic statements of your brokerage account (unless your Broker has undertaken to do so). Certain pricing and other information may be provided by your Broker or obtained from third parties, which has not been verified by NFSC; (3) act as custodian for funds and securities received by NFSC on your behalf, (4) follow the instructions of your Broker with respect to transactions and the receipt and delivery of funds and securities for your brokerage account, and (5) extend margin credit for purchasing or carrying securities on margin. Your Broker is responsible for ensuring that your brokerage account is in compliance with federal, industry and NFSC margin rules, and for advising you of margin requirements. NFSC shall maintain the required books and records for the services it performs.

The National Association of Securities Dealers ("NASD") requires that we notify you in writing of the availability of an investor brochure that includes information describing the NASD Regulation's Public Disclosure Program ("Program"). To obtain a brochure or more information about the Program or NASD Regulation, contact the NASD Regulation Public Disclosure Program Hotline at (800)289-9999, or access the NASD web site at <www.nasdr.com>.

Securities in accounts carried by National Financial Services Corporation ("NFSC"), a Fidelity Investments company, are protected by the Securities Investor Protection Corporation ("SIPC") up to $500,000 (including cash claims limited to $100,000). NFSC has arranged for additional unlimited insurance protection for cash and securities to supplement its SIPC coverage. Neither coverage protects against a decline in the market value of securities.

SEAVEY3R 0016

# CHASE

See page 2 for important information about your brokerage account and this statement.

**Account Statement May 01, 2000 through May 31, 2000**

Customer Name: FIFTH
Account Number: CL5-538450

## Account Activity

### Cash Account Activity

| Settlement Date | Transaction | Description | Quantity | Transaction Amount | DR/CR |
|---|---|---|---|---|---|
| | | *** Opening Balance *** | | .00 | CR |
| 05-01-00 | REINVESTMENT | CHASE VISTA FEDERAL MONEY MKT PREMIER NET DIV REINVEST | 165.79 | 165.79 | DR |
| 05-01-00 | DIVIDEND RECEIVED | CHASE VISTA FEDERAL MONEY MKT PREMIER DIVIDEND RECEIVED | | 165.79 | CR |
| 05-15-00 | YOU BOUGHT | CHASE VISTA FEDERAL MONEY MKT PREMIER @ 1 | 5,156.25 | 5,156.25 | DR |
| 05-15-00 | INTEREST | MERRILL LYNCH NTS 6.875% 11/15/2018 | | 5,156.25 | CR |
| 05-18-00 | DELIVERED TO YOU | FEDL HOME LN BK CONS BD 6.37% 12/04/2017 | -300,000 | .00 | CR |
| 05-18-00 | DELIVERED TO YOU | FEDL FARM CREDIT BK MED TERM NOTES 6.27% 01/26/2016 | -300,000 | .00 | CR |
| 05-18-00 | DELIVERED TO YOU | FEDL HOME LN BKS DISC NTS DUE 10/20/2000 | -175,000 | .00 | CR |
| 05-18-00 | DELIVERED TO YOU | FEDL NATL MTG ASSN MED TERM NTS 6.09% 09/27/2027 | -200,000 | .00 | CR |
| | | *** Closing Balance *** | | .00 | CR |

SECURITIES AND ANNUITIES INVOLVE INVESTMENT RISK, INCLUDING THE POSSIBLE LOSS OF PRINCIPAL THEY ARE NOT FDIC INSURED BANK DEPOSITS AND ARE NOT GUARANTEED BY, OR OBLIGATIONS OF THE CHASE MANHATTAN BANK, CISC OR ITS AFFILIATES.

IN ADDITION TO TRADITIONAL INVESTMENTS, CISC OFFERS A FULL RANGE OF QUALITY SERVICES INCLUDING: PRIVATELY MANAGED PORTFOLIOS, MANAGED MUTUAL FUND PORTFOLIOS, RETIREMENT PLANNING AND ASSET ALLOCATION ANALYSIS. FOR MORE INFORMATION ON THESE PRODUCTS OR SERVICES, PLEASE CONTACT YOUR CHASE FINANCIAL CONSULTANT.

Customer Name: FIFTH
Account Number: CL5-538450

See page 2 for important information about your brokerage account and this statement.

**Account Statement May 01, 2000 through May 31, 2000**

# CHASE

## Portfolio Detail

### Cash/Cash Equivalents ( 5.5 %)

| Account Type | Description | Symbol Cusip | Quantity | Price on 05/31/00 | Market Value |
|---|---|---|---|---|---|
| CASH | CHASE VISTA FEDERAL MONEY MKT PREMIER 7 DAY AVG NET YIELD  5.77% | VFPXX 62826N408 | 53,187.26 | 1.00 | 53,187.26 |

**  Cash Total  **   53,187.26

### Fixed Income ( 94.5 %)

#### Corporate Bonds

| Account Type | Description | Cusip | Quantity | Estimated Price on 05/31/00 | Estimated Market Value |
|---|---|---|---|---|---|
| CASH | BANKAMERICA CORP SUB NT 7.50% 10/15/2002 | 066050BW4 | 200,000 Estimated Annual Income 15,000.00 Estimated Yield  7.537% | 99.514 | 199,028.00 |
| CASH | MORGAN STANLEY GRP INC NT 6.375% 12/15/2003 | 617446AT6 | 200,000 Estimated Annual Income 12,750.00 Estimated Yield  6.665% | 95.648 | 191,296.00 |
| CASH | MERRILL LYNCH NTS 6.875% 11/15/2018 | 590188JN9 | 150,000 Estimated Annual Income 10,312.50 Estimated Yield  8.049% | 85.419 | 128,128.50 |
| CASH | BELLSOUTH TELECOM DEB BD 7.00% 10/01/2025 | 0798867AM9 | 150,000 Estimated Annual Income 10,500.00 Estimated Yield  7.865% | 89.00 | 133,500.00 |
| CASH | NATIONSBANK CORP SUB NTS 7.25% 10/15/2025 | 638585AP4 | 150,000 Estimated Annual Income 10,875.00 Estimated Yield  8.284% | 87.518 | 131,277.00 |
| CASH | PACIFIC BELL DEB 7.125% 03/15/2026 | 694032AT0 | 150,000 Estimated Annual Income 10,687.50 Estimated Yield  8.102% | 87.938 | 131,907.00 |

IN ADDITION TO TRADITIONAL INVESTMENTS, CISC OFFERS A FULL RANGE OF QUALITY SERVICES INCLUDING: PRIVATELY MANAGED PORTFOLIOS, MANAGED MUTUAL FUND PORTFOLIOS, RETIREMENT PLANNING AND ASSET ALLOCATION ANALYSIS.  FOR MORE INFORMATION ON THESE PRODUCTS OR SERVICES, PLEASE CONTACT YOUR CHASE FINANCIAL CONSULTANT.

# CHASE

See page 2 for important information about your brokerage account and this statement.

**Account Statement May 01, 2000 through May 31, 2000**

Customer Name:   FIFTH
Account Number:  CL5-538450

## Portfolio Detail

### Fixed Income ( 94.5 %)

| Account Type | Description | Cusip | Quantity | Estimated Price on 05/31/00 | Estimated Market Value |
|---|---|---|---|---|---|

\*\* Fixed Income Total \*\*                                                            915,136.50

\*\*\* For an explanation of fixed income pricing, please see the back of the statement \*\*\*

\*\*\*\* Total Assets \*\*\*\*                                                              968,323.76

## Important Information

YOU'VE WORKED HARD. NOW LET CHASE INVESTMENT SERVICES CORP. (CISC) HELP YOU ACHIEVE YOUR GOALS OF A COMFORTABLE RETIREMENT. MAKE AN APPOINTMENT WITH YOUR CISC FINANCIAL CONSULTANT TO ARRANGE FOR A COMPLIMENTARY CONSULTATION.
CISC FINANCIAL CONSULTANTS ARE NOT TAX ADVISORS. FOR TAX ADVICE, PLEASE CONTACT YOUR INDIVIDUAL TAX ADVISOR.

[ END OF STATEMENT ]

IN ADDITION TO TRADITIONAL INVESTMENTS, CISC OFFERS A FULL RANGE OF QUALITY SERVICES INCLUDING: PRIVATELY MANAGED PORTFOLIOS, MANAGED MUTUAL FUND PORTFOLIOS, RETIREMENT PLANNING AND ASSET ALLOCATION ANALYSIS. FOR MORE INFORMATION ON THESE PRODUCTS OR SERVICES, PLEASE CONTACT YOUR CHASE FINANCIAL CONSULTANT.

**ROBERT W. SEAVEY**

THREE PARK AVENUE
NEW YORK, N.Y. 10016

(212) 532-0333
FAX (212) 481-3390

May 13, 2002

Mr. David Steadly
c/o SalomonSmithBarney
399 Park Avenue - 12th Fl.
New York, N. Y. 10022

Dear David:

    Would you be kind enough to send John L. Edmonds, Esq., a letter to the following effect:

> John L. Edmonds, Esq.
> 361 West 125th Street
> Suite #200
> New York, N.Y. 10027

Dear Mr. Edmonds:

    Enclosed the latest Financial Statement from Fifth And 106th Street Associates, A Partnership. I send this to you in your capacity as a General Partner, etc., etc....

Thank you.

Sincerely,

ROBERT W. SEAVEY

RWS:eg

P.S. Please call me.

SEAVEY3R 0001

349 5th Avenue
New York, NY 10016
Phone: 212-696-3100
Fax:    212-696-3196

**CHASE INVESTMENT SERVICES CORP.**
**MEMBER NASD/SIPC**

2001 JAN -8  A 11: 57

# Fax

To: Robert Seavey            From: Tobias Gutierrez
Fax: 212-481-3390            Pages: 5
Phone: 212-532-0337          Date: 1-8-01
Re:                          CC:

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

- Good Morning Mr. Seavy, this is the copy of the check for 11-15-99 for the $40K. This is the last check that you requested. If you need further information feel free to call me at 212-696-3025.

This message is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged and confidential. If the reader of this message is not the intended recipient or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of the communication is strictly prohibited. If you have received this communication in error please notify us immediately by telephone and return the original message to us by mail. Any prices, quotes, statistics, you receive have been obtained from sources we believe reliable, but are subject to errors, omissions, no guarantee is made as to accuracy. Thank You.

Securities and investment advisory services are offered through Chase Investments Services Corp. (CISC), and not through a bank. Annuities are offered through Chase Insurance Agency (CIA). CISC, a member NASD/SIPC and CIA are affiliates of the Chase Manhattan Bank (CMB).

Securities (including mutual finds) and annuities are not bank deposits and are not FDIC insured, nor are they obligators of or guaranteed by the Chase Manhattan Bank, CISC, CIA or their affiliates. Securities (including mutual finds) and annuities are subject to risk, including the possible loss of the principal amount invested.

FROM                                    (MON) 1. 8' 01 13:09/ST. 13:08/NO. 4260999447 P 2

*Affluent Sales Channel*
Check / Wired Funds -- Request

# TO: CISC - Cashiering Dept.                        (212) 638-3633

Account Number: *CL5-538450*  Type: 1    Date: 11/15/99
Account Title: *Fifth & 106 Associates, BNA Realty Co, Robert Seave*
Dollar Amount: *40,000-*

☒ **Check Request:**      ** All check issuance requests must be received prior to 2:30 p.m.

                                                                *HANCOCK Construction Co.*
Issue to:      ☐ Account Registration         ☒ Third Party Name
                                                (requires LOA signed by all authorized parties, plus supporting
                                                documentation. If > $25,000, requires signature guarantee)
               Third Party Name:

Mail to:       ☐ Address of Record            ☒ Third Party / Special Address
                                                (requires client signed LOA)
               Special Address:   *349 5th Ave 6th FL*
                                  *New York N.Y 10016*
Delivery Method: ☒ Regular Mail               ☐ Overnight ($10.00 fee - Charged to account)  Waive Fee?

☐ **Wired Funds Request:**     ➢ $15.00 Fee - Charged to Account  -- Waive Fee?
                                ➢ Same name / Chase to Chase = FC instruction permitted
                                ➢ All other requests require client LOA signed by all authorized parties plus supporting
                                  documentation. If > $25,000, requires signature guarantee

Bank Name:        ✱ *Please have check made out to*
ABA #:              *Hancock Construction Co.*
For Further Credit to:  *And mail it to us here for client*
For the Account of:    *to pick-up*
Account Number:     ✱ *Please DO NOT put clients*  ✱
Special Instruction / Comments:   *Address on check*

Requestor's Name:                                    RR#: (if applicable)
Requestor's Phone No.:
Requestor's Signature: *Carmen Benavides (212) 696-3102*
                       (a complete signature is required on all instruction requests)

Manager's Approval:
                       (a complete signature is required on all instruction requests)

                                                            99 NOV 15 PM 12:01  CHASE INVESTMENT SERVICES CORP

Customer(s) Signature: _____
                       (all parties to the account must sign)

SEAVEY3R 0003

FROM                                           (MON) 1. 8'01 13:09/ST. 13:08/NO. 4260999447 P 3

**ROBERT W. SEAVEY**

THREE PARK AVENUE
NEW YORK, N.Y. 10016

(212) 532-0333
FAX (212) 481-3390

CL5-538950
Fifth Ave + 106th St.

November 15, 1999

Mr. David M. Steadly
Vice President
Chase Investment Service Corp.
349 Fifth Avenue – 6th Floor
New York, N. Y. 10016

Dear Mr. Steadly:

This will confirm that you are instructed to pay Hancock Construction Co., Inc. the sum of Forty Thousand ($40,000.00) Dollars. Hancock is the financial consultant for Fifth And 106th St. Associates.

Please arrange to have this check delivered to your office and upon notice that you have possession of the check, we will arrange to pick it up from you.

Sincerely,

ROBERT W. SEAVEY

AVERY SEAVEY fbo
BNA Realty Company LLC

SIGNATURE GUARANTEED
MEDALLION GUARANTEED
CHASE INVESTMENT SERVICES CORP.
AUTHORIZED SIGNATURE
0041620

SEAVEY3R 0004

**THE SEAVEY ORGANIZATION**
THREE PARK AVENUE • SUITE 3800
NEW YORK, N.Y. 10016

(212) 532-0333
FAX (212) 481-3390

October 7, 1999

<u>VIA FACSIMILE: 212-696-3196</u>
Mr. David M. Steadily
Vice President
Investments
Financial Consultant
Chase Investment Services Corp.
350 Park Avenue, 7th Floor
New York, New York 10022

Re: <u>106th St. Associates L.P.</u>

Dear Mr. Steadly:

Pursuant to the Second Amended Agreement of Limited Partnership of Fifth And 106th St. Associates L.P. whereby Mr. John Edmonds is no longer a General Partner and has been replaced by BNA Realty Company LLC, please substitute the signature of Avery B. Seavey, President of BNA Realty Company LLC for that of Mr. Edmonds on the account.

Also, please replace the name of John L. Edmonds with that of BNA Realty Company LLC in the title.

Accordingly, the account will then be accessed by the joint signatures of Robert W. Seavey and BNA Realty Company LLC by Avery B. Seavey. These signatures appear below.

Sincerely yours,

*[signature]*
Robert W. Seavey

*[signature]*
Robert W. Seavey

BNA REALTY COMPANY LLC

By: *[signature]*
Avery B. Seavey, President

SEAVEY3R 0005

FROM                                    (MON) 1. 8'01 13:10/ST. 13:08/NO. 4260999447 P 5

**ROBERT W. SEAVEY**

THREE PARK AVENUE
NEW YORK, N.Y. 10016

(212) 532-0333
FAX (212) 481-3390

October 6, 1999

<u>VIA FAX (212) 696-3196</u>

TO: David Steadly

FROM: RWS

RE: Second Amended Agreement of Limited Partnership of Fifth And 106th St. Associates L.P.

<u>M E M O R A N D U M</u>

Faxed herewith is Second Amended Agreement of Limited Partnership of Fifth And 106th St. Associates L.P.

Pursuant to this agreement I have bought John L. Edmonds' Geneal Partner interest. He is only left with a 1.2% Limited Partner's Interest. And, in fact, he is conveying that interest to my son automatically upon his demise.

Thank you.

RWS
———
RWS

RWS:eg
Encl.

SEAVEY3R 0006

## Third Party Statement Request

Dear Sir or Madam:

  This letter is my/ our authorization to have duplicate statements for the accounts listed below to be sent to another address. These statements are to be sent until further notice is given.

Brokerage Account(s) ___CLS-538450___

_____

_____

_____

Account Registration ___FIFTH AND 106th ST. ASSOCIATES___

Name and address to be mailed to _____

_____

_____

_____

_____

Signatures

X _____    X _[signature]_

SEAVEY3R 0007

542,000 ✓   5th & 9th   5th & 106th

92,000   5th & 106th                    Chaky  Bsc

15,000   5th & 106th

510,541
870,000                                 2̶3̶0̶9̶0̶9̶6̶3̶9̶
                                        ─────────
177,000                                 230909639

1,590,000
~~~~~~~~~~

542,500         23025629   cash.

SEAVEY3R 0008



Please complete, sign and return in the enclosed envelope so that Mr. Edmonds may receive duplicate mailings.

Thank you

Joanne Snover
212 696 3056
joanne.snover@chase.com

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL   PERMIT NO. 9196   NEW YORK, NY

POSTAGE WILL BE PAID BY ADDRESSEE

CHASE INVESTMENT SERVICES CORP.
349 5TH AVE FL 6
NEW YORK NY

SEAVEY3R 0009



NO POSTAGE NECESSARY IF MAILED IN THE UNITED STATES

*Chase Investment Services Corp.*

# Investment Resolution
# For A Limited Partnership

ACCOUNT NO.
C1L1515131814510

We 4, ~~John L Edmonds and Robert W Seavey~~, General Partners of 5 a 106th St Associates, hereby certify on behalf of the Limited Partnership (the "Partnership"): That the Partnership was duly formed under the laws of the state of New York; that it is currently in existence and in good standing in the state of New York; that the following resolution conforms to the Partnership Agreement of this Partnership; that the following is a true and correct copy of such resolution; and that the same is now in full force and effect.

_John L. Edmonds_
General Partner's Name

_Robert W Seavey_
General Partner's Name

RESOLVED, that the above-listed General Partners of this Partnership are authorized: (i) to act on behalf of the Partnership in connection with the Partnership's ownership of investments to be purchased through Chase Investment Services Corp. or its affiliates, and to open investment accounts as necessary in connection with such investment; (ii) to invest such funds of the Partnership as they deem necessary and endorse checks or other instruments for investment in such accounts; (iii) to furnish any transfer agent with instructions to transfer or redeem any shares of any such investment payable to any person or in any manner; (iv) to sell, surrender, or redeem any investment and apply the proceeds of such sale, surrender, or redemption of the purchase of another investment on behalf of the Partnership; and (v) to execute any necessary forms in connection herewith.

FURTHER RESOLVED, that Chase Investment Services Corp. and its affiliates, and any investment company, insurance company, transfer agent, or custodian bank, may rely from time to time upon any certifications by a General Partner of this Partnership as to the names of the individuals authorized to act under the above resolutions until actual receipt by each of them of a certification by a General Partner modifying or revoking any such resolution.

IN WITNESS WHEREOF, We have hereunto subscribed our names as General Partners of 5th Ave / 106th St Associates Partnership this 22nd day of October, 2002.

_Robert W Seavey_
_John L Edmonds_
General Partner

CONFIRMATION:
(If the person signing this resolution is authorized to act alone)

General Partner

[SEAL]

03 9030* (6-96)                                                                 SEAVEY3R 0010

## Chase Investment Services Corp.

# Investment Resolution
# For A Limited Partnership

**ACCOUNT NO.**
C L 1 5 5 3 8 4 5 0

We ~~I,~~ John L Edmonds and Robert W Seavey, General Partners of 5th and 106th St Associates hereby certify on behalf of the Limited Partnership (the "Partnership"): That the Partnership was duly formed under the laws of the state of New York; that it is currently in existence and in good standing in the state of New York; that the following resolution conforms to the Partnership Agreement of this Partnership; that the following is a true and correct copy of such resolution; and that the same is now in full force and effect.

_____John L. Edmonds_____
General ~~Pa~~rtner's Name

_____Robert W Seavey_____
General Partner's Name

RESOLVED, that the above-listed General Partners of this Partnership are authorized: (i) to act on behalf of the Partnership in connection with the Partnership's ownership of investments to be purchased through Chase Investment Services Corp. or its affiliates, and to open investment accounts as necessary in connection with such investment; (ii) to invest such funds of the Partnership as they deem necessary and endorse checks or other instruments for investment in such accounts; (iii) to furnish any transfer agent with instructions to transfer or redeem any shares of any such investment payable to any person or in any manner; (iv) to sell, surrender, or redeem any investment and apply the proceeds of such sale, surrender, or redemption of the purchase of another investment on behalf of the Partnership; and (v) to execute any necessary forms in connection herewith.

FURTHER RESOLVED, that Chase Investment Services Corp. and its affiliates, and any investment company, insurance company, transfer agent, or custodian bank, may rely from time to time upon any certifications by a General Partner of this Partnership as to the names of the individuals authorized to act under the above resolutions until actual receipt by each of them of a certification by a General Partner modifying or revoking any such resolution.

IN WITNESS WHEREOF, ~~I~~ We have hereunto subscribed ~~my~~ our names as General Partners of 5th And 106th St Associates Partnership this 22nd day of October, 2002.

_____Robert W Seavey_____
_____John L Edmonds_____
General Partner

CONFIRMATION:
(If the person signing this resolution is authorized to act alone)

_____
General Partner

[SEAL]

SEAVEY3R 0011

03 9030* (6-96)

*Chase Investment Services Corp.*

# Investment Resolution For A Limited Partnership

ACCOUNT NO. C|L|5|5|3|8|4|5|0

We, John L Edmonds and Robert W Seavey, General Partners of 5a 106th St Associates, hereby certify on behalf of the Limited Partnership (the "Partnership"): That the Partnership was duly formed under the laws of the state of New York; that it is currently in existence and in good standing in the state of New York; that the following resolution conforms to the Partnership Agreement of this Partnership; that the following is a true and correct copy of such resolution; and that the same is now in full force and effect.

_____John L. Edmonds_____
General Partner's Name

_____Robert W Seavey_____
General Partner's Name

RESOLVED, that the above-listed General Partners of this Partnership are authorized: (i) to act on behalf of the Partnership in connection with the Partnership's ownership of investments to be purchased through Chase Investment Services Corp. or its affiliates, and to open investment accounts as necessary in connection with such investment; (ii) to invest such funds of the Partnership as they deem necessary and endorse checks or other instruments for investment in such accounts; (iii) to furnish any transfer agent with instructions to transfer or redeem any shares of any such investment payable to any person or in any manner; (iv) to sell, surrender, or redeem any investment and apply the proceeds of such sale, surrender, or redemption of the purchase of another investment on behalf of the Partnership; and (v) to execute any necessary forms in connection herewith.

FURTHER RESOLVED, that Chase Investment Services Corp. and its affiliates, and any investment company, insurance company, transfer agent, or custodian bank, may rely from time to time upon any certifications by a General Partner of this Partnership as to the names of the individuals authorized to act under the above resolutions until actual receipt by each of them of a certification by a General Partner modifying or revoking any such resolution.

IN WITNESS WHEREOF, we have hereunto subscribed our names as General Partners of 5th And 106th St Associates Partnership this 22nd day of October, 2001.

_____Robert W Seavey_____
_____John L. Edmonds_____
General Partner

CONFIRMATION:
(If the person signing this resolution is authorized to act alone)

_____
General Partner

[SEAL]

SEAVEY3R 0012

03 9030* (6-96)