*M. Douglas Haywoode*
*71 Maple Street*
*Brooklyn, NY, 11255*
*Attorney for Plaintiff John L. Edmonds*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN L. EDMONDS, INDIVIDUALLY AND AS A MANAGING GENERAL PARTNER OF FIFTH AND 106TH STREET HOUSING COMPANY, INC., LOGAN PLAZA ASSOCIATES, LP, CHARLES H. ASSOCIATES a/k/a CHARLES H. HILL ASSOCIATES, LP AND AS A LIMITED PARTNER OF CHURCH HOME ASSOCIATES, LP,

Index No.:   08 CIV 5646

Plaintiff,

**NOTICE OF MOTION**

-against-

ROBERT W SEAVEY, INDIVIDUALLY AND AS A GENERAL PARTNER OF FIFTH AND l06TH STREET ASSOCIATES, LP, LOGAN PLAZA ASSOCIATES, LP, CHARLES HILL ASSOCIATES, CHARLES HILL ASSOCIATES, LP AND AS A LIMITED PARTNER OF CHURCH HOME ASSOCIATES, LP; PHYLLIS M. SEAVEY INDIVIDUALLY AND AS OWNER, MANAGER AND MEMBER OF DALTON MANAGMETNT COMPANY LLC; AVERY B. SEAVEY, INDIVIDUALLY AND AS A GENERAL PARTNER OF LOGAN PLAZA ASSOCIATES, LP, CHURCH HOME ASSOCIATES AND OWNER OF DALTON MANAGEMENT COMIPANY, LLC; NEALE B. SEAVEY, INDIVIDULLY AND AS OWNER, MANAGER AND MEMBER OF DALTON MANAGEMENT COMPANY, LLC; AND RONALD DAWLEY AS CHIEF EXECUTIVE OFFICER OF DALTON MANAGEMENT COMPANY, LLC; DALTON MANAGEMENT COMPANY, LLC, THE SEAVEY ORGANIZATION, and MARK PANETH & SHRON, Auditors,

Defendants.

1

PLEASE TAKE NOTICE that based on the Declaration of M. Douglas and the exhibits annexed thereto, plaintiff John L. Edmonds shall move the Court, at a date and time to be determined by the Court, before the Honorable Judge Harold Baer, Jr., at the United State Courthouse, Courtroom 18D, 500 Pearl Street, New York, New York, for an Order, pursuant to Fed. R. Civ. P. Rl 16, to extend the time to complete discovery an additional 120 days.

Dated:  Brooklyn, New York
        April 23rd, 2009

                                        Yours, etc.,
                                        M. DOUGLAS HAYWOODE, ESQ.

                                        s/M. Douglas Haywoode
                                        *Attorney for Plaintiff*
                                        71 Maple Street
                                        Brooklyn, NY 11225
                                        (718) 940-8800

To:     Wilson Elser Moskowitz Edelman & Dicker, LLP
        3 Gannett Drive
        White Plains, NY 10604-3407
        Attn: William J. Kelly, Esq.
        (914) 323-7000

        Herrick, Feinstein LLP
        2 Park Avenue
        New York, NY 10016
        Attn: Scott E. Mollen, Esq.
        (212) 592-1505