Thomas R. Manisero, Esq. (TM 8548)
William J. Kelly, Esq. (WK 5966)
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
Attorneys for Defendants Marks, Paneth & Shron, LLP
3 Gannett Drive
White Plains, NY 10604
(914) 323-7000
(914) 323-7001 (fax)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN L. EDMONDS, individually and as a Managing General Partner of FIFTH AND 106TH STREET HOUSING COMPANY, INC., LOGAN PLAZA ASSOCIATES, LP CHARLES H. ASSOCIATES a/k/a CHARLES H. HILL ASSOCIATES, LP AND AS A LIMITED PARTNER OF CHURCH HOME ASSOCIATES, LP,<br><br>Plaintiff,<br><br>- against -<br><br>ROBERT W. SEAVEY, individually and as a General Partner of FIFTH AND 106TH STREET ASSOCIATES, LP, LOGAN PLAZA ASSOCIATES, LP, CHARLES HILL ASSOCIATES, CHARLES HILL ASSOCIATES, LP and as a Limited Partner of CHURCH HOME ASSOCIATES, LP; PHYLLIS M. SEAVEY, individually and as owner, manager and member of DALTON MANAGEMENT COMPANY LLC; AVERY B. SEAVEY, individually and as a General Partner of LOGAN PLAZA ASSOCIATES, LP, CHURCH HOME ASSOCIATES and owner of DALTON MANAGEMENT COMPANY, LLC; and RONALD DAWLEY, as Chief Executive Officer of DALTON MANAGEMENT COMPANY, LLC; DALTON MANAGEMENT COMPANY, LLC, and THE SEAVEY ORGANIZATION; and MARKS, PANETH & SHRON, Auditors,<br><br>Defendants. | 08 – CV – 5646 (HB)<br><br>DECLARATION OF WILLIAM J. KELLY, ESQ., IN RESPONSE TO THE DECLARATION OF M. DOUGLAS HEYWOODE |

2368831.1

William J. Kelly, an attorney admitted to practice before this Court, declares under penalty of perjury, pursuant to 28 U.S.C. § 1746:

1. I am associated with the law firm Wilson, Elser, Moskowitz, Edelman & Dicker LLP, attorneys for defendant Marks, Paneth & Shron, LLP, sued here as "Marks, Paneth & Shron, Auditors" ("Marks Paneth"). I submit this declaration in response to the Declaration of M. Douglas Heywoode, Esq., dated April 27, 2009, offered in purported opposition to co-defendants' motion for sanctions and in further support of plaintiff's cross-motion for sanctions.

2. Although we do not wish to get caught up in the other parties' motions for sanctions, Counselor Heywoode makes several erroneous statements concerning Marks Paneth's role with the partnerships and makes unsupported characterizations of the testimony and evidence in this case such that Marks Paneth cannot sit idly by. For example, Counselor Heywoode's repeated assertions concerning Marks Paneth's role as auditor and the firm's independence is not supported by any fair reading of any evidence in this case. However, rather than engage in a tit for tat exchange, Marks Paneth will present the transcripts and documentary evidence to the Court on an appropriate future motion regarding the merits of the case.

3. However, it should be noted that none of Counselor Heywoode's statements about Marks Paneth relate in any way to any of the purported claims set forth against Marks Paneth in the complaint.

4. If the Court so desires, we are prepared to submit a detailed rebuttal to each of

2368831.1

Counselor Heywoode's spurious comments. However, in the context of this motion and cross motion, it would not appear to be necessary.

Dated:   White Plains, New York
         April 30, 2009

*[signature]*
William J. Kelly (WK 5966)