# HERRICK
Committed to Your Success.

## Scott E. Mollen: profile

**Scott E. Mollen**
Partner
New York
email me | v-card
Phone: (212) 592-1505
Fax:     (212) 545-3370

practice areas
Employment Litigation
Entertainment & Related Media
Government Relations
Litigation
Alternative Dispute Resolution
Construction Litigation
Securities Litigation
White Collar Defense
Cooperatives and Condominiums
Real Estate Loan Workouts, Restructuring & Foreclosures
Real Estate Litigation

industries
Business Services
Construction
Entertainment & Related Media
Financial Services
Government & Law
Insurance & Reinsurance
Hospitality, Travel & Leisure Media
Membership Organizations
Real Estate
Securities & Commodities
Telecommunications Equipment
Computer Hardware, Software & Services

education
St. John's University School of Law, J.D., 1972

New York University

Scott Mollen's practice areas include general commercial litigation (breach of contract, real estate, securities, fiduciary duties, partnerships, lender liabilities, anti-trust, appellate practice) alternative dispute resolution (ADR), governmental relations, general business counseling and white collar crime.

Scott advises major corporations, business executives, real estate owners and developers, commercial and retail tenants, investors and lending institutions. He has advised several government agencies, public officials and families of public officials.

Scott was appointed by Chief Judge Judith Kaye to the Chief Judge's Committee on the Profession and the Courts (the "Craco Committee") which conducted an examination of the legal profession and the Courts and made recommendations to improve professionalism, client satisfaction, attorney discipline and court management, almost all of which have since been adopted and implemented.

He is a member of the Board of Editors of, and a weekly columnist for, the *New York Law Journal*; a former member of Mayor Giuliani's Committee on the Judiciary; a former member of Nassau County Executive Tom Suozzi's Transition Committee; a member of the mediation panels for the United States District Court for the Eastern District of New York and the United States Bankruptcy Court for the Southern District of New York; and a former Chairperson of the New York City Rent Guidelines Board.

Scott is a member of the Judicial Screening Committee of the New York City Bar Association and a former member of the bar association's council on Judicial Administration and Litigation Committee. He is also a member of the Nassau County Bar Association Commercial Litigation Committee.

In his then-capacity as a Vice-Chairperson of the New York Regional Board of the Anti-Defamation League, Scott helped lead ADL's successful effort to achieve enactment of New York State's Hate Crimes statute. Scott was the recipient of the ADL's Human Relations Award.

He lectures before judges and court attorneys at continuing legal education programs sponsored by the New York State Office of Court Administration and the Appellate Terms for the 1st and 2nd Judicial Departments. He has also lectured for the Practicing Law Institute, the Association of the Bar of the City of New York, New York County Lawyers Association, Brooklyn Bar Association, the Suffolk County Bar Association and the New York Guard; and is an Adjunct Professor at St. John's University School of Law where he teaches Alternate Dispute Resolution. Scott has served as a Vice-Chairperson of the New York Regional Board and currently serves on the Executive Committee of the Lawyer's Division of the Anti-Defamation League.

bar admissions



**Committed to Your Success.**

## M. Darren Traub: profile

**M. Darren Traub**
**Associate**
**New York**
email me | v-card
Phone: (212) 592-1578
Fax:     (212) 545-2307

practice areas
Litigation, Coverage & Insurance Commercial Disputes
IP - Litigation & Enforcement
Sports
Entertainment & Related Media
Title Insurance
Sports Business
Intellectual Property Litigation

industries
Entertainment & Related Media
Internet & Technology Media
Sports

education
University of Richmond, T.C. Williams School of Law, J.D., 2000
*cum laude, law review*

University of Georgia, B.A., 1996

bar admissions
New York
Georgia

court admissions
U.S. District Court, E.D. New York
U.S. District Court, S.D. New York
U.S. District Court, N.D. Georgia
U.S. District Court, M.D.

M. Darren Traub focuses his practice on complex business and intellectual property litigation matters, including trademarks, trade dress, copyrights, unfair competition, trade secrets, publicity rights, and internet-related issues. Darren has represented professional sports franchises, major record labels, recording artists, pharmaceutical companies, beverage companies, software developers, and technology companies in federal and state courts, as well as before the Trademark Trial and Appeal Board and the World Intellectual Property Organization.

Darren counsels entertainment industry participants in obtaining, policing, and protecting trademark and copyright registrations. Record labels, recording artists, authors, and other entertainment professionals turn to Darren to negotiate entertainment-related contracts, including recording contracts, management agreements, publishing contracts, and television production agreements.

Darren also represents major title insurance companies in coverage disputes, claims asserted against their insureds, and fraud claims.

**Recent Matters of Note:**
Ongoing
**Las Vegas Conference Center Investors - Arbitration**
*Representation of one of three investor groups in an existing five million square foot conference and exhibit center in Las Vegas in a seven-week, three-panel arbitration over each investor group's rights and ownership in the project. The conference center cost more than $1 billion to build and is planned to expand to 12 million square feet.*

2008
**Global Vision Information Technology (Proprietary), Ltd. v. Fashionware Solutions Inc.**
*Representation of Fashionware Solutions Inc., in defeating the plaintiff-developer's motion for a preliminary injunction to enjoin our client's use and exploitation of its own custom developed fashion industry software under South African copyright law. (S.D.N.Y.)*