# M. DOUGLAS HAYWOODE

COUNSELOR AT LAW
71 MAPLE STREET
BROOKLYN, NEW YORK 11225-5001

TELEPHONE: (718) 940-8800
TELEPHONE: (718) 282-3900
TELECOPIER: (718) 940-9574
E-MAIL: mdhlaw@haywoode.com

# fax

**to:** Herrick, Feinstein, LLP., Attn.: M. Darren Traub, Esq.
Wilson Elser, William J. Kelly, Esq.

**fax #:** (212) 545-2307  (914) 323-7001

**from:** M. Douglas Haywoode

**date:** April 15, 2009

**subject:** Edmonds v. Seavey, et al.

**pages:** (including this one) (1)

**NOTES:** John L. Edmonds will appear for the taking of his deposition on Friday, April 17th, 2009 at 10 A:M: We anticipate Phyllis Seavey's appearance at the Court, 10 A:M on Monday April 20th, 2009. Orley Cameron and Sandra Griffith are available on April 21st, 2009 and Adam Pryce is available on April 22nd, 2009. On location to be designated.

MD Haywoode

If the copy is illegible or incomplete, please call (718) 940-8800 immediately.