85:15, 85:22, 86:8, 86:19, 86:23, 87:9, 88:2, 88:13, 88:14, 88:22, 95:13, 95:21, 95:24, 96:4, 96:10, 96:16, 96:19, 97:15, 102:3, 103:21, 104:3, 105:25, 106:6, 106:9, 106:13, 106:17, 108:11, 108:14, 108:20, 109:3, 110:19, 110:20, 112:6, 113:24, 114:21, 114:25, 119:11, 120:9, 120:16, 124:5, 124:14, 134:2, 134:5, 134:10, 134:23, 136:7, 136:15, 136:24, 137:3, 137:7, 137:13, 149:21, 150:13, 150:20, 151:5, 151:6, 151:10, 152:20, 152:21, 152:24, 152:25, 153:4, 153:5, 153:7, 168:7, 188:5, 190:25, 192:2, 194:5, 200:3, 201:9, 201:12, 202:7, 202:12, 216:13, 229:19, 229:20, 233:13, 250:16, 250:18, 253:23, 255:7, 256:16, 257:3, 259:22, 263:23
**Correct** [2] - 57:22, 106:10
**corrected** [1] - 262:19
**corrections** [1] - 276:4
**correctly** [1] - 56:25
**correctness** [1] - 41:5
**correspond** [1] - 208:9
**correspondence** [1] - 166:7
**corresponds** [1] - 209:2
**cost** [2] - 155:6, 225:3
**costs** [2] - 153:14, 154:2
**Counsel** [1] - 25:23
**counsel** [26] - 5:18, 50:5, 53:19, 66:11, 77:13, 98:7, 155:13, 174:14, 174:24, 174:25, 175:4, 175:6, 175:11, 175:22, 186:11, 190:12, 218:17, 240:18, 244:9, 244:11, 244:13, 244:23, 245:25, 246:19, 268:20, 269:4
**counsel's** [1] - 156:3
**counted** [1] - 102:3
**countersign** [1] - 249:2
**couple** [3] - 126:5, 202:2, 203:14
**course** [1] - 115:23
**courses** [1] - 99:13
**Court** [2] - 4:21, 184:21
**court** [7] - 51:21, 53:7, 64:16, 156:5, 181:13, 184:15, 184:22
**COURT** [1] - 1:1
**courtroom** [1] - 185:25
**cover** [1] - 267:20
**covered** [1] - 196:23
**covering** [1] - 268:12
**CPA** [1] - 15:20
**create** [1] - 140:16
**Credit** [1] - 250:9
**credited** [2] - 76:19, 204:10
**crew** [1] - 221:22
**critical** [2] - 190:14, 190:16
**cropped** [3] - 235:7, 236:8, 241:6
**current** [3] - 103:13, 204:18, 229:6
**cut** [6] - 114:15, 232:6, 232:9, 234:8, 236:23, 242:22

**D**

**daily** [3] - 64:18, 64:20, 258:3
**DALTON** [5] - 1:13, 1:15, 1:16, 1:17, 1:17
**Dalton** [181] - 6:8, 6:12, 6:15, 6:21, 7:10, 8:5, 8:12, 8:18, 9:7, 9:10, 11:8, 12:8, 12:19, 12:24, 13:3, 13:6, 13:9, 16:15, 17:4, 17:12, 18:8, 18:12, 18:23, 19:2, 19:3, 19:6, 19:10, 19:13, 19:18, 20:10, 20:20, 21:2, 21:4, 21:8, 24:9, 27:17, 28:3, 28:9, 29:4, 29:18, 29:19, 29:20, 29:24, 30:4, 30:9, 30:17, 31:7, 31:8, 33:2, 37:21, 38:3, 38:7, 38:12, 38:15, 39:6, 39:9, 39:11, 41:9, 42:9, 62:24, 63:12, 63:16, 63:18, 63:20, 63:24, 64:8, 67:6, 67:7, 70:25, 71:7, 72:25, 76:3, 76:14, 84:9, 87:25, 91:9, 91:23, 94:22, 96:8, 96:14, 100:11, 100:20, 103:18, 103:21, 105:6, 105:12, 106:9, 106:20, 107:16, 108:24, 109:18, 110:18, 113:14, 114:12, 114:14, 115:9, 115:18, 116:25, 117:15, 117:21, 120:6, 121:15, 121:21, 123:15, 125:16, 130:18, 133:16, 133:23, 136:3, 136:7, 136:14, 136:18, 137:23, 138:18, 138:25, 139:5, 139:8, 141:2, 141:7, 143:6, 143:25, 144:2, 144:9, 145:6, 149:19, 149:20, 150:3, 151:23, 151:25, 152:9, 153:7, 153:8, 153:15, 159:19, 161:21, 169:20, 181:25, 191:15, 193:9, 196:2, 201:5, 208:6, 209:13, 209:19, 212:8, 214:7, 220:23, 232:15, 232:18, 233:11, 233:16, 233:25, 237:17, 247:23, 248:5, 249:11, 250:3, 250:4, 256:19, 256:21, 257:21, 258:13, 259:7, 259:14, 259:21, 262:25, 265:4, 265:19, 266:24, 267:12, 267:20, 267:22, 268:11, 268:14, 270:2, 270:21, 272:14, 273:24
**Dalton's** [17] - 63:12, 71:12, 83:22, 84:12, 88:12, 89:12, 107:15, 112:6, 113:24, 131:3, 138:14, 153:3, 200:16, 249:24, 270:9, 270:11, 270:17
**darkened** [2] - 133:12, 157:4
**DARREN** [1] - 3:12
**Darren** [5] - 54:21, 147:8, 163:6, 181:20, 184:21
**data** [1] - 122:2
**date** [25] - 21:16, 61:17, 78:22, 91:12, 104:15, 106:2, 132:13, 156:17, 164:25, 169:14, 191:11, 192:19, 198:21, 207:8, 208:3, 208:20, 215:18, 223:5, 224:5, 224:8, 229:17, 233:4, 234:23, 252:12, 257:5
**dated** [12] - 24:9, 25:6, 25:9, 26:2, 202:25, 228:16, 252:8, 252:13, 252:20, 252:21, 272:11, 273:17
**dates** [3] - 202:24, 235:10, 235:12
**DAWLEY** [4] - 1:16, 1:23, 2:2, 271:9
**Dawley** [14] - 5:10, 5:15, 6:8, 27:25, 31:6, 78:9, 79:5, 96:7, 204:5, 237:15, 251:16, 254:5, 271:7, 272:5
**days** [1] - 266:5
**deal** [3] - 5:23, 26:5, 141:21
**dealing** [2] - 29:13, 31:14
**dealt** [1] - 117:19
**debate** [2] - 50:4, 82:16
**debating** [2] - 148:7, 148:11
**debited** [1] - 76:19
**debt** [2] - 28:13, 228:19
**December** [5] - 111:24, 111:25, 132:16, 132:22, 165:4
**decided** [3] - 59:3, 147:10, 259:13
**decides** [1] - 206:6
**decision** [6] - 34:22, 35:23, 37:11, 37:14, 151:12, 151:15
**deck** [1] - 141:24
**deducted** [2] - 204:24, 218:7
**deduction** [4] - 28:17, 35:14, 204:22, 216:12
**Defendant** [2] - 2:2, 3:16
**defendants** [1] - 181:16
**Defendants** [2] - 1:19, 3:10
**defer** [1] - 151:15
**Deferred** [1] - 92:19
**deferred** [1] - 92:21
**deficiencies** [1] - 166:9
**deficient** [2] - 270:10, 270:19
**define** [2] - 64:22, 64:25
**degree** [2] - 16:8, 65:3
**Degree** [2] - 16:10, 16:13
**delivered** [2] - 247:22, 248:4
**demands** [1] - 176:3
**demeanor** [1] - 190:11
**department** [2] - 75:11, 75:12
**deposit** [2] - 64:12, 178:6
**deposition** [28] - 4:16, 24:24, 48:25, 52:4, 52:9, 52:13, 52:20, 53:2, 56:14, 90:23, 91:6, 94:15, 104:7, 147:2, 169:7, 179:7, 180:3, 181:22, 182:9, 182:20, 183:10, 183:14, 183:17, 183:25, 184:9, 189:18, 246:17, 271:6
**DEPOSITION** [1] - 2:2
**depositions** [1] -

49:13
deposits [2] - 11:3, 64:13
depreciate [1] - 103:12
depreciation [14] - 72:22, 75:9, 75:10, 75:13, 79:6, 79:9, 79:10, 79:13, 79:19, 79:20, 81:18, 81:19, 95:16, 101:7
depth [1] - 146:21
derision [1] - 190:9
derisive [1] - 190:13
describe [2] - 18:11, 135:2
described [2] - 161:6, 270:9
Description [1] - 26:16
description [3] - 10:21, 202:18, 222:12
DESCRIPTION [2] - 273:20, 274:5
design [1] - 166:9
desirable [1] - 218:17
desire [1] - 244:24
detail [4] - 67:21, 68:4, 92:24, 241:3
detailed [1] - 27:21
details [1] - 240:9
determination [13] - 71:3, 71:6, 75:10, 93:5, 114:10, 119:8, 121:3, 200:14, 200:18, 216:21, 217:12, 217:16, 238:15
determine [13] - 28:13, 38:7, 73:13, 112:14, 113:10, 115:13, 119:10, 119:19, 121:11, 123:14, 207:2, 218:11, 220:15
determined [3] - 54:18, 184:22, 184:23
developed [1] - 65:11
development [4] - 18:2, 125:17, 171:13, 187:8
developments [2] - 18:7, 233:16
DHCR [47] - 125:4, 125:8, 125:11, 125:19, 126:2, 126:3, 129:11, 129:19, 129:24,

150:12, 150:14, 150:15, 154:17, 154:21, 157:18, 157:25, 158:19, 158:21, 166:3, 166:7, 166:11, 166:14, 167:6, 168:6, 168:15, 172:9, 199:17, 201:17, 203:5, 203:14, 206:3, 206:5, 206:8, 206:12, 206:14, 206:16, 206:25, 212:15, 230:19, 230:25, 231:5, 248:19, 248:21, 248:25, 249:10, 250:3, 250:14
DICKER [1] - 3:15
difference [5] - 74:8, 74:11, 141:8, 144:12, 217:2
differences [1] - 162:15
different [14] - 53:18, 66:18, 71:3, 98:25, 110:2, 110:3, 187:17, 189:6, 199:23, 211:16, 235:10, 235:12, 241:17, 241:22
difficult [1] - 98:9
difficulty [1] - 69:16
direct [13] - 60:14, 83:9, 133:11, 133:18, 135:23, 154:25, 165:23, 166:18, 169:15, 191:12, 243:13, 246:3, 249:7
directed [3] - 58:3, 146:13, 157:6
directing [11] - 39:21, 49:6, 50:10, 51:9, 51:19, 51:25, 53:21, 53:25, 56:8, 57:19, 243:11
direction [2] - 243:20, 243:23
directly [3] - 59:23, 162:4, 257:25
director [3] - 161:22, 161:24, 172:3
directors [1] - 160:6
disagree [2] - 115:19, 256:13
disapprove [1] - 95:24
disburse [1] - 38:13
disbursed [6] - 37:2,

37:6, 37:7, 40:14, 40:20, 152:16
disbursement [1] - 41:10
disbursements [1] - 195:20
discount [1] - 225:11
discovery [22] - 51:2, 169:17, 174:14, 175:8, 175:13, 176:3, 181:15, 184:10, 184:17, 185:5, 185:16, 185:20, 186:19, 186:22, 232:19, 233:17, 234:2, 236:15, 236:20, 236:25, 237:6, 239:19
discrepancy [3] - 72:13, 72:14, 120:2
discuss [5] - 98:18, 174:13, 175:16, 176:2, 187:2
discussed [10] - 62:17, 134:5, 134:8, 136:2, 137:11, 140:2, 151:4, 175:7, 175:12, 176:6
discussion [5] - 35:22, 59:22, 63:6, 100:14, 166:20
discussions [1] - 34:20
disparity [2] - 62:22, 162:16
dispute [2] - 57:9, 57:11
dissertation [1] - 221:23
dissonance [1] - 162:16
distinction [1] - 98:22
distributable [2] - 247:6, 247:10
distributed [2] - 37:9, 210:10
distribution [6] - 25:11, 37:9, 38:16, 38:17, 38:22, 123:10
DISTRICT [2] - 1:1, 1:2
divide [2] - 47:21, 158:9
divided [2] - 33:2, 33:21
document [49] - 82:25, 83:4, 112:18, 127:18, 132:7, 132:9, 132:15, 132:17, 133:10,

134:25, 136:5, 136:13, 155:12, 164:12, 169:5, 177:8, 178:7, 178:21, 180:22, 186:5, 187:6, 192:21, 193:2, 198:23, 199:6, 199:16, 199:20, 203:5, 208:15, 210:11, 223:23, 224:6, 226:15, 228:5, 229:14, 230:14, 231:19, 232:20, 233:7, 237:15, 242:12, 242:23, 243:5, 243:8, 252:6, 272:17, 273:7, 273:13
documentary [2] - 152:6, 152:7
documentation [14] - 25:12, 63:25, 64:3, 76:13, 96:2, 110:6, 110:18, 111:6, 111:9, 113:13, 120:6, 187:19, 266:3, 273:21
documented [1] - 151:22
documents [21] - 23:16, 27:4, 27:6, 27:8, 64:8, 90:13, 107:7, 114:9, 114:13, 120:13, 173:18, 177:22, 180:15, 182:15, 183:2, 185:10, 241:10, 241:22, 263:5, 263:10, 263:11
dollar [1] - 73:5
dollars [4] - 126:20, 227:11, 247:5, 247:9
done [37] - 5:24, 28:21, 34:25, 37:7, 39:4, 44:25, 45:2, 45:5, 45:12, 45:20, 54:15, 66:22, 72:23, 80:3, 81:21, 81:22, 87:10, 95:5, 95:21, 126:10, 140:18, 141:13, 143:24, 191:15, 193:6, 197:12, 202:19, 206:8, 221:11, 222:4, 225:16, 236:11, 237:23, 238:2, 256:19,

264:17, 269:19
door [6] - 7:22, 7:23, 8:10, 8:20, 8:22, 54:19
doubt [1] - 269:22
doubtful [1] - 93:6
DOUGLAS [2] - 3:4, 3:6
Douglas [1] - 142:2
down [17] - 15:16, 114:16, 143:2, 156:23, 179:23, 221:14, 221:15, 221:23, 221:24, 225:11, 225:13, 244:22, 245:6, 245:9, 260:9, 269:7, 270:16
downloads [1] - 11:2
Drive [1] - 3:17
due [11] - 27:16, 133:23, 136:18, 137:16, 139:3, 139:4, 143:18, 144:5, 144:6, 150:3, 205:8
duly [2] - 5:3, 275:11
during [5] - 90:15, 90:17, 103:13, 189:18, 236:20
During [1] - 170:7
duties [8] - 10:22, 10:25, 18:12, 18:15, 18:16, 264:3, 264:11
duty [1] - 168:4
dwelling [1] - 160:16

E

earnings [1] - 25:13
earns [1] - 265:5
easier [1] - 69:20
easily [5] - 117:10, 118:25, 119:22, 144:2, 177:4
EDELMAN [1] - 3:15
EDMONDS [15] - 1:4, 3:23, 244:5, 244:15, 244:24, 245:8, 246:2, 246:8, 247:4, 247:15, 247:20, 248:13, 249:21, 250:15, 250:19
Edmonds [27] - 13:13, 14:10, 14:15, 18:13, 18:19, 30:16, 30:17, 33:3, 34:21, 35:22, 35:25, 38:12, 38:14, 47:9, 59:22, 141:3,

141:6, 143:17, 144:2, 152:18, 153:6, 154:6, 198:13, 246:12, 252:19
Edmonds's [1] - 25:5
educated [1] - 112:13
effect [3] - 4:19, 30:19, 152:19
effort [1] - 184:4
Eight [1] - 25:25
eight [14] - 20:16, 33:9, 46:12, 59:13, 59:16, 60:7, 61:24, 94:14, 94:16, 151:8, 159:4, 159:9, 221:4, 245:16
Either [2] - 52:13, 53:6
either [13] - 23:18, 23:19, 57:6, 95:23, 136:22, 137:24, 144:23, 178:20, 181:13, 182:25, 183:22, 190:16, 198:25
elaborate [1] - 163:17
ELSER [1] - 3:15
employ [2] - 161:20, 161:23
employed [2] - 6:14, 158:21
employee [1] - 161:22
employees [3] - 159:22, 160:4, 258:23
employers [1] - 31:10
employment [2] - 160:9, 160:12
enabling [1] - 267:21
end [44] - 19:25, 20:4, 62:25, 66:20, 67:5, 68:17, 70:8, 72:19, 73:20, 83:23, 84:22, 84:23, 85:3, 85:10, 86:7, 87:16, 88:7, 88:10, 89:2, 89:13, 89:18, 90:12, 90:14, 94:4, 100:11, 111:19, 111:23, 113:3, 113:17, 114:7, 115:12, 115:15, 119:21, 119:25, 121:6, 121:12, 123:9, 124:12, 132:24, 173:17, 248:12, 255:24, 267:15
ended [1] - 230:8
ending [4] - 192:15, 192:24, 192:25, 272:25
entail [1] - 264:13
enter [1] - 8:16
entered [2] - 30:11, 257:3
enters [1] - 257:6
entire [6] - 7:2, 122:8, 155:16, 156:7, 156:12, 272:18
entirely [1] - 53:17
entires [2] - 80:8, 254:7
entities [5] - 260:2, 260:13, 264:22, 269:20, 270:2
entitled [3] - 2:3, 189:10, 246:17
entity [2] - 7:6, 215:21
entrance [2] - 8:5, 8:6
entries [35] - 25:12, 26:12, 26:14, 76:13, 76:16, 78:18, 80:12, 80:13, 80:15, 83:20, 84:5, 92:14, 92:16, 92:18, 100:25, 101:15, 102:11, 110:3, 177:7, 177:21, 178:2, 182:14, 192:5, 192:14, 192:23, 193:6, 193:18, 193:19, 219:4, 219:21, 250:23, 255:6, 256:4, 272:12, 272:24
entry [40] - 76:3, 78:11, 79:13, 79:20, 79:23, 80:5, 80:10, 84:8, 84:12, 86:17, 94:2, 101:10, 102:14, 102:15, 137:22, 138:14, 138:17, 193:20, 194:2, 194:19, 194:20, 194:22, 194:24, 194:25, 196:11, 200:23, 201:4, 204:15, 254:9, 254:12, 254:13, 254:16, 254:17, 254:25, 255:18, 255:19, 255:21, 256:6, 256:10, 256:12
equipment [1] - 155:7
equity [4] - 85:11, 88:3, 254:22, 254:24
ERRATA [1] - 276:2
errors [1] - 166:8
especially [1] - 155:17
ESQ [4] - 3:4, 3:6, 3:12, 3:18
establishing [1] - 142:5
estate [3] - 248:24, 260:9, 264:18
evening [1] - 163:21
event [1] - 10:25
eventually [2] - 143:6, 205:19
evidence [7] - 42:2, 42:15, 43:18, 51:6, 151:23, 152:6, 152:8
exact [2] - 21:16, 120:14
Exactly [1] - 233:19
exactly [9] - 20:13, 21:24, 115:5, 115:6, 202:24, 221:24, 255:10, 262:14, 267:12
exaggeration [1] - 267:5
EXAMINATION [6] - 5:6, 254:3, 265:2, 269:11, 270:6, 272:4
examination [6] - 15:3, 93:10, 191:4, 196:20, 197:23, 198:5
examine [2] - 219:21, 245:14
examined [3] - 5:5, 261:15, 261:19
example [3] - 111:12, 112:25, 248:24
except [8] - 3:10, 4:11, 155:2, 155:18, 163:25, 164:4, 164:8, 185:6
exception [1] - 107:6
excess [5] - 129:23, 176:18, 182:12, 250:10, 265:13
excessive [2] - 102:10, 102:24
Excuse [1] - 126:10
excuse [1] - 250:12
executive [2] - 20:25, 96:13
EXECUTIVE [1] - 1:16
Exhibit [79] - 24:13, 25:4, 61:8, 61:15, 78:16, 78:20, 90:22, 90:24, 91:5, 91:10, 94:14, 94:15, 104:6, 104:9, 104:11, 104:13, 104:18, 104:22, 105:10, 105:15, 106:3, 132:11, 154:24, 156:6, 156:10, 156:15, 156:18, 163:25, 164:12, 164:18, 164:23, 169:6, 169:9, 169:12, 179:25, 180:2, 180:6, 182:5, 185:6, 191:4, 191:9, 191:12, 192:12, 192:17, 194:12, 194:16, 194:19, 195:14, 195:23, 195:25, 198:16, 198:19, 200:24, 207:6, 207:10, 207:18, 207:22, 207:25, 208:14, 208:18, 215:16, 215:19, 222:7, 223:24, 224:3, 225:2, 225:7, 226:13, 229:15, 232:22, 233:2, 234:21, 235:8, 236:17, 236:18, 252:7, 252:10, 266:7, 272:16
EXHIBITS [2] - 272:9, 273:4
Exhibits [7] - 24:20, 91:4, 222:23, 222:24, 223:3, 224:17, 224:25
exist [1] - 98:9
existing [1] - 228:19
exists [3] - 82:9, 162:7, 180:23
expand [1] - 60:12
expanded [1] - 68:7
expect [1] - 217:22
expectation [1] - 143:6
expended [1] - 184:4
expenditure [4] - 121:5, 129:16, 248:23, 266:8
expenditures [6] - 157:22, 157:23, 157:25, 158:11, 196:19, 203:20
expense [30] - 34:15, 38:4, 38:10, 39:8, 39:12, 73:6, 85:10, 87:11, 94:10, 103:11, 103:13, 111:25, 121:12, 123:2, 123:12, 137:19, 158:12, 160:20, 191:7, 191:15, 203:24, 204:6, 204:17, 204:19, 217:8, 217:22, 218:4, 261:12, 272:23
expensed [9] - 28:16, 35:14, 139:3, 205:9, 217:16, 217:17, 218:5, 219:25, 225:4
expenses [20] - 19:5, 89:22, 93:3, 111:22, 113:2, 113:4, 114:6, 115:14, 131:19, 155:5, 155:11, 157:9, 158:14, 158:15, 158:16, 159:21, 160:15, 201:24, 238:13, 256:21
experience [4] - 32:12, 68:24, 102:23, 263:20
expert [3] - 42:25, 43:20, 43:24
expired [2] - 171:15, 172:12
explain [7] - 41:6, 62:14, 67:17, 81:20, 81:25, 187:18, 212:3
explained [1] - 39:2
explanation [4] - 76:18, 183:8, 253:5
expound [1] - 180:7
express [1] - 210:19
extended [1] - 264:16
extent [3] - 174:22, 175:21, 181:6
extra [1] - 38:8
extreme [1] - 135:24

F

fabric [1] - 109:18
face [2] - 176:21, 204:10
facet [1] - 261:19
facility [1] - 7:20
fact [25] - 13:16, 20:20, 43:25, 129:4, 130:17, 131:14, 138:18, 153:9, 153:18, 161:23, 169:18, 169:22, 175:8, 176:3, 208:7, 214:19, 218:20, 222:14, 233:11, 237:14, 239:15, 241:5, 243:22, 267:19, 268:4

factitious [1] - 185:2
facts [4] - 42:2, 42:15, 43:17, 153:2
failure [1] - 180:17
failures [1] - 166:9
fair [20] - 14:16, 59:5, 80:7, 100:19, 150:6, 170:13, 193:25, 196:2, 196:10, 199:6, 201:14, 203:4, 250:21, 250:23, 261:14, 262:16, 264:19, 265:4, 265:17, 265:23
fall [1] - 160:3
familiar [2] - 25:17, 112:11
family [1] - 239:16
Fannie [2] - 223:25, 225:18
Fanny [1] - 273:12
far [6] - 14:12, 134:24, 168:13, 171:22, 188:2, 190:12
Farm [1] - 250:9
fashion [1] - 245:12
favor [1] - 262:8
feature [2] - 61:6, 135:17
February [7] - 1:23, 91:6, 104:7, 169:7, 191:5, 220:14, 229:13
federal [2] - 160:7, 184:12
Federal [1] - 261:24
fee [14] - 27:16, 27:20, 38:8, 39:6, 125:10, 125:11, 125:21, 157:14, 157:20, 195:16, 209:8, 226:22, 227:5, 230:2
fees [18] - 27:17, 28:2, 38:5, 131:15, 135:4, 135:5, 135:6, 193:10, 193:21, 194:14, 194:18, 197:18, 200:7, 205:12, 216:23, 219:9, 219:13, 223:20
feet [1] - 7:9
FEINSTEIN [1] - 3:9
felt [1] - 42:7
few [4] - 50:12, 96:18, 221:17, 254:7
fewer [1] - 221:17
fiction [1] - 148:17
fides [1] - 220:16

field [5] - 16:17, 159:24, 220:8, 220:9, 220:10
fifteen [3] - 40:12, 67:23, 264:17
fifth [2] - 10:16, 14:6
Fifth [19] - 12:17, 13:18, 72:2, 125:11, 154:20, 157:17, 164:16, 165:15, 167:3, 167:13, 167:20, 197:9, 210:13, 215:22, 234:5, 234:8, 234:14, 247:7, 247:10
FIFTH [2] - 1:4, 1:10
fighter [1] - 163:20
figure [9] - 57:9, 63:9, 111:11, 114:11, 115:2, 119:11, 173:15, 193:12, 219:15
figures [4] - 67:13, 73:23, 73:25, 103:7
file [2] - 66:25, 83:8
filed [5] - 24:11, 68:10, 72:2, 259:12, 261:11
files [3] - 67:8, 113:24, 124:20
filing [2] - 4:6, 71:25
fill [1] - 206:12
final [8] - 73:24, 75:13, 124:4, 131:18, 192:5, 214:2, 216:19, 254:23
finalization [1] - 97:6
finalize [2] - 110:15, 122:3
finalized [2] - 111:10, 112:23
finalizing [1] - 85:21
Finally [1] - 130:17
financial [77] - 24:3, 26:25, 34:13, 60:21, 62:25, 64:5, 71:5, 72:11, 72:16, 72:20, 72:24, 73:9, 73:25, 74:6, 74:21, 75:14, 75:24, 83:25, 84:21, 85:2, 86:7, 87:9, 94:21, 95:6, 95:7, 96:20, 97:11, 109:24, 110:16, 111:4, 111:13, 113:11, 115:3, 115:7, 121:16, 121:22, 121:23, 124:2, 124:12, 124:21, 126:5,

131:15, 131:18, 166:16, 190:19, 192:6, 192:10, 193:12, 195:4, 195:9, 195:12, 198:17, 198:25, 200:17, 203:15, 205:19, 206:2, 206:3, 206:18, 209:12, 209:22, 209:24, 210:7, 210:16, 210:19, 211:4, 212:5, 212:7, 215:14, 215:20, 216:25, 217:20, 219:7, 228:8, 267:16, 273:5, 273:9
financially [1] - 112:5
financials [1] - 217:3
Fine [1] - 51:23
fine [5] - 57:17, 127:3, 131:13, 190:6, 247:2
finish [8] - 37:5, 46:7, 47:7, 55:5, 74:24, 87:6, 89:3, 143:10
finished [5] - 30:14, 41:18, 41:20, 77:19, 143:13
firm [6] - 98:16, 98:19, 98:20, 206:6, 253:2, 253:22
firms [3] - 98:15, 98:17, 98:19
First [3] - 45:14, 129:2, 224:19
first [29] - 5:3, 6:14, 26:5, 47:14, 53:12, 55:23, 69:2, 79:5, 80:9, 94:15, 141:24, 142:4, 142:16, 158:3, 158:25, 166:21, 178:16, 180:4, 180:8, 203:21, 204:2, 207:22, 210:14, 224:25, 225:4, 225:7, 233:14, 235:18, 237:14
fiscal [4] - 190:21, 192:15, 192:24, 272:25
Five [2] - 17:3, 93:20
five [21] - 9:12, 9:15, 17:3, 17:20, 78:12, 78:15, 78:17, 79:3, 79:12, 80:2, 81:3, 172:11, 172:12, 172:19, 199:23, 202:22, 219:12, 230:9, 230:16,

264:20, 272:12
floor [3] - 6:25, 7:3, 7:24
Floor [1] - 3:17
Flooring [2] - 17:16, 17:24
Florida [3] - 17:16, 17:18, 17:24
flow [1] - 187:8
flows [1] - 249:5
follow [3] - 25:9, 35:10, 122:4
follow-up [1] - 25:9
followed [1] - 43:6
following [1] - 276:4
follows [1] - 5:5
footnote [1] - 27:10
footnotes [1] - 24:2
FOR [1] - 273:19
force [1] - 4:19
foregoing [1] - 275:11
forever [1] - 140:2
forgot [1] - 138:9
forgotten [1] - 28:11
form [234] - 4:12, 12:22, 19:17, 19:22, 20:7, 21:15, 21:22, 23:14, 33:16, 37:24, 39:19, 47:17, 48:23, 60:11, 62:4, 63:5, 63:15, 69:19, 81:7, 82:8, 84:16, 86:10, 86:25, 88:16, 94:24, 95:2, 96:23, 97:17, 97:19, 97:25, 101:5, 101:13, 101:19, 105:9, 106:23, 109:5, 109:18, 112:8, 112:10, 112:21, 116:7, 117:7, 118:20, 120:18, 121:19, 122:6, 122:15, 124:7, 124:9, 124:16, 124:18, 125:2, 125:12, 127:9, 127:11, 127:16, 128:5, 128:20, 128:25, 129:13, 129:15, 130:2, 130:4, 130:15, 130:22, 130:24, 131:9, 131:21, 131:23, 134:12, 136:9, 137:9, 138:3, 138:5, 138:20, 138:23, 139:17, 139:19, 140:9, 140:11, 142:9, 142:12,

142:20, 143:9, 144:18, 144:20, 145:2, 145:8, 148:21, 148:23, 149:2, 149:4, 149:14, 149:16, 149:24, 150:2, 150:25, 152:3, 152:5, 152:11, 152:13, 154:16, 159:16, 162:19, 162:21, 165:18, 167:2, 167:17, 168:9, 168:11, 168:18, 168:24, 169:2, 169:24, 170:2, 170:16, 171:2, 174:18, 175:19, 176:10, 177:13, 178:13, 178:15, 179:3, 179:10, 179:12, 179:18, 179:20, 180:23, 181:10, 186:12, 186:22, 187:12, 188:10, 189:2, 192:8, 193:16, 194:7, 194:9, 195:8, 196:7, 196:9, 197:21, 199:11, 200:5, 200:9, 200:20, 200:22, 201:19, 202:9, 202:14, 203:10, 203:12, 203:24, 204:13, 205:4, 205:6, 205:24, 206:4, 206:15, 206:21, 206:23, 207:2, 207:15, 209:16, 209:18, 210:3, 210:5, 211:6, 211:8, 211:12, 211:14, 212:7, 212:19, 212:21, 213:9, 213:11, 213:18, 213:20, 214:9, 214:16, 216:15, 216:17, 217:11, 217:25, 218:3, 218:9, 220:18, 220:20, 221:8, 221:10, 222:18, 223:12, 224:16, 226:7, 226:9, 227:15, 227:17, 227:21, 229:24, 231:3, 234:11, 234:13, 235:22, 237:13, 238:4,

238:24, 239:25, 240:15, 241:9, 242:3, 242:15, 243:5, 247:13, 250:7, 251:4, 251:7, 251:9, 251:20, 251:22, 253:14, 253:16, 255:15, 259:4, 262:11, 265:9, 265:22, 265:25, 266:18, 267:7, 267:9, 268:3, 268:9, 270:14
**former** [1] - 222:23
**formidable** [1] - 184:22
**forms** [4] - 99:24, 206:4, 206:9, 206:13
**forth** [2] - 214:4, 275:10
**forthcoming** [1] - 269:24
**Forty** [1] - 230:9
**forty** [3] - 263:3, 263:4, 263:9
**forwarded** [1] - 266:3
**four** [21] - 14:5, 22:2, 27:4, 32:4, 78:12, 80:23, 80:25, 81:2, 81:3, 100:21, 125:20, 126:22, 153:13, 154:5, 171:10, 199:23, 202:22, 230:16, 237:3, 265:10, 265:12
**fourteen** [1] - 108:7
**fourth** [1] - 10:16
**Francis** [9] - 52:21, 53:10, 57:8, 58:11, 175:15, 178:24, 180:21, 183:25, 186:10
**Francis's** [1] - 181:2
**free** [1] - 160:17
**freely** [1] - 266:9
**frequent** [1] - 69:15
**frequently** [1] - 69:11
**Friday** [2] - 105:6, 105:23
**fringe** [1] - 159:20
**front** [14] - 153:14, 157:22, 157:23, 157:24, 159:22, 160:11, 161:12, 234:15, 237:23, 238:3, 238:15, 242:7, 256:9, 266:8
**front-line** [12] - 153:14, 157:22,

157:23, 157:24, 159:22, 160:11, 161:12, 234:15, 237:23, 238:3, 242:7, 266:8
**fruitful** [1] - 98:10
**full** [3] - 155:20, 239:22, 240:11
**fullsome** [1] - 235:5
**fully** [1] - 181:8
**function** [3] - 69:3, 100:3, 114:5
**functioning** [2] - 171:10, 171:11
**functions** [1] - 265:6
**funds** [5] - 41:10, 144:11, 155:10, 202:23, 257:5
**furnished** [1] - 160:17
**FURTHER** [5] - 4:10, 4:15, 265:2, 269:11, 270:6
**future** [1] - 229:7

**G**

**G-A-P-P** [1] - 227:22
**Gagas** [2] - 99:3, 227:10
**GAGAS** [1] - 99:5
**Galileo** [4] - 9:21, 9:22, 10:3, 12:17
**Gannett** [1] - 3:17
**Gapp** [6] - 99:7, 99:8, 99:9, 206:7, 227:10, 227:21
**garnered** [1] - 183:9
**general** [20] - 177:7, 177:20, 182:14, 182:23, 191:6, 191:14, 193:8, 195:21, 196:18, 200:16, 201:10, 212:14, 213:16, 249:3, 254:18, 255:7, 255:9, 255:19, 256:6, 272:23
**General** [1] - 19:21
**GENERAL** [2] - 1:10, 1:14
**generally** [1] - 18:15
**generate** [3] - 188:8, 203:16, 203:22
**generated** [9] - 62:25, 137:22, 191:25, 193:2, 193:13, 199:3, 199:4, 203:3, 207:7

**gentleman** [1] - 158:18
**Gentlemen** [1] - 132:6
**Giants** [3] - 141:22, 142:2, 144:7
**given** [23] - 33:13, 40:15, 74:3, 75:15, 75:16, 75:21, 75:22, 76:18, 93:25, 150:19, 154:10, 154:12, 162:14, 187:6, 187:7, 205:14, 237:15, 238:12, 238:18, 243:7, 244:12, 266:8, 275:13
**glanced** [1] - 216:18
**Goofy** [2] - 143:2
**graduated** [1] - 15:25
**Gramercy** [1] - 12:15
**grand** [2] - 230:9, 230:10
**Gray** [3] - 223:25, 225:18, 273:12
**great** [4] - 140:20, 140:22, 213:6, 213:7
**Grenadier** [8] - 28:11, 39:15, 41:8, 43:11, 134:2, 136:22, 137:24, 198:9
**Griffiths** [31] - 21:11, 62:20, 65:24, 67:11, 70:10, 72:9, 75:19, 76:24, 77:4, 88:20, 91:8, 91:23, 106:9, 109:2, 110:22, 112:18, 113:23, 115:24, 116:24, 117:16, 117:20, 118:14, 119:15, 120:12, 169:20, 174:11, 178:20, 187:5, 237:16, 262:23, 272:14
**GRIFFITHS** [1] - 3:22
**grounds** [1] - 243:15
**Group** [7] - 7:21, 8:6, 8:17, 9:5, 13:23, 14:4, 14:5
**group** [1] - 9:6
**Groups** [1] - 18:20
**guard** [1] - 171:20
**guess** [7] - 5:20, 10:14, 40:9, 60:17, 189:8, 189:11, 189:21
**guessing** [1] - 263:3
**guys** [2] - 190:6, 190:16

**H**

**habit** [1] - 266:23
**half** [7] - 18:3, 38:13, 39:10, 39:11, 128:13, 221:23
**Handing** [1] - 182:6
**happy** [1] - 186:23
**hard** [1] - 221:14
**HAYWOODE** [147] - 3:4, 3:6, 5:7, 11:22, 14:24, 18:22, 19:24, 24:14, 25:2, 34:5, 36:14, 39:20, 39:25, 40:7, 41:17, 42:16, 43:21, 44:7, 48:15, 48:24, 49:5, 49:9, 50:2, 50:9, 50:21, 51:14, 51:18, 51:23, 52:6, 52:17, 52:25, 53:11, 54:7, 54:17, 55:2, 55:7, 55:25, 56:4, 56:15, 56:22, 57:3, 57:10, 57:17, 57:23, 58:10, 61:9, 66:10, 77:5, 77:11, 78:9, 82:4, 90:20, 97:3, 98:6, 98:11, 101:17, 104:5, 105:16, 118:11, 124:10, 126:11, 127:19, 128:10, 129:20, 132:2, 132:6, 135:21, 138:10, 141:10, 141:17, 142:13, 145:12, 145:17, 146:11, 146:19, 147:14, 147:19, 148:3, 148:10, 151:16, 156:2, 160:24, 162:24, 163:5, 163:9, 163:15, 164:10, 165:12, 165:15, 169:4, 173:8, 173:22, 175:3, 180:13, 181:19, 182:6, 183:18, 184:18, 185:22, 186:5, 189:13, 190:3, 192:11, 195:24, 198:15, 208:12, 212:2, 214:20, 215:3, 216:4, 216:8, 218:13, 222:21, 223:17, 227:23, 228:10, 229:11,

232:10, 233:12, 233:20, 234:16, 235:2, 236:7, 237:20, 240:19, 242:20, 243:3, 243:10, 243:17, 243:25, 244:25, 245:18, 246:11, 249:18, 252:5, 253:25, 254:10, 261:6, 261:17, 262:3, 262:7, 265:3, 268:19, 268:25, 269:9, 270:7, 271:3
**Haywoode** [10] - 9:21, 9:22, 9:24, 12:14, 77:23, 140:18, 142:2, 178:21, 261:22, 272:5
**HCR** [1] - 273:24
**HDC** [4] - 125:9, 126:24, 157:25, 158:2
**heading** [1] - 135:25
**hear** [11] - 48:14, 48:25, 53:8, 56:5, 58:16, 61:5, 61:18, 89:5, 147:2, 152:18
**heard** [10] - 42:16, 53:11, 53:13, 61:21, 62:5, 65:22, 98:6, 99:3, 99:9, 177:17
**hearing** [2] - 50:3, 184:19
**held** [5] - 2:3, 100:15, 249:10, 250:13, 273:24
**help** [4] - 71:24, 260:5, 260:6, 260:7
**helped** [3] - 23:2, 23:3, 23:7
**HEREBY** [1] - 4:4
**hereby** [2] - 4:8, 275:7
**herein** [2] - 4:6, 5:2
**hereinbefore** [1] - 275:10
**HERRICK** [1] - 3:9
**highest** [1] - 18:6
**Hill** [9] - 9:16, 11:14, 12:14, 13:18, 20:21, 171:5, 232:25, 234:5, 273:15
**HILL** [3] - 1:6, 1:11
**himself** [1] - 96:7
**hire** [1] - 72:3
**hired** [7] - 6:17, 31:5, 31:7, 32:21, 71:20, 71:22, 71:24
**historiography** [1] - 197:15

home [1] - 155:4
HOME [3] - 1:6, 1:12, 1:14
Home [6] - 12:13, 171:6, 231:4, 232:24, 234:4, 273:15
Homes [2] - 13:17, 197:4
hopefully [1] - 6:3
hour [3] - 128:13, 146:3, 221:23
hours [1] - 245:16
housing [7] - 17:25, 156:8, 156:13, 166:6, 166:17, 233:10, 272:18
HOUSING [1] - 1:5
Howard [3] - 171:24, 171:25, 172:2
HPD [2] - 125:9, 126:23
HUD [7] - 125:9, 157:14, 157:19, 157:25, 199:19, 199:21, 231:6
HUD's [1] - 231:8
Hudson [5] - 16:20, 17:2, 17:5, 18:9, 263:21
hundred [1] - 7:9
Hypothetical [1] - 39:19
hypothetical [9] - 34:4, 34:6, 38:25, 41:25, 43:17, 139:21, 141:15, 141:16, 141:18
hypotheticals [1] - 140:20

I

i.e [2] - 253:3, 260:11
idea [8] - 68:22, 68:23, 99:23, 106:25, 107:3, 107:4, 165:22, 200:13
identification [21] - 61:16, 78:21, 91:11, 104:14, 132:12, 154:23, 156:16, 164:24, 169:13, 191:10, 192:18, 198:20, 208:2, 208:19, 215:17, 223:4, 224:4, 229:16, 233:3, 234:22, 252:11

identifying [1] - 135:16
illegal [1] - 45:18
imagine [1] - 118:9
immediately [4] - 87:22, 106:12, 110:23, 166:3
impossible [1] - 67:12
impressed [2] - 190:5, 190:10
improper [7] - 34:3, 40:25, 41:24, 41:25, 43:16, 49:20, 159:7
Improper [2] - 101:14, 139:20
improperly [1] - 159:7
in-coming [1] - 122:25
in-resident [1] - 160:5
INC [1] - 1:5
inches [2] - 70:16, 232:7
incident [2] - 160:11, 168:14
include [2] - 200:6, 258:7
included [5] - 111:25, 124:20, 160:11, 224:19, 238:14
includes [2] - 217:18, 223:15
Including [1] - 243:19
including [5] - 9:11, 155:6, 159:20, 160:8, 235:19
income [32] - 28:19, 34:19, 37:18, 38:13, 38:14, 38:15, 38:18, 38:20, 39:8, 39:9, 45:22, 46:5, 47:4, 47:5, 58:22, 59:2, 60:22, 85:9, 87:11, 89:21, 92:19, 92:21, 123:2, 123:12, 137:18, 139:7, 139:8, 143:23, 204:21, 250:11, 261:12
inconsequential [1] - 166:16
incorrect [3] - 230:3, 230:4, 261:16
increase [6] - 71:25, 118:3, 129:6, 202:4, 262:22, 262:24
increases [2] - 19:8, 260:5
incur [1] - 225:3
incurred [1] - 115:14
indeed [1] - 219:24
independent [4] -

133:4, 210:12, 210:22, 230:21
Index [2] - 273:2, 274:2
indicate [4] - 63:3, 79:11, 204:18, 229:9
indicated [10] - 23:10, 23:23, 26:18, 29:12, 62:21, 134:18, 143:5, 190:23, 224:25, 264:8
indicates [3] - 206:16, 222:6, 225:7
Indicating [2] - 70:13, 195:24
indicating [5] - 83:2, 116:25, 186:12, 194:23, 265:19
indication [5] - 166:4, 184:3, 188:12, 230:15, 261:18
individual [3] - 80:14, 256:5, 269:8
individual's [1] - 258:5
INDIVIDUALLY [5] - 1:4, 1:9, 1:12, 1:13, 1:15
individuals [1] - 239:16
infinitum [1] - 151:15
inform [2] - 46:8, 208:22
information [75] - 21:19, 22:18, 22:21, 23:10, 23:25, 24:5, 24:7, 27:10, 75:16, 75:21, 76:17, 81:10, 81:15, 83:18, 85:15, 85:17, 88:14, 88:21, 93:7, 93:23, 93:24, 94:7, 94:9, 95:20, 97:5, 97:8, 107:9, 109:13, 109:14, 111:3, 113:15, 113:22, 114:17, 114:19, 115:9, 116:2, 117:2, 117:5, 117:8, 117:24, 118:8, 118:23, 119:18, 120:22, 121:13, 135:17, 172:25, 173:11, 174:20, 175:15, 176:13, 177:2, 179:6, 181:21, 192:10, 203:15, 209:20, 212:9, 218:11, 218:15, 219:23, 237:8,

238:7, 238:8, 238:9, 238:12, 242:19, 249:20, 258:4, 266:6, 266:8, 266:20, 269:24
informed [3] - 30:25, 31:2, 46:3
ingredients [1] - 123:23
inherited [1] - 27:18
input [1] - 257:17
inquire [2] - 23:22, 244:16
inquired [3] - 32:11, 108:9, 232:16
inquiries [5] - 115:24, 170:14, 183:21, 269:13, 269:16
inquiring [2] - 66:13, 232:13
inquiry [6] - 170:18, 170:21, 176:18, 176:23, 178:10, 218:23
INSERT [1] - 174:4
INSERTS [1] - 274:4
inspect [1] - 263:2
instance [5] - 47:14, 182:7, 182:10, 183:4, 263:14
instances [2] - 200:2, 263:17
instead [1] - 254:20
instruct [4] - 11:19, 174:21, 189:20, 236:4
instructed [3] - 35:15, 36:12, 77:20
instructing [2] - 34:10, 44:2
instructions [6] - 77:25, 158:6, 181:5, 206:14, 206:25, 240:17
insurance [5] - 160:9, 160:10, 176:16, 176:19, 177:23
insure [1] - 211:4
integrity [1] - 146:5
interest [5] - 6:5, 14:23, 154:6, 187:25, 188:2
interested [5] - 14:10, 14:11, 14:15, 18:14, 275:17
interests [1] - 14:17
internal [2] - 166:10, 261:10
internally [1] - 85:18
interpretation [3] -

161:10, 162:14, 167:24
interrogatories [1] - 180:17
interrogatory [1] - 246:18
interrupt [2] - 50:24, 143:11
interrupting [1] - 53:2
intervening [1] - 151:21
interview [1] - 32:20
interviewed [2] - 32:14, 32:15
introduce [1] - 245:11
introduction [1] - 245:9
invested [5] - 249:24, 250:3, 250:9, 250:11, 250:14
investigation [2] - 108:10, 119:8
investments [25] - 5:17, 12:7, 12:20, 12:25, 13:7, 13:12, 13:25, 14:15, 14:18, 18:13, 21:5, 21:7, 29:5, 78:14, 153:13, 154:6, 171:10, 232:15, 232:17, 233:24, 235:6, 235:17, 235:18, 239:9, 240:13
invocation [1] - 240:4
Invoice [11] - 121:10, 126:9, 196:22, 207:7, 208:8, 208:25, 223:2, 225:8, 228:16, 256:20, 273:11
Invoice [2] - 207:23, 273:6
invoices [17] - 22:25, 64:11, 113:16, 115:13, 115:14, 119:4, 119:9, 119:22, 121:2, 121:7, 178:3, 198:6, 202:24, 256:22, 257:2, 257:13, 257:17
involved [9] - 84:6, 158:7, 176:21, 182:13, 182:21, 199:19, 258:18, 258:20, 259:18
irregularities [2] - 127:4, 166:5
Irrelevant [1] - 11:10
IRS [6] - 196:20,

197:23, 198:5, 261:14, 261:19, 262:17
**IS** [3] - 4:4, 4:10, 4:15
**Island** [1] - 17:10
**issue** [7] - 77:23, 130:11, 167:4, 233:22, 237:4, 246:15, 265:11
**issued** [2] - 165:8, 166:8
**issues** [3] - 62:17, 118:2, 121:17
**IT** [3] - 4:4, 4:10, 4:15
**Item** [2] - 25:14, 163:24
**item** [20] - 27:13, 28:22, 75:8, 88:24, 149:18, 150:10, 150:11, 158:15, 162:8, 164:7, 178:17, 195:13, 207:3, 209:3, 211:3, 213:3, 223:21, 263:19
**items** [18] - 23:16, 25:11, 90:14, 94:17, 133:15, 135:3, 180:6, 185:7, 201:22, 213:24, 228:24, 229:4, 238:13, 238:14, 254:21, 254:23, 255:5, 266:6
**Items** [1] - 25:24
**itself** [5] - 36:15, 42:23, 48:12, 55:17, 243:6

**J**

**James** [1] - 158:2
**January** [6] - 89:19, 89:23, 111:23, 135:3, 156:9, 255:4
**jaundice** [1] - 239:17
**Jennings** [29] - 24:23, 46:2, 46:6, 46:8, 46:16, 46:20, 46:23, 47:12, 47:22, 48:2, 48:9, 48:21, 56:7, 58:17, 58:21, 58:24, 59:8, 60:6, 115:17, 134:7, 137:5, 137:15, 138:15, 151:4, 168:13, 245:24, 253:3, 266:23, 267:11
**Joan** [4] - 9:16, 10:6,

11:23, 117:25
**job** [8] - 18:9, 28:3, 28:9, 31:12, 31:16, 31:18, 31:19, 146:6
**John** [24] - 13:13, 14:10, 14:15, 18:13, 25:5, 30:16, 30:17, 33:2, 34:21, 35:22, 35:25, 36:2, 38:14, 39:10, 39:13, 47:9, 59:22, 141:3, 141:6, 143:17, 152:18, 153:6, 154:6, 252:19
**JOHN** [2] - 1:4, 3:23
**join** [2] - 101:21, 155:24
**Join** [7] - 167:18, 168:19, 177:14, 188:11, 197:22, 214:10, 222:19
**Joined** [3] - 202:15, 205:25, 207:16
**journal** [60] - 25:12, 26:11, 26:14, 76:3, 76:12, 76:16, 78:11, 78:18, 79:23, 80:5, 80:8, 80:12, 80:15, 81:8, 81:11, 81:14, 83:20, 84:5, 84:8, 84:12, 86:17, 92:14, 92:18, 100:25, 101:9, 101:15, 102:11, 102:13, 108:10, 192:4, 192:14, 192:23, 193:5, 193:17, 193:19, 193:20, 194:2, 194:19, 194:20, 194:22, 194:24, 194:25, 196:5, 200:23, 201:4, 204:14, 213:5, 219:4, 219:21, 221:25, 250:23, 254:6, 254:9, 254:12, 254:16, 254:25, 255:18, 256:4, 272:12, 272:24
**Journal** [3] - 79:13, 92:16, 102:15
**judge** [3] - 50:8, 51:5, 52:16
**Judge** [26] - 50:15, 50:16, 50:23, 52:21, 52:23, 53:9, 57:8, 58:9, 58:11, 58:12, 174:15, 175:14, 178:22, 178:24, 179:6, 180:19,

181:5, 181:9, 183:24, 184:13, 185:9, 185:12, 185:17, 186:7, 186:16
**judgements** [1] - 163:21
**judges** [1] - 184:6
**judgment** [2] - 221:5, 239:17
**Juge** [1] - 52:10
**July** [1] - 135:4
**June** [8] - 25:7, 135:4, 135:6, 224:9, 224:10, 227:7, 228:20, 229:4
**justification** [1] - 74:15
**justify** [2] - 62:23, 109:23

**K**

**K-1** [1] - 261:13
**K-1's** [1] - 261:13
**keep** [14] - 19:10, 21:4, 24:18, 40:15, 49:20, 63:20, 63:24, 72:18, 91:3, 100:7, 122:11, 145:25, 189:24, 260:9
**keeping** [4] - 19:14, 19:19, 108:22, 146:7
**keeps** [2] - 21:8, 73:2
**KELLY** [114] - 3:18, 48:13, 60:10, 63:4, 94:23, 96:24, 97:18, 101:11, 101:21, 112:9, 121:18, 122:5, 124:8, 124:17, 127:10, 128:6, 128:18, 128:23, 129:14, 130:3, 130:13, 130:23, 131:8, 131:22, 138:4, 138:22, 139:18, 140:10, 142:11, 142:22, 144:19, 145:9, 148:22, 149:3, 149:15, 149:25, 151:2, 151:17, 152:2, 152:12, 154:15, 155:24, 162:20, 165:2, 165:17, 166:25, 167:18, 168:10, 168:19, 168:25, 169:23,

177:14, 178:14, 179:9, 179:17, 187:11, 188:11, 189:3, 193:15, 194:8, 195:7, 196:6, 197:22, 200:8, 200:21, 202:15, 203:11, 204:12, 205:3, 205:25, 206:20, 207:16, 209:17, 210:4, 211:7, 211:11, 212:18, 213:10, 213:17, 214:10, 214:15, 215:21, 216:16, 217:10, 218:2, 218:8, 219:2, 220:19, 221:9, 222:19, 223:11, 226:8, 227:16, 227:20, 229:23, 231:2, 232:4, 234:10, 237:12, 240:6, 240:24, 241:12, 247:3, 251:3, 251:8, 251:21, 253:13, 254:4, 264:24, 265:24, 267:8, 268:8, 269:12, 270:4
**Kelly** [3] - 5:18, 185:11, 272:6
**kept** [5] - 8:22, 62:24, 87:5, 90:16, 267:13
**kind** [1] - 190:9
**Kings** [1] - 3:5
**knowing** [1] - 243:22
**knowledge** [16] - 13:24, 14:11, 24:4, 29:9, 60:5, 60:9, 62:5, 68:11, 68:14, 68:18, 116:8, 129:11, 129:24, 168:14, 187:23, 188:23
**knowledgeable** [2] - 20:24, 116:14
**known** [1] - 223:8
**knows** [1] - 137:10

**L**

**L.P** [1] - 1:12
**labeled** [1] - 255:23
**laid** [1] - 23:5
**Lakeview** [12] - 20:12, 20:15, 126:19, 157:17, 171:14, 171:19, 187:3,

188:7, 235:19, 260:17, 260:21, 260:24
**landlord/tenant** [1] - 10:23
**large** [3] - 129:17, 239:9, 239:13
**last** [19] - 40:11, 45:4, 49:22, 77:6, 77:16, 90:22, 90:25, 147:20, 148:12, 159:4, 159:9, 180:2, 184:9, 211:19, 223:7, 232:7, 245:16, 261:24, 264:20
**latter** [1] - 93:18
**laugh** [1] - 50:18
**laughing** [4] - 50:20, 189:24, 189:25, 190:7
**law** [1] - 163:22
**lawful** [6] - 36:8, 36:17, 36:23, 42:22, 151:14, 151:18
**lawfully** [1] - 42:9
**lawfulness** [2] - 41:7, 41:15
**lawyer** [2] - 163:19, 190:6
**lawyers** [3] - 5:23, 98:11, 99:13
**Lawyers** [1] - 146:21
**lay** [1] - 151:9
**lazy** [2] - 270:11, 270:22
**learn** [2] - 30:23, 31:18
**lease** [1] - 7:11
**leased** [1] - 7:10
**least** [6] - 105:13, 181:14, 183:2, 186:20, 194:3, 207:7
**leave** [7] - 37:16, 47:19, 143:21, 143:22, 151:20, 156:21, 226:17
**leaving** [1] - 28:15
**ledger** [18] - 177:7, 177:21, 182:14, 191:7, 191:15, 191:24, 195:21, 196:18, 200:16, 201:10, 212:15, 213:16, 254:18, 255:7, 255:10, 255:19, 256:6, 272:23
**ledgers** [1] - 182:23
**left** [6] - 22:16, 59:3,

135:24, 173:10, 187:16, 225:12
**legal** [22] - 10:20, 10:22, 41:12, 41:15, 41:24, 42:14, 42:18, 42:22, 42:24, 43:19, 140:13, 142:9, 142:20, 162:23, 166:4, 174:23, 174:25, 227:19, 228:3, 236:5, 236:9, 254:11
**leger** [1] - 193:9
**length** [1] - 225:6
**less** [2] - 102:8, 216:22
**letter** [25] - 24:8, 26:4, 61:12, 61:13, 116:14, 173:5, 173:19, 181:9, 185:21, 186:2, 215:25, 252:8, 252:13, 252:15, 252:17, 252:18, 252:21, 252:25, 253:6, 253:8, 253:10, 253:17, 253:19, 272:11, 273:17
**letters** [1] - 120:19
**LEX** [1] - 1:25
**liabilities** [3] - 89:15, 254:22, 254:24
**liability** [2] - 176:16, 177:23
**liaison** [2] - 10:20, 10:22
**licensed** [1] - 171:20
**limbo** [1] - 59:16
**limit** [1] - 129:22
**LIMITED** [2] - 1:6, 1:11
**limited** [3] - 155:6, 160:8, 228:20
**LINE** [1] - 276:7
**line** [19] - 146:7, 149:17, 149:18, 153:14, 157:22, 157:23, 157:24, 159:10, 159:22, 160:11, 161:12, 234:15, 237:23, 238:3, 238:14, 238:15, 242:7, 255:2, 266:8
**lines** [1] - 80:14
**list** [12] - 14:7, 75:6, 76:16, 78:10, 78:17, 112:25, 113:2, 136:16, 194:12, 221:12, 234:6,

272:12
**listed** [4] - 131:17, 138:17, 193:10, 241:24
**listen** [2] - 5:20, 262:4
**listened** [2] - 45:3, 262:5
**listing** [1] - 66:17
**litigation** [4] - 237:4, 237:5, 237:11, 237:19
**LLC** [5] - 1:13, 1:15, 1:16, 1:17, 1:17
**LLP** [5] - 3:9, 3:15, 3:16, 199:13, 253:3
**loan** [12] - 26:19, 27:4, 27:6, 27:8, 92:22, 93:14, 93:15, 93:16, 107:6, 187:6, 225:6
**loaned** [3] - 188:7, 188:16, 188:20
**local** [1] - 160:7
**locate** [1] - 263:11
**located** [1] - 17:17
**location** [6] - 6:20, 9:10, 9:24, 10:11, 12:9, 25:3
**lock** [1] - 258:2
**Logan** [31] - 12:13, 13:17, 34:17, 38:11, 39:5, 78:24, 101:2, 127:2, 132:9, 132:15, 133:22, 154:24, 156:9, 156:12, 157:17, 167:5, 167:6, 167:13, 167:21, 167:24, 168:3, 225:20, 232:24, 234:4, 252:20, 252:24, 252:25, 272:17, 272:18, 273:15
**LOGAN** [3] - 1:5, 1:10, 1:14
**logs** [1] - 258:3
**look** [45] - 21:25, 22:8, 22:23, 25:24, 73:15, 79:3, 87:24, 88:12, 89:11, 89:19, 89:23, 90:16, 92:10, 108:8, 109:20, 114:2, 114:23, 115:13, 119:6, 126:6, 126:7, 126:9, 132:16, 136:4, 156:22, 159:2, 169:5, 192:20, 196:22, 198:6, 202:2, 202:24, 206:24,

216:19, 217:2, 217:14, 218:18, 219:7, 219:20, 222:4, 222:9, 238:6, 260:10, 263:10
**Look** [7] - 25:21, 26:6, 43:10, 86:3, 116:2, 121:22, 139:10
**looked** [8] - 67:24, 99:24, 100:2, 119:16, 120:13, 138:13, 138:16, 201:10
**Looking** [3] - 92:5, 191:18, 219:4
**looking** [17] - 26:6, 51:8, 73:13, 74:14, 86:6, 88:20, 90:13, 112:5, 114:6, 119:9, 133:10, 134:25, 164:7, 176:4, 178:21, 220:4, 220:6
**Looks** [2] - 228:23, 230:16
**looks** [5] - 203:15, 225:8, 231:20, 231:21, 232:5
**loud** [1] - 246:14
**LP** [7] - 1:5, 1:6, 1:6, 1:10, 1:11, 1:14
**lunch** [1] - 132:3
**luncheon** [1] - 132:4
**Lynn** [2] - 10:12, 11:25

**M**

**Mackenize** [1] - 257:15
**Mackenzie** [6] - 10:18, 11:4, 12:5, 117:23, 132:23, 257:8
**Macys** [1] - 139:15
**Magistrate** [5] - 52:23, 175:14, 180:20, 181:2, 186:10
**mail** [2] - 185:4, 199:25
**maintain** [6] - 64:8, 83:4, 111:14, 113:20, 113:21, 162:5
**maintained** [2] - 64:2, 120:6
**maintenance** [1] - 265:16
**Maintenance** [1] - 160:4
**major** [2] - 15:25, 221:16

**man** [2] - 42:18, 44:9
**manage** [8] - 12:8, 12:19, 12:24, 13:4, 13:6, 20:10, 20:12, 31:23
**managed** [5] - 20:21, 158:10, 233:10, 233:16, 259:21
**Management** [52] - 6:9, 6:21, 7:10, 8:13, 8:18, 11:8, 16:16, 16:20, 17:2, 17:4, 17:6, 18:10, 18:12, 18:24, 24:9, 29:18, 29:20, 30:9, 31:7, 31:8, 33:2, 43:11, 62:24, 70:25, 109:19, 125:16, 133:16, 134:2, 136:3, 136:7, 136:14, 136:19, 136:23, 141:2, 149:19, 149:20, 150:4, 159:19, 191:16, 193:24, 198:9, 209:19, 247:23, 248:5, 256:19, 256:21, 257:21, 258:13, 259:7, 259:22, 262:25, 263:22
**MANAGEMENT** [5] - 1:13, 1:15, 1:16, 1:17, 1:17
**management** [43] - 27:16, 27:17, 28:2, 28:5, 28:8, 31:23, 38:5, 39:6, 65:10, 68:8, 123:11, 124:24, 125:10, 125:11, 125:18, 125:21, 137:23, 143:19, 153:10, 153:11, 153:15, 155:5, 156:8, 157:14, 157:20, 158:8, 159:22, 163:2, 194:11, 210:18, 216:9, 217:2, 219:8, 219:13, 225:14, 230:2, 247:25, 248:6, 248:18, 259:14, 265:5, 266:24, 270:2
**management's** [1] - 270:22
**manager** [4] - 9:18, 126:18, 159:23, 265:6

**MANAGER** [2] - 1:12, 1:15
**manager's** [1] - 153:14
**managerial** [1] - 155:8
**managers** [3] - 10:24, 159:23, 256:24
**manages** [1] - 259:8
**MANAGING** [1] - 1:4
**managing** [7] - 19:3, 20:15, 20:17, 63:18, 64:14, 107:16, 125:6
**Manhattan** [3] - 16:22, 16:24, 67:22
**manned** [1] - 5:17
**manner** [1] - 235:25
**Maple** [1] - 3:5
**March** [6] - 21:11, 88:18, 135:5, 170:10, 224:13, 226:25
**Marion** [8] - 28:11, 39:15, 41:8, 43:10, 133:25, 136:22, 137:24, 198:10
**Mark** [3] - 190:20, 229:11, 267:21
**mark** [22] - 19:25, 20:4, 24:14, 24:20, 61:8, 78:15, 91:2, 104:8, 132:7, 154:23, 155:16, 156:5, 164:11, 192:12, 198:15, 207:12, 207:18, 207:21, 208:13, 216:2, 222:22, 252:6
**marked** [22] - 61:14, 78:19, 91:9, 104:12, 132:10, 156:14, 164:22, 169:8, 169:11, 191:8, 192:16, 198:18, 207:24, 208:17, 211:3, 215:15, 223:2, 224:2, 229:14, 232:25, 234:20, 252:9
**markets** [2] - 250:10, 250:12
**Markets** [1] - 250:13
**marking** [3] - 24:12, 156:7, 232:21
**MARKS** [2] - 1:18, 3:16
**Marks** [140] - 3:10, 23:24, 24:5, 24:6, 26:24, 27:9, 61:3, 61:6, 61:22, 63:2, 70:24, 71:11, 72:12,

14

72:15, 73:8, 73:16, 75:11, 81:24, 82:16, 82:17, 82:21, 83:21, 84:13, 85:21, 86:16, 86:21, 93:2, 94:19, 94:21, 95:5, 95:12, 97:10, 97:13, 97:21, 100:23, 101:8, 101:24, 106:12, 106:17, 106:21, 107:11, 108:3, 110:24, 113:7, 114:5, 114:13, 114:24, 115:4, 116:3, 117:3, 117:4, 117:11, 118:6, 118:16, 119:2, 120:5, 120:15, 120:23, 121:16, 121:25, 122:3, 122:8, 122:17, 123:20, 123:24, 124:3, 124:13, 127:5, 127:24, 130:19, 131:4, 131:16, 133:2, 133:6, 137:20, 138:15, 150:19, 151:24, 164:15, 164:21, 165:7, 165:12, 166:23, 191:19, 191:25, 193:6, 193:10, 193:13, 194:13, 194:17, 196:3, 196:4, 199:4, 199:8, 199:12, 200:25, 203:7, 203:18, 204:3, 205:12, 209:14, 209:20, 210:8, 210:12, 210:22, 212:6, 212:11, 213:6, 214:5, 222:11, 230:18, 230:20, 231:18, 239:9, 239:14, 250:24, 251:13, 253:2, 253:11, 253:21, 256:5, 256:15, 257:9, 257:16, 258:14, 258:20, 258:25, 259:17, 259:20, 259:25, 265:20, 266:3, 266:16, 266:25, 267:25, 269:14, 269:19, 269:23, 270:8, 272:20
**marriage** [1] - 275:16
**Massachusetts** [1] - 18:5
**material** [2] - 108:25, 118:14
**materials** [1] - 100:8
**matter** [6] - 137:12, 142:15, 181:16, 244:9, 250:24, 275:18
**matters** [5] - 166:14, 166:15, 183:24, 228:22, 251:18
**mean** [29] - 8:15, 13:2, 18:18, 33:17, 35:8, 65:2, 71:10, 71:17, 107:11, 110:3, 110:10, 120:19, 121:20, 135:9, 140:2, 153:22, 154:12, 177:5, 177:19, 201:6, 204:25, 220:21, 220:23, 222:9, 226:21, 251:15, 261:3, 261:7, 265:10
**means** [5] - 92:20, 110:8, 164:5, 219:14, 261:10
**meant** [2] - 56:6, 65:13
**medical** [3] - 158:16, 159:21, 238:13
**meet** [2] - 22:11, 82:12
**Mel** [10] - 54:6, 54:15, 55:9, 55:23, 56:12, 57:5, 178:20, 179:22, 236:10, 240:22
**member** [1] - 244:8
**MEMBER** [2] - 1:13, 1:16
**memorialized** [1] - 82:9
**memorize** [1] - 103:9
**mention** [2] - 72:14, 195:5
**mentioned** [8] - 10:6, 32:24, 160:13, 161:13, 172:21, 190:22, 258:17, 258:24
**merely** [1] - 109:20
**mess** [1] - 264:15
**met** [2] - 5:19, 190:3
**method** [1] - 112:12
**methods** [1] - 122:4
**Mets** [5] - 140:24, 141:19, 141:22, 141:25, 144:6
**Michael** [2] - 9:16, 11:14
**middle** [2] - 15:2, 53:3
**might** [7] - 23:21, 147:23, 157:11, 199:22, 203:6, 220:25, 239:17
**million** [1] - 126:23
**mind** [2] - 126:16, 173:12
**mine** [2] - 146:22, 183:13
**minute** [2] - 175:12, 181:25
**minutes** [5] - 40:12, 45:4, 49:23, 50:12, 96:18
**Mischaracterizes** [1] - 66:2
**mischaracterizes** [1] - 42:3
**mischaracterizing** [3] - 36:10, 46:19, 55:13
**Misstates** [1] - 253:17
**misstating** [1] - 66:12
**mistakes** [1] - 262:18
**misuse** [1] - 102:13
**moment** [1] - 24:16
**Monday** [1] - 106:5
**Mondesir** [6] - 9:16, 10:6, 11:23, 117:25, 154:10, 169:21
**money** [84] - 28:6, 28:14, 29:4, 29:15, 30:4, 30:8, 30:11, 30:19, 35:13, 36:5, 37:9, 40:4, 40:13, 40:17, 40:19, 40:22, 41:2, 41:7, 42:6, 42:10, 43:10, 43:12, 44:5, 44:6, 45:9, 47:20, 58:22, 62:10, 87:19, 87:20, 123:6, 123:7, 123:8, 123:9, 125:6, 125:16, 131:17, 133:25, 134:21, 135:2, 135:8, 135:11, 135:14, 135:18, 136:6, 136:14, 136:20, 137:22, 138:17, 139:11, 139:13, 140:6, 140:18, 141:4, 142:6, 142:17, 143:4, 143:7, 144:5, 145:6, 151:24, 152:8, 152:14, 187:25, 188:7, 188:16, 188:20, 191:19, 192:6, 194:4, 196:23, 197:16, 198:8, 199:8, 202:10, 207:13, 231:23, 248:22, 249:5, 250:10, 250:11, 250:12, 255:11
**monies** [8] - 29:8, 33:19, 187:15, 200:15, 202:5, 202:20, 203:7, 239:14
**month** [22] - 23:6, 66:20, 66:24, 67:5, 68:10, 68:13, 68:17, 69:7, 69:8, 69:22, 123:9, 126:22, 132:24, 157:20, 170:8, 230:2, 237:24, 237:25, 238:2
**month's** [1] - 67:8
**monthly** [4] - 70:20, 123:13, 124:19, 126:21
**months** [9] - 22:13, 22:15, 120:20, 120:21, 203:21, 203:23, 203:24, 204:3, 241:17
**morning** [5] - 133:20, 133:21, 133:24, 136:21, 246:21
**mortgage** [8] - 26:17, 26:19, 93:16, 222:25, 223:19, 228:19, 266:12, 273:10
**mortgages** [6] - 23:17, 92:22, 93:13, 93:14, 263:15, 263:18
**MOSKOWITZ** [1] - 3:15
**most** [7] - 5:21, 56:13, 118:13, 120:13, 170:12, 190:10, 265:18
**Most** [2] - 170:12, 266:2
**mostly** [1] - 259:15
**motion** [1] - 185:23
**mouth** [2] - 54:5, 214:23
**Move** [1] - 129:20
**move** [3] - 126:11, 141:10, 160:24
**MR** [596] - 5:7, 11:9, 11:16, 11:22, 12:10, 12:21, 13:2, 14:2, 14:20, 14:24, 15:5, 18:18, 18:22, 19:16, 19:21, 19:24, 20:5, 21:14, 21:21, 23:13, 24:12, 24:14, 24:18, 25:2, 25:21, 26:2, 30:5, 30:13, 33:4, 33:7, 33:15, 33:23, 34:2, 34:5, 34:9, 36:9, 36:14, 36:18, 36:24, 37:5, 37:23, 38:23, 39:18, 39:20, 39:22, 39:25, 40:5, 40:7, 40:9, 41:11, 41:17, 41:19, 42:13, 42:16, 42:21, 43:15, 43:21, 43:23, 44:7, 44:17, 44:23, 45:10, 46:7, 46:17, 46:22, 46:25, 47:16, 48:4, 48:10, 48:13, 48:15, 48:22, 48:24, 49:3, 49:5, 49:8, 49:9, 49:19, 50:2, 50:7, 50:9, 50:14, 50:21, 51:12, 51:14, 51:16, 51:18, 51:20, 51:23, 52:5, 52:6, 52:8, 52:17, 52:19, 52:25, 53:4, 53:11, 54:4, 54:7, 54:15, 54:17, 54:25, 55:2, 55:5, 55:7, 55:8, 55:25, 56:2, 56:4, 56:12, 56:15, 56:19, 56:22, 56:24, 57:3, 57:5, 57:10, 57:14, 57:17, 57:22, 57:23, 58:7, 58:10, 60:10, 60:15, 61:7, 61:9, 62:3, 63:4, 63:14, 65:25, 66:10, 68:21, 69:18, 69:23, 70:14, 76:21, 76:25, 77:5, 77:17, 78:9, 79:2, 82:2, 82:4, 84:15, 86:9, 86:24, 88:15, 89:3, 90:20, 91:2, 94:23, 94:25, 96:5, 96:22, 96:24, 97:3, 97:16, 97:18, 97:24, 98:3, 98:6, 98:11, 100:13, 101:4, 101:11, 101:12, 101:17, 101:21, 102:12, 102:17, 104:5, 105:8, 105:14, 105:16, 106:14, 106:22, 109:4, 112:7, 112:9, 112:20, 116:6, 117:6, 118:11, 118:17, 118:19,

15

120:17, 121:18, 122:5, 122:14, 124:6, 124:8, 124:10, 124:15, 124:17, 124:22, 126:11, 127:8, 127:10, 127:15, 127:19, 128:4, 128:6, 128:7, 128:10, 128:12, 128:18, 128:19, 128:23, 128:24, 129:12, 129:14, 129:20, 129:25, 130:3, 130:13, 130:14, 130:21, 130:23, 131:6, 131:8, 131:10, 131:20, 131:22, 132:2, 132:6, 134:11, 135:19, 135:21, 136:8, 137:8, 138:2, 138:4, 138:6, 138:10, 138:19, 138:22, 139:16, 139:18, 139:20, 140:8, 140:10, 140:12, 141:10, 141:14, 141:17, 142:8, 142:11, 142:13, 142:19, 142:22, 143:8, 144:17, 144:19, 144:25, 145:7, 145:9, 145:10, 145:12, 145:14, 145:17, 145:21, 146:11, 146:16, 146:19, 147:9, 147:14, 147:16, 147:19, 147:25, 148:3, 148:5, 148:10, 148:18, 148:20, 148:22, 148:25, 149:3, 149:6, 149:9, 149:13, 149:15, 149:23, 149:25, 150:7, 150:24, 151:2, 151:16, 151:17, 152:2, 152:4, 152:10, 152:12, 153:11, 154:15, 155:15, 155:24, 156:2, 159:15, 160:24, 161:18, 162:9, 162:18, 162:20, 162:22, 162:24, 163:3, 163:5, 163:7, 163:9, 163:13,

163:15, 164:10, 165:2, 165:10, 165:12, 165:14, 165:15, 165:17, 166:25, 167:16, 167:18, 168:8, 168:10, 168:17, 168:19, 168:23, 168:25, 169:4, 169:23, 169:25, 170:7, 170:15, 170:25, 173:4, 173:8, 173:13, 173:22, 174:2, 174:17, 175:3, 175:10, 175:18, 176:9, 177:12, 177:14, 178:12, 178:14, 179:2, 179:9, 179:11, 179:17, 179:19, 179:22, 180:13, 180:24, 181:19, 182:4, 182:6, 182:7, 183:18, 184:7, 184:18, 185:3, 185:22, 185:24, 186:5, 186:15, 187:11, 188:9, 188:11, 188:25, 189:3, 189:7, 189:10, 189:13, 189:20, 190:3, 192:7, 192:11, 193:15, 194:6, 194:8, 195:7, 195:13, 195:22, 195:24, 196:6, 196:8, 197:20, 197:22, 198:15, 199:10, 200:8, 200:19, 200:21, 201:18, 202:8, 202:13, 202:15, 203:9, 203:11, 204:12, 205:3, 205:5, 205:23, 205:25, 206:20, 206:22, 207:14, 207:16, 207:17, 207:21, 208:12, 209:15, 209:17, 210:2, 210:4, 211:5, 211:7, 211:11, 211:13, 211:22, 212:2, 212:18, 212:20, 213:8, 213:10, 213:17, 213:19, 214:8, 214:10, 214:15, 214:18, 214:20,

214:24, 215:3, 215:7, 215:21, 215:24, 216:4, 216:6, 216:8, 216:14, 216:16, 217:10, 217:24, 218:2, 218:8, 218:13, 218:24, 219:2, 220:17, 220:19, 221:7, 221:9, 222:17, 222:19, 222:21, 223:10, 223:11, 223:17, 224:15, 226:6, 226:8, 226:10, 226:16, 227:14, 227:16, 227:18, 227:20, 227:23, 227:25, 228:9, 228:10, 228:12, 229:11, 229:23, 231:2, 232:4, 232:10, 233:5, 233:12, 233:19, 233:20, 234:10, 234:12, 234:16, 234:24, 235:2, 235:9, 235:21, 236:3, 236:7, 236:10, 237:12, 237:18, 237:20, 238:23, 239:24, 240:6, 240:14, 240:19, 240:21, 240:24, 241:8, 241:12, 241:14, 242:2, 242:8, 242:14, 242:20, 242:24, 243:3, 243:4, 243:10, 243:13, 243:17, 243:19, 243:25, 244:3, 244:5, 244:7, 244:15, 244:18, 244:24, 244:25, 245:4, 245:8, 245:15, 245:18, 245:22, 246:2, 246:5, 246:8, 246:11, 246:15, 247:3, 247:4, 247:12, 247:15, 247:20, 248:7, 248:13, 249:13, 249:18, 249:21, 250:6, 250:15, 250:19, 251:3, 251:6, 251:8, 251:12, 251:15, 251:19, 251:21,

252:5, 253:12, 253:13, 253:15, 253:25, 254:4, 254:10, 255:14, 259:3, 261:6, 261:8, 261:17, 261:22, 262:3, 262:5, 262:7, 262:12, 264:24, 265:3, 265:8, 265:21, 265:24, 266:17, 267:6, 267:8, 268:2, 268:8, 268:15, 268:19, 268:23, 268:25, 269:6, 269:9, 269:12, 270:4, 270:7, 270:13, 271:3, 271:4
MS [1] - 77:11
Murray [7] - 65:8, 67:8, 67:17, 68:6, 72:18, 123:21, 255:25
must [2] - 98:12
myriad [2] - 188:17, 189:6

## N

name [12] - 5:8, 14:7, 17:8, 138:14, 140:4, 141:23, 142:16, 142:25, 144:8, 153:3, 158:18, 171:23
named [1] - 142:3
names [5] - 9:14, 12:12, 176:20, 182:13, 182:21
national [1] - 98:18
nature [1] - 15:21
NEALE [1] - 1:15
Neale [8] - 13:22, 31:9, 32:5, 32:18, 91:24, 91:25, 105:19, 183:15
near [1] - 248:11
necessarily [2] - 188:19, 229:2
necessary [1] - 187:7
need [20] - 6:2, 8:14, 15:16, 24:2, 41:6, 64:25, 85:12, 87:14, 110:14, 145:14, 146:9, 146:17, 149:9, 163:3, 163:16, 166:14, 204:9, 215:7, 246:21, 255:5

needed [2] - 213:23, 262:19
needs [1] - 256:16
negotiations [3] - 169:19, 170:4, 172:16
never [24] - 34:18, 36:11, 37:2, 37:6, 40:14, 59:21, 61:21, 62:5, 63:8, 65:22, 74:12, 85:20, 86:5, 111:20, 112:4, 115:8, 117:5, 168:22, 177:17, 177:24, 187:20, 225:19, 239:3
New [18] - 1:22, 2:7, 3:6, 3:11, 3:17, 5:4, 5:13, 18:2, 18:4, 33:19, 33:20, 67:23, 141:19, 198:12, 275:7
NEW [1] - 1:2
new [21] - 15:3, 50:25, 51:3, 54:11, 58:6, 76:19, 84:3, 84:20, 87:12, 87:15, 87:18, 89:18, 99:25, 121:12, 122:23, 146:15, 172:18, 172:19, 228:19
next [8] - 1:21, 7:22, 7:23, 18:6, 88:11, 105:18, 190:18, 255:3
nice [1] - 240:21
nine [1] - 33:9
nineteen [1] - 80:17
Nineteen [1] - 80:18
nobody [1] - 61:24
Nobody [1] - 144:7
non [4] - 240:10, 244:13, 247:6, 247:10
non-attorney [1] - 240:10
non-counsel [1] - 244:13
non-distributable [2] - 247:6, 247:10
nonbillable [1] - 225:10
noncompliance [1] - 166:4
None [1] - 163:11
none [2] - 96:9, 219:5
nonrestricted [1] - 247:18
normal [1] - 43:13
Notary [3] - 2:6, 5:4,

275:6
NOTARY [1] - 271:14
Note [1] - 57:25
note [7] - 187:3,
187:22, 188:3,
188:8, 188:23,
204:14, 225:13
notes [3] - 24:19,
26:17, 250:9
nothing [16] - 35:3,
39:8, 44:8, 44:24,
45:19, 47:10,
146:24, 154:18,
167:22, 183:7,
188:3, 195:15,
229:9, 236:21,
261:16, 262:20
Nothing [4] - 37:10,
45:5, 45:11, 45:17
notice [3] - 180:16,
183:15, 232:13
noticed [1] - 209:4
notification [2] -
166:11, 166:14
notify [1] - 166:3
noting [1] - 66:10
November [7] - 6:16,
6:18, 116:24, 252:8,
252:13, 252:20,
252:21
Number [24] - 26:11,
26:16, 26:18, 27:4,
27:12, 28:25, 30:2,
79:16, 92:13, 92:23,
93:2, 93:3, 93:12,
93:14, 111:12,
112:25, 145:25,
154:22, 182:5,
182:10, 224:23,
229:13, 229:18,
236:21
number [31] - 7:16,
24:22, 61:11, 92:12,
93:5, 93:11, 103:7,
111:16, 112:23,
113:5, 145:23,
158:9, 158:13,
170:20, 180:11,
194:20, 194:22,
194:24, 194:25,
197:5, 207:7,
207:23, 219:10,
219:12, 219:16,
219:17, 221:25,
236:23, 239:9
numbers [7] - 7:17,
93:9, 95:12, 102:7,
213:6, 232:8, 252:23
numerous [2] - 159:6,
237:2

O

oath [1] - 4:19
object [20] - 60:11,
60:15, 96:25,
101:19, 146:12,
147:22, 163:12,
165:17, 189:23,
233:6, 235:22,
237:12, 240:7,
240:19, 240:25,
243:5, 245:3,
245:20, 247:3, 268:9
objected [4] - 47:9,
55:12, 55:19, 233:18
objecting [5] - 48:17,
54:25, 175:19,
219:3, 241:12
Objection [235] - 11:9,
12:21, 14:2, 15:14,
19:16, 21:14, 21:21,
23:13, 30:5, 33:4,
33:15, 33:23, 34:2,
36:9, 37:23, 38:23,
41:11, 41:23, 46:17,
47:16, 48:10, 48:22,
62:3, 63:4, 63:14,
65:25, 68:21, 69:18,
84:15, 86:9, 86:24,
88:15, 94:23, 94:25,
96:22, 97:16, 97:18,
97:24, 101:4,
101:11, 101:12,
105:8, 106:14,
106:22, 109:4,
112:7, 112:9,
112:20, 116:6,
117:6, 118:17,
118:19, 120:17,
121:18, 122:5,
122:14, 124:6,
124:8, 124:15,
124:17, 127:8,
127:10, 127:15,
128:6, 128:18,
128:19, 128:23,
128:24, 129:14,
129:25, 130:3,
130:13, 130:14,
130:21, 130:23,
131:6, 131:8,
131:20, 131:22,
134:11, 136:8,
137:8, 138:2, 138:4,
138:19, 138:22,
139:16, 139:18,
140:8, 140:10,
142:8, 142:11,
142:22, 143:8,
144:17, 144:19,
144:25, 145:7,
145:9, 148:18,
148:20, 148:22,
148:25, 149:3,
149:13, 149:15,
149:23, 149:25,
150:24, 151:2,
151:16, 151:17,
152:2, 152:4,
152:10, 152:12,
154:15, 159:15,
161:18, 162:18,
162:20, 166:25,
167:16, 168:8,
168:10, 168:17,
168:23, 168:25,
169:23, 169:25,
170:15, 170:25,
174:17, 176:9,
177:12, 178:12,
178:14, 179:2,
179:9, 179:17,
179:19, 187:11,
188:9, 188:25,
189:3, 192:7,
193:15, 194:6,
194:8, 195:7, 196:6,
196:8, 197:20,
199:10, 200:8,
200:19, 200:21,
201:18, 202:8,
202:13, 203:9,
203:11, 204:12,
205:3, 205:5,
205:23, 206:20,
206:22, 207:14,
209:15, 209:17,
210:2, 210:4, 211:5,
211:7, 211:11,
211:13, 212:18,
212:20, 213:8,
213:10, 213:17,
213:19, 214:8,
214:15, 216:14,
216:16, 217:10,
217:24, 218:2,
218:8, 220:17,
220:19, 221:7,
221:9, 222:17,
223:10, 223:11,
224:15, 226:6,
226:8, 227:14,
227:16, 227:20,
229:23, 231:2,
234:10, 234:12,
238:23, 239:24,
242:2, 242:14,
247:12, 249:13,
250:6, 251:3, 251:6,
251:8, 251:19,
251:21, 253:12,
253:13, 253:15,
254:10, 255:14,
259:3, 261:6,
261:17, 265:8,
265:21, 265:24,
266:17, 267:6,
267:8, 268:2
objection [61] - 5:19,
11:17, 11:21, 12:10,
15:8, 15:11, 15:13,
15:17, 19:22, 20:7,
33:7, 34:11, 36:19,
36:24, 39:18, 39:24,
41:20, 41:22, 42:13,
42:17, 43:15, 44:23,
45:10, 46:22, 46:25,
50:3, 53:6, 54:8,
54:10, 54:24, 57:25,
69:23, 101:22,
102:12, 102:18,
128:4, 129:12,
138:11, 140:15,
142:19, 145:13,
145:19, 146:8,
146:16, 147:5,
147:10, 147:21,
149:11, 155:14,
156:4, 163:4,
179:11, 189:22,
240:14, 241:4,
241:8, 244:4,
262:10, 268:15,
270:13
objections [13] - 4:11,
44:17, 138:9,
145:16, 146:10,
146:20, 146:22,
147:17, 236:24,
243:7, 261:25,
262:2, 262:10
obligation [4] -
166:22, 188:15,
188:16, 267:24
obstructing [1] -
49:14
obtain [3] - 16:12,
172:6, 184:16
obtained [4] - 117:10,
118:25, 129:11,
182:9
Obviously [1] - 268:19
occupy [3] - 7:2, 7:5,
7:15
October [4] - 235:13,
241:21, 241:23,
242:4
OF [10] - 1:2, 1:4, 1:6,
1:10, 1:11, 1:13,
1:14, 1:14, 1:16,

1:17
offer [1] - 172:18
offered [1] - 42:25
office [14] - 6:20, 13:3,
22:22, 110:12,
132:19, 154:2,
155:4, 155:6,
157:10, 158:15,
161:16, 177:5,
238:17, 266:5
officer [10] - 4:18,
6:13, 6:19, 10:10,
20:25, 96:13, 96:15,
159:25, 264:2,
264:21
OFFICER [1] - 1:17
offices [1] - 262:25
officially [1] - 7:19
often [1] - 68:13
old [4] - 54:12, 100:4,
100:5, 125:20
once [3] - 8:16, 69:7,
123:22
Once [2] - 69:8, 72:23
one [84] - 7:4, 7:8,
8:11, 23:16, 27:13,
29:13, 35:19, 36:3,
36:4, 36:23, 40:20,
50:18, 67:18, 78:12,
79:8, 79:9, 79:10,
79:25, 80:6, 85:8,
87:20, 88:24, 90:25,
92:10, 92:13, 99:14,
100:25, 102:2,
102:8, 103:4, 103:6,
118:9, 121:17,
125:2, 132:24,
134:4, 137:2, 137:6,
137:12, 141:9,
143:19, 144:12,
145:23, 149:17,
150:10, 151:5,
152:23, 155:17,
157:2, 157:3, 158:3,
158:15, 158:25,
166:21, 171:10,
176:6, 176:7,
178:19, 178:24,
179:5, 179:14,
181:3, 192:23,
193:3, 193:20,
199:22, 202:10,
204:23, 211:19,
221:18, 225:2,
235:13, 236:21,
242:7, 246:18,
249:3, 250:8,
254:24, 255:18,
270:11, 270:16,
270:22

17

One [12] - 25:14, 25:24, 37:25, 39:4, 68:2, 75:8, 135:3, 192:14, 235:12, 249:21, 266:6, 272:24
ones [4] - 35:21, 103:23, 119:24, 257:2
open [1] - 259:10
opened [2] - 8:23, 9:2
operating [9] - 6:13, 6:19, 96:15, 172:22, 249:5, 249:6, 264:2, 264:21, 274:6
operation [8] - 8:12, 100:9, 166:5, 166:10, 166:17, 270:9, 270:11, 270:19
operations [1] - 8:9
opinion [15] - 43:22, 45:18, 115:18, 119:20, 162:25, 163:18, 181:15, 208:22, 209:24, 210:19, 210:25, 211:9, 227:24, 228:4, 254:11
opposed [3] - 70:25, 114:19, 250:3
option [2] - 122:25, 123:4
oral [1] - 166:12
orally [1] - 212:17
Order [3] - 2:4, 24:10, 25:6
order [23] - 24:2, 26:25, 27:9, 72:20, 84:19, 91:4, 94:2, 94:3, 109:23, 111:3, 118:7, 181:2, 188:7, 202:25, 207:2, 216:20, 217:15, 234:19, 235:2, 236:14, 238:3, 260:8, 273:16
organization [1] - 7:6
ORGANIZATION [1] - 1:18
Organization [1] - 7:21
organizations [2] - 137:2, 137:6
original [5] - 23:17, 26:17, 234:17, 234:25, 255:6
originally [2] - 106:9, 225:9
Originally [1] - 172:8

originals [2] - 110:17, 113:21
originated [1] - 134:21
ORLY [1] - 3:21
otherwise [6] - 60:13, 155:2, 155:19, 163:25, 164:4, 164:8
ought [4] - 53:19, 151:24, 152:8, 167:23
outcome [1] - 275:17
outline [1] - 206:9
outside [2] - 23:23, 129:23
outstanding [1] - 29:8
overage [3] - 229:19, 231:25, 273:13
overhead [1] - 155:5
overnight [1] - 258:9
overpayment [4] - 231:9, 231:15, 231:19, 231:24
owe [4] - 43:10, 45:8, 139:11, 142:24
owed [29] - 28:2, 28:6, 28:14, 29:23, 30:4, 33:19, 35:13, 35:14, 35:15, 36:6, 40:8, 41:7, 42:6, 42:7, 42:10, 133:25, 136:6, 136:14, 136:21, 136:25, 137:5, 137:23, 137:24, 138:17, 138:18, 138:25, 142:6, 143:4, 227:11
own [7] - 14:23, 119:7, 119:8, 121:15, 121:21, 153:8, 155:10
owned [4] - 38:6, 144:5, 145:6, 232:17
owner [2] - 159:18, 172:18
OWNER [3] - 1:12, 1:14, 1:15
owners [3] - 31:8, 37:13, 37:21
ownership [2] - 13:17, 13:24

**P**

p.m [1] - 271:8
packet [1] - 258:9
Page [29] - 79:16, 79:17, 80:17, 80:19, 80:20, 80:21, 80:22, 80:23, 81:2, 81:4,

81:5, 81:6, 133:12, 156:19, 156:22, 156:23, 156:24, 157:5, 159:11, 161:5, 161:14, 162:7, 162:15, 163:24, 164:6, 165:23, 198:24, 219:12
page [15] - 1:21, 25:24, 25:25, 26:5, 26:7, 78:17, 80:9, 80:15, 154:22, 155:17, 192:14, 192:23, 219:10, 272:12, 272:24
PAGE [6] - 272:4, 272:10, 273:4, 273:20, 274:5, 276:7
pages [5] - 78:13, 78:15, 79:3, 79:12, 80:2
paid [64] - 29:16, 30:16, 30:19, 32:25, 33:2, 34:18, 39:12, 41:9, 44:5, 44:14, 81:17, 113:3, 114:6, 121:7, 125:23, 126:17, 126:23, 127:6, 129:9, 131:4, 131:16, 141:4, 160:14, 162:2, 170:20, 176:5, 178:6, 178:18, 187:22, 187:24, 187:25, 190:20, 191:19, 193:10, 194:13, 199:8, 201:21, 202:20, 204:3, 205:12, 208:7, 208:16, 208:24, 217:18, 220:5, 222:6, 224:18, 226:19, 226:20, 226:21, 227:4, 230:2, 231:13, 231:23, 232:2, 239:14, 255:11, 257:5, 257:18, 262:22, 273:8
pale [1] - 167:15
Paneth [142] - 3:10, 23:24, 24:5, 24:7, 26:24, 27:9, 61:3, 61:6, 61:22, 63:2, 70:24, 71:11, 72:12, 72:16, 73:8, 73:16, 75:11, 81:24, 82:17, 82:21, 83:21, 84:13,

85:21, 86:16, 86:21, 93:2, 94:19, 94:21, 95:6, 95:12, 97:10, 97:13, 97:22, 100:24, 101:9, 101:24, 106:12, 106:17, 106:21, 107:11, 108:3, 110:24, 113:7, 114:5, 114:13, 114:24, 115:4, 116:3, 117:3, 117:4, 117:11, 118:6, 118:16, 119:2, 120:5, 120:15, 120:23, 121:16, 121:25, 122:3, 122:8, 122:17, 123:20, 123:24, 124:3, 124:14, 127:5, 127:24, 130:19, 131:4, 131:16, 133:2, 133:6, 137:21, 138:16, 150:19, 151:24, 164:15, 164:21, 165:7, 165:12, 166:23, 190:20, 191:20, 191:25, 193:6, 193:11, 193:13, 194:3, 194:17, 196:3, 196:4, 199:5, 199:8, 199:12, 200:25, 203:7, 203:18, 204:3, 205:12, 209:14, 209:21, 210:8, 210:13, 210:23, 212:6, 212:11, 213:6, 214:5, 222:11, 230:18, 230:20, 231:18, 239:10, 239:14, 250:24, 251:13, 253:2, 253:11, 253:21, 256:5, 256:15, 257:10, 257:16, 258:14, 258:20, 258:25, 259:17, 259:20, 259:25, 265:20, 266:3, 266:16, 266:25, 267:21, 267:25, 269:14, 269:19, 269:23, 270:8, 272:20
PANETH [2] - 1:18, 3:16
paper [12] - 73:22, 110:15, 115:4,

119:2, 214:3, 214:11, 220:8, 220:9, 220:10
papers [13] - 23:18, 75:22, 94:18, 109:15, 109:17, 109:21, 109:23, 110:2, 113:7, 117:11, 119:7, 119:17, 256:8
Paragraph [3] - 155:2, 159:11, 165:24
paragraph [4] - 157:2, 161:4, 166:2, 210:15
paraphrasing [1] - 91:20
pare [1] - 221:15
Park [2] - 3:11, 6:22
Part [1] - 219:19
part [13] - 5:21, 89:14, 120:14, 133:11, 141:11, 153:6, 157:6, 157:13, 160:18, 165:24, 194:25, 207:7, 236:15
participate [1] - 13:23
particular [6] - 6:23, 113:8, 115:5, 177:9, 187:13, 255:12
parties [4] - 4:6, 37:10, 180:18, 275:15
partner [2] - 25:13, 237:9
PARTNER [5] - 1:4, 1:6, 1:10, 1:11, 1:14
partner's [2] - 85:11, 88:3
partners [23] - 26:23, 27:7, 34:18, 45:17, 47:5, 59:3, 59:6, 59:21, 60:22, 123:4, 123:10, 123:13, 139:7, 144:4, 144:6, 144:11, 151:11, 151:15, 151:19, 152:14, 228:20, 249:4
partnership [8] - 150:12, 153:17, 153:24, 153:25, 204:21, 210:18, 250:16, 260:4
partnerships [7] - 18:19, 19:12, 154:3, 154:11, 233:9, 237:3, 237:8
pass [1] - 122:2
passage [1] - 162:7

passed [1] - 151:7
passing [1] - 151:8
pay [28] - 19:5, 28:20, 29:13, 34:24, 36:6, 36:13, 37:21, 38:3, 38:7, 38:8, 38:20, 42:8, 43:12, 44:5, 45:9, 58:22, 64:17, 116:4, 117:4, 117:16, 118:6, 125:13, 141:7, 154:13, 154:17, 228:19, 257:12
payable [49] - 11:5, 23:2, 27:12, 29:17, 30:9, 34:17, 35:2, 37:17, 38:3, 39:7, 59:18, 60:25, 92:23, 92:24, 93:15, 93:16, 94:4, 94:8, 94:10, 94:11, 111:13, 111:20, 112:2, 112:25, 117:10, 117:22, 118:24, 119:20, 119:25, 121:2, 121:5, 125:6, 139:6, 139:9, 139:15, 151:19, 159:21, 159:25, 187:3, 204:16, 204:25, 217:19, 219:22, 223:22, 256:23, 257:4, 257:7, 257:14
payables [2] - 72:22, 136:17
payment [7] - 129:23, 174:8, 178:16, 188:14, 208:5, 232:14, 258:7
payments [2] - 176:19, 178:2
payroll [14] - 155:5, 158:15, 159:21, 160:2, 160:8, 160:22, 160:23, 161:21, 161:23, 170:19, 170:22, 233:22, 238:12, 257:14
Pearl [1] - 1:22
people [11] - 26:22, 62:13, 68:4, 108:7, 113:9, 158:7, 160:12, 161:15, 161:19, 169:22, 238:10
People [1] - 142:23
per [2] - 157:20
per-month [1] -
157:20
percent [5] - 30:17, 37:22, 59:2, 141:8, 158:16
percentage [2] - 266:15, 266:20
percentages [1] - 154:20
perfectly [1] - 74:11
performance [2] - 270:18, 270:22
performed [3] - 190:24, 198:9, 231:17
performing [1] - 239:17
perhaps [1] - 51:10
period [9] - 22:13, 22:15, 126:22, 151:21, 203:2, 203:20, 225:5, 231:16, 255:20
periods [1] - 260:20
permission [1] - 129:10
person [6] - 14:22, 23:2, 94:8, 121:2, 162:25, 238:11
personal [2] - 239:15, 263:7
personally [2] - 132:20, 158:4
personnel [6] - 155:8, 157:10, 159:24, 160:12, 161:12, 238:16
persons [6] - 9:9, 10:16, 117:19, 118:4, 161:15, 238:17
pertain [2] - 27:15, 78:24
pertaining [5] - 64:9, 224:12, 232:23, 273:13, 273:14
pertains [2] - 78:13, 78:24
photocopies [1] - 24:21
photocopy [1] - 232:6
phrase [3] - 61:5, 65:23, 98:21
Phyllis [8] - 13:22, 32:5, 32:8, 32:9, 32:11, 32:17, 183:15, 238:21
PHYLLIS [1] - 1:12
physical [1] - 8:12
physically [1] - 256:8
pick [14] - 34:19, 37:17, 38:12, 39:9, 39:11, 45:22, 46:4, 47:5, 59:2, 111:22, 137:18, 139:8, 139:13, 143:23
picked [8] - 47:4, 139:6, 230:18, 230:19, 230:24, 237:24, 237:25
picture [1] - 72:21
piece [1] - 214:3
pieces [1] - 269:8
pilot [1] - 163:20
place [10] - 2:4, 45:19, 64:10, 90:19, 118:18, 128:22, 161:24, 197:3, 224:13, 229:9
placed [1] - 267:24
plain [1] - 256:14
Plains [1] - 3:17
Plaintiff [1] - 244:15
plaintiff [2] - 245:13, 246:23
Plaintiff' [1] - 234:3
Plaintiff's [53] - 61:14, 78:15, 78:19, 91:4, 91:10, 104:9, 104:12, 132:8, 132:10, 132:14, 154:24, 156:6, 156:10, 156:15, 164:12, 164:18, 164:22, 169:9, 169:11, 191:4, 191:8, 192:12, 192:17, 192:21, 198:16, 198:19, 207:24, 208:14, 208:17, 215:15, 220:4, 220:13, 222:24, 223:3, 223:24, 224:3, 228:6, 229:12, 229:15, 232:11, 232:22, 233:2, 234:20, 235:4, 235:7, 236:17, 236:18, 241:5, 241:7, 241:19, 241:20, 252:7, 252:10
PLAINTIFF'S [2] - 272:10, 273:4
plaintiff's [1] - 239:13
Plaintiffs [3] - 1:7, 3:4, 234:18
plaintiffs [1] - 239:8
planning [1] - 220:11
Plaza [22] - 34:17, 39:5, 78:24, 132:9, 132:15, 133:23, 154:25, 156:9, 156:12, 167:5, 167:7, 167:13, 167:21, 167:24, 168:3, 232:24, 234:4, 252:20, 252:24, 272:17, 272:18, 273:15
PLAZA [3] - 1:5, 1:10, 1:14
plead [1] - 58:9
pleading [2] - 234:17, 234:25
pleadings [2] - 24:17, 116:17
plus [1] - 159:4
pocket [1] - 47:6
point [19] - 20:20, 49:7, 52:3, 56:9, 72:9, 115:25, 140:6, 144:15, 156:3, 182:3, 182:18, 182:24, 183:18, 183:19, 207:12, 214:18, 215:10, 226:2, 235:11
pointed [4] - 103:20, 200:23, 241:15, 241:18
pointing [2] - 179:23, 195:23
policies [2] - 176:22, 177:23
policy [5] - 159:12, 161:5, 174:7, 174:9, 176:5
portion [7] - 58:19, 77:9, 78:7, 100:17, 148:14, 154:13, 242:25
posed [4] - 104:11, 104:18, 104:20, 272:15
position [10] - 6:11, 9:17, 28:12, 69:2, 114:14, 167:11, 167:25, 227:13, 263:24, 264:4
positions [1] - 263:21
positive [1] - 187:8
possibility [2] - 33:25, 204:8
possible [5] - 9:4, 83:15, 90:11, 267:22, 268:10
Possible [1] - 83:16
Possibly [1] - 35:20
possibly [3] - 23:25, 140:7, 202:3
postage [1] - 155:7
posted [1] - 255:25
posts [3] - 258:4, 258:5, 258:11
practice [1] - 69:10
precondition [1] - 140:17
predecessor [1] - 20:25
predicate [2] - 141:24, 142:4
premium [1] - 176:19
premiums [1] - 176:16
preparation [4] - 133:5, 196:20, 197:24, 198:4
prepare [2] - 132:17, 206:2
prepared [10] - 68:10, 68:13, 69:7, 72:11, 132:16, 132:18, 132:19, 132:20, 206:10, 206:11
prepares [2] - 67:7, 257:12
prepayments [1] - 176:22
prerogative [2] - 37:13, 45:17
prescribe [2] - 125:9, 125:22
present [1] - 25:19
PRESENT [1] - 3:21
presented [1] - 220:14
presently [2] - 6:9, 180:23
Prestige [7] - 28:10, 39:15, 41:8, 43:10, 133:25, 136:22, 137:25
presumably [1] - 33:20
presume [8] - 5:18, 105:5, 105:11, 106:19, 120:25, 134:16, 202:3, 225:16
presumed [2] - 26:24, 181:23
presuming [1] - 188:5
pretty [4] - 43:6, 134:13, 165:20, 265:14
prevent [1] - 246:9
previous [4] - 29:3, 31:14, 112:3, 204:25
previously [5] - 150:16, 169:17, 179:25, 190:25,

217:17
Price [2] - 65:23, 120:12
primary [2] - 63:21, 108:23
principle [2] - 44:11, 44:16
principles [1] - 43:14
print [2] - 178:23, 242:25
printed [2] - 242:9, 242:16
prints [1] - 255:24
private [1] - 239:11
privilege [2] - 174:19, 240:5
privileged [1] - 237:7
problem [11] - 40:10, 40:19, 44:3, 44:25, 50:17, 52:22, 56:3, 160:21, 167:12, 184:8, 269:18
problems [1] - 65:5
procedure [3] - 5:22, 159:4, 267:18
procedures [3] - 159:9, 210:9, 259:14
process [9] - 60:19, 98:23, 98:24, 99:18, 99:21, 99:22, 108:13, 237:16, 258:18
produce [24] - 66:23, 67:4, 67:21, 70:6, 70:11, 71:5, 73:25, 75:14, 95:6, 97:8, 97:11, 110:15, 111:4, 124:19, 124:25, 132:23, 173:12, 180:16, 209:22, 212:6, 212:9, 232:13, 238:3, 239:2
produced [27] - 73:24, 75:25, 84:2, 84:22, 85:2, 95:10, 105:24, 113:11, 114:4, 119:3, 132:23, 177:8, 177:22, 178:9, 180:5, 180:19, 180:20, 181:22, 182:16, 183:7, 185:13, 199:16, 200:25, 210:8, 233:8, 236:20, 267:16
produces [2] - 209:19, 209:20
producing [1] - 122:25

product [1] - 243:16
PRODUCTION [1] - 273:19
production [7] - 129:6, 173:10, 234:9, 235:25, 236:16, 238:5, 249:19
profession [1] - 43:5
professional [1] - 223:20
professionals [1] - 221:12
program [2] - 172:17, 256:2
programs [2] - 67:22, 68:9
project [7] - 155:11, 157:9, 159:23, 160:15, 160:20, 220:7
projects [4] - 157:16, 233:10, 248:2, 248:6
pronouns [3] - 77:2, 77:21, 78:3
proof [2] - 142:24, 248:23
proper [8] - 41:9, 41:10, 44:10, 44:15, 119:5, 121:4, 175:20, 201:24
properties [6] - 9:19, 9:20, 20:11, 20:18, 31:20, 126:24
property [11] - 10:3, 23:18, 27:18, 65:10, 68:7, 80:6, 107:16, 123:11, 126:18, 158:13, 228:21
proposed [1] - 47:13
propounded [1] - 184:11
protect [1] - 146:4
provide [26] - 22:18, 23:20, 24:2, 26:9, 27:10, 65:7, 68:4, 73:20, 85:16, 85:17, 95:7, 121:6, 121:8, 122:7, 123:12, 123:18, 166:7, 173:24, 206:9, 218:14, 239:23, 240:11, 240:12, 248:24, 263:5
provided [24] - 22:21, 27:9, 33:20, 70:22, 83:18, 117:23, 151:23, 155:3, 155:19, 163:25, 164:4, 164:8, 177:4,

198:2, 212:8, 218:12, 231:14, 233:18, 235:17, 235:19, 237:25, 260:2, 266:9, 267:20
provides [3] - 206:25, 239:15, 259:20
Pryce [28] - 21:11, 62:20, 67:10, 70:10, 72:8, 75:19, 76:24, 77:4, 88:19, 91:8, 91:23, 106:8, 109:2, 110:22, 112:17, 113:23, 115:24, 116:24, 117:16, 117:20, 118:14, 119:14, 169:19, 174:10, 178:20, 187:5, 262:23, 272:13
PRYCE [1] - 3:22
Public [3] - 2:6, 5:4, 275:6
PUBLIC [1] - 271:14
pull [2] - 23:8, 119:4
pulled [2] - 120:9, 120:24
purpose [3] - 71:23, 146:25, 160:16
purposely [1] - 241:6
pursuant [2] - 2:4, 156:3
purview [1] - 167:14
put [46] - 5:15, 15:12, 19:25, 54:5, 59:12, 66:24, 72:21, 77:17, 82:6, 87:7, 87:23, 94:2, 94:3, 110:14, 111:17, 115:16, 138:24, 141:6, 141:22, 142:25, 143:2, 143:20, 151:19, 153:3, 173:4, 173:8, 173:19, 181:8, 184:6, 185:20, 186:2, 186:21, 194:3, 212:14, 213:15, 213:23, 214:23, 221:13, 221:22, 221:24, 228:7, 244:5, 245:20, 248:19, 258:10, 267:14
puts [1] - 75:13
putting [2] - 34:11, 143:24

**Q**

qualification [3] - 15:20, 15:24, 16:12
quality [1] - 190:11
Quality [3] - 61:2, 61:18, 61:21
quarterly [2] - 85:14, 85:16
questioned [5] - 28:24, 46:12, 61:23, 61:25, 256:16
questioner's [1] - 147:3
questioning [1] - 53:3
questions [40] - 5:16, 11:18, 40:16, 45:15, 92:5, 92:6, 94:14, 103:17, 104:10, 104:18, 145:24, 148:9, 169:16, 182:2, 183:3, 183:5, 184:5, 184:25, 186:13, 186:25, 211:16, 232:11, 244:6, 244:11, 244:21, 245:11, 245:20, 246:13, 246:23, 246:24, 248:11, 250:20, 254:2, 254:6, 264:25, 266:25, 269:10, 270:5, 270:23, 272:15
quick [2] - 182:5, 215:11
quickly [1] - 157:11
quite [1] - 115:22

**R**

raised [3] - 62:6, 65:24, 169:17
raising [1] - 174:11
rather [2] - 103:12, 252:3
ratiocinate [1] - 90:12
re [3] - 55:21, 187:22, 231:13
re-characterize [1] - 55:21
re-paid [2] - 187:22, 231:13
READ [1] - 276:7
read [33] - 48:5, 48:14, 51:21, 52:2, 52:14, 53:7, 55:18, 55:24, 56:10, 57:7, 57:16,

57:20, 58:15, 58:19, 20
77:5, 77:9, 78:7, 100:17, 116:17, 133:8, 133:13, 148:14, 156:19, 156:20, 156:25, 159:17, 162:14, 165:25, 196:17, 202:18, 210:14, 210:21, 252:17
Read [2] - 57:23, 148:12
readily [2] - 119:9, 121:13
reading [3] - 48:18, 173:14, 173:23
reads [2] - 155:2, 252:22
real [5] - 182:5, 221:5, 248:24, 260:9, 264:18
reality [1] - 144:16
realize [1] - 49:11
really [2] - 139:22, 217:6
Really [1] - 100:5
reason [21] - 26:16, 28:15, 77:23, 101:20, 122:10, 123:3, 123:17, 147:12, 163:16, 172:14, 190:15, 200:5, 200:10, 217:7, 234:7, 235:15, 235:20, 235:24, 236:7, 239:18, 269:22
reasonable [4] - 105:5, 105:11, 106:19, 217:22
reasons [2] - 189:6, 240:7
recalculate [1] - 67:13
receivable [2] - 139:14, 140:5
receivables [1] - 72:23
receive [11] - 16:8, 17:11, 23:11, 47:20, 105:6, 105:10, 125:17, 129:4, 130:19, 185:10, 186:18
received [17] - 18:7, 105:12, 127:24, 128:3, 128:15, 129:3, 181:12, 182:25, 185:3, 193:14, 194:18, 203:5, 203:7, 206:19, 232:20,

234:2, 257:21
receives [2] - 256:20, 259:6
receiving [3] - 25:15, 91:18, 104:3
recently [1] - 232:12
reception [1] - 8:2
recess [2] - 132:5, 215:12
recite [1] - 195:2
recited [3] - 130:18, 174:8, 176:6
reclassification [3] - 103:10, 204:4, 204:22
reclassifications [1] - 213:12
reclassified [6] - 193:21, 194:10, 196:12, 201:16, 204:16, 204:17
recognize [5] - 91:14, 155:13, 198:23, 244:7, 245:22
recollection [18] - 25:19, 26:9, 49:18, 65:21, 70:17, 83:10, 104:2, 127:14, 127:21, 127:25, 128:11, 128:15, 128:21, 130:9, 131:24, 133:5, 197:7, 230:22
recommendations [1] - 193:9
reconcile [3] - 63:7, 63:9, 221:25
reconciliationis [1] - 259:11
record [60] - 5:8, 5:11, 11:21, 15:13, 34:12, 36:15, 44:18, 48:2, 48:8, 48:12, 50:5, 50:20, 50:22, 53:5, 53:23, 54:8, 55:17, 55:18, 55:24, 56:10, 57:7, 57:16, 57:20, 57:24, 58:15, 70:14, 77:3, 77:18, 77:22, 78:5, 96:19, 100:13, 100:15, 146:5, 146:21, 146:24, 147:22, 151:19, 155:21, 158:17, 173:9, 173:15, 174:3, 180:25, 181:20, 189:23, 195:22, 214:12, 215:5, 215:6, 219:11, 227:21,

232:5, 244:10, 244:13, 246:19, 247:21, 248:3, 269:2, 275:12
recorded [3] - 45:15, 73:6, 73:7
records [32] - 19:10, 19:14, 19:19, 21:5, 21:8, 21:13, 22:2, 22:8, 23:4, 27:24, 62:24, 64:8, 66:19, 71:13, 72:15, 86:3, 86:6, 87:25, 89:12, 90:17, 107:21, 108:8, 110:9, 110:13, 125:2, 126:7, 130:18, 252:24, 254:13, 263:2, 263:7, 265:17
Red [3] - 33:22, 35:8, 198:13
redirect [1] - 15:2
reduce [2] - 200:15, 204:20
reduced [1] - 224:11
refer [10] - 90:24, 92:11, 97:21, 98:15, 98:16, 98:19, 114:12, 169:4, 266:25, 270:23
reference [2] - 26:11, 252:19
referred [5] - 118:15, 157:21, 198:8, 265:19, 266:16
referring [7] - 25:4, 97:2, 119:13, 119:14, 177:19, 228:14, 252:25
refers [3] - 223:18, 225:22, 252:21
refinanced [1] - 23:19
refinancing [8] - 187:15, 224:20, 225:3, 225:4, 225:18, 225:20, 228:18, 228:22
reflect [10] - 6:3, 50:20, 50:22, 70:15, 87:8, 90:18, 235:6, 247:21, 248:3, 255:4
refresh [4] - 127:14, 127:20, 127:25, 128:14
refresher [1] - 99:13
refuse [1] - 263:5
regard [28] - 13:12, 13:21, 14:14, 18:12, 21:19, 27:20, 60:8, 71:12, 80:6, 83:17,

83:22, 93:8, 100:21, 101:2, 103:19, 132:14, 134:9, 150:10, 154:5, 156:18, 157:5, 186:25, 192:6, 223:7, 225:17, 251:18, 262:22, 262:23
regarding [3] - 187:2, 228:18, 273:21
regulated [1] - 157:18
regulation [1] - 157:15
regulations [3] - 99:16, 146:15, 157:19
regulatory [2] - 168:6, 168:15
reimburse [1] - 159:18
reimbursements [1] - 160:13
reinvested [2] - 249:25, 250:4
relate [1] - 267:3
related [1] - 275:15
relationship [2] - 14:13, 252:23
relevant [6] - 147:24, 148:4, 155:23, 237:5, 237:10
remain [1] - 255:6
remaining [1] - 196:15
remains [1] - 34:25
remember [31] - 17:7, 20:13, 21:16, 21:24, 22:10, 33:8, 46:10, 53:7, 63:7, 91:14, 91:17, 91:18, 103:8, 104:4, 117:13, 117:14, 117:18, 127:22, 130:16, 131:2, 143:20, 176:11, 179:21, 182:22, 213:2, 223:13, 223:16, 224:24, 230:9, 238:25, 262:14
remembered [1] - 50:11
remembers [1] - 48:19
removal [2] - 17:9, 264:9
rendered [2] - 188:21, 188:24
renewed [1] - 172:15
rent [11] - 11:2, 19:8, 71:25, 118:2, 129:6, 160:17, 202:4, 257:24, 258:12, 258:15, 260:5

rental [2] - 160:14, 160:16
Rental [2] - 31:20, 267:13
repeat [2] - 149:10, 246:25
repeatedly [2] - 67:16, 145:18
rephrase [1] - 8:14
report [9] - 79:22, 109:24, 168:5, 168:14, 201:11, 201:17, 205:12, 210:12, 210:22
reported [5] - 131:15, 150:11, 168:20, 200:15, 206:17
reporter [11] - 2:5, 51:21, 52:14, 58:20, 77:10, 78:8, 100:18, 148:15, 156:5, 164:11, 275:6
reporting [1] - 203:5
reports [3] - 78:11, 85:16, 238:16
represent [2] - 239:10, 239:12
representation [1] - 210:21
representations [1] - 179:5
representative [3] - 126:4, 166:13, 203:13
represented [2] - 232:15, 233:24
request [43] - 25:9, 25:16, 25:20, 25:22, 43:13, 45:16, 47:10, 51:24, 103:15, 105:12, 106:8, 106:11, 110:22, 112:17, 112:18, 112:23, 115:19, 155:25, 170:23, 173:5, 174:3, 174:6, 174:24, 177:9, 179:24, 180:8, 180:10, 181:4, 182:17, 183:10, 183:11, 184:11, 184:14, 185:5, 186:16, 228:21, 232:20, 233:9, 234:2, 239:22, 243:9, 248:22, 253:3
requested [17] - 21:19, 22:6, 32:13, 58:18, 77:8, 78:6, 100:16, 117:9,

117:12, 117:13, 148:13, 168:22, 178:8, 233:14, 233:23, 238:16, 240:12
Requested [1] - 22:7
requesting [2] - 22:19, 266:6
REQUESTS [1] - 273:19
requests [20] - 22:17, 26:8, 80:7, 169:10, 170:5, 170:9, 174:14, 175:9, 175:13, 179:15, 180:4, 180:11, 180:14, 181:15, 186:19, 237:2, 265:18, 266:2, 266:15, 272:22
required [7] - 67:21, 69:4, 73:11, 212:7, 213:22, 248:19, 260:8
requirement [1] - 260:7
researched [1] - 120:4
reserve [10] - 247:6, 247:10, 247:18, 247:22, 248:4, 248:17, 248:20, 249:8, 249:23, 250:2
reserved [1] - 4:13
reserves [2] - 249:10, 273:23
resident [2] - 160:5, 160:17
respect [4] - 166:5, 176:15, 237:6, 260:12
respective [1] - 4:6
respond [13] - 5:23, 56:9, 65:14, 92:6, 92:17, 94:13, 146:17, 163:14, 180:18, 182:2, 183:22, 184:5, 186:23
responded [2] - 115:19, 181:8
responding [1] - 147:16
response [26] - 25:10, 57:18, 83:11, 104:10, 104:17, 104:25, 105:6, 106:13, 106:16, 131:25, 175:21, 175:22, 177:8, 182:10, 182:16,

184:13, 184:16, 184:24, 185:8, 185:19, 185:24, 186:15, 232:19, 233:8, 243:8, 272:15
responsibilities [4] - 210:17, 216:7, 216:9, 268:14
responsibility [11] - 64:7, 205:18, 205:20, 205:21, 209:11, 209:13, 209:23, 210:18, 211:2, 211:10
responsible [5] - 19:13, 19:18, 63:20, 63:24, 94:20
responsive [3] - 126:13, 129:21, 161:2
rest [3] - 192:9, 217:13, 242:22
restrain [1] - 54:20
restrict [1] - 125:5
result [3] - 32:20, 73:12, 103:5
resume [1] - 32:13
retained [1] - 25:12
retainer [6] - 164:13, 164:19, 167:19, 199:13, 201:20, 272:20
return [10] - 28:18, 37:12, 46:3, 72:5, 97:12, 257:24, 260:4, 261:5, 261:11, 261:20
returned [3] - 173:3, 176:19, 262:7
returns [6] - 182:12, 260:3, 260:12, 261:15, 262:17, 267:17
revenue [2] - 257:20, 261:10
revenues [3] - 11:2, 19:5, 64:15
Revenues [1] - 257:23
reversal [1] - 225:14
Review [3] - 61:3, 61:19, 61:22
review [15] - 71:2, 110:13, 113:9, 113:25, 115:11, 122:9, 126:5, 150:16, 150:17, 203:15, 220:8, 248:25, 256:9, 256:25
reviewable [1] -

121:11
reviewed [4] - 107:24, 126:2, 126:3, 262:17
reviewing [2] - 255:9, 255:20
rid [1] - 34:24
River [7] - 16:20, 17:2, 17:5, 18:10, 31:19, 263:22, 267:13
Riverview [1] - 12:16
Rob [1] - 188:13
Robert [4] - 13:21, 32:5, 188:6, 188:23
ROBERT [1] - 1:9
Robin [1] - 187:3
Rodger's [1] - 10:19
Rodgers [7] - 10:17, 10:22, 12:3, 117:23, 258:2, 258:17
role [10] - 63:12, 70:24, 71:11, 71:15, 76:2, 250:24, 250:25, 251:2, 251:25, 258:15
RONALD [4] - 1:16, 1:23, 2:2, 271:9
Ronald [2] - 5:10, 271:7
room [5] - 6:23, 7:16, 7:17, 7:19, 8:3
roughly [2] - 20:15, 99:16
Roughly [2] - 11:13, 20:16
row [1] - 211:25
RPIE [1] - 260:6
rule [2] - 181:3, 228:2
rules [12] - 5:21, 15:4, 51:2, 51:3, 54:11, 54:12, 55:3, 58:6, 172:9, 184:12, 206:8, 261:25
ruling [1] - 181:12
run [8] - 68:15, 68:16, 68:19, 69:21, 69:22, 69:24, 75:6, 123:14

**S**

salaries [3] - 154:9, 154:14, 154:20
salary [6] - 11:8, 11:13, 18:6, 158:7, 158:14, 238:7
sales [1] - 68:4
sampled [1] - 261:20
SANDRA [1] - 3:22
Sandra [1] - 237:16
sat [2] - 59:15, 61:24

Saturday [1] - 105:21
save [1] - 114:23
scans [1] - 258:11
schedule [2] - 205:11, 205:14
school [1] - 100:4
Scott [8] - 28:11, 39:15, 41:8, 43:11, 133:25, 136:22, 137:24, 198:10
sealed [1] - 259:11
sealing [1] - 4:7
Seavey [29] - 7:21, 8:6, 8:17, 9:5, 13:21, 13:22, 13:23, 14:3, 14:5, 18:20, 31:2, 31:9, 32:7, 32:8, 91:24, 91:25, 172:21, 187:4, 188:6, 188:13, 188:24, 238:21, 239:16, 272:14, 274:6
SEAVEY [5] - 1:9, 1:12, 1:13, 1:15, 1:18
Seavey's [36] - 14:5, 14:9, 14:16, 14:17, 18:14, 30:15, 30:25, 31:5, 31:11, 31:15, 32:2, 32:4, 32:15, 32:17, 32:23, 33:3, 34:20, 35:19, 36:3, 36:4, 38:12, 45:6, 47:8, 60:2, 134:4, 134:16, 137:12, 137:15, 143:17, 151:5, 152:23, 154:7, 166:21, 232:17, 239:11, 265:7
Seavey/Edmonds [1] - 21:7
second [7] - 25:25, 165:24, 186:8, 225:8, 235:16, 239:21, 240:11
Second [2] - 5:13, 166:2
section [1] - 7:4
security [7] - 160:9, 170:19, 170:22, 171:9, 171:19, 172:22, 274:6
Security [1] - 171:24
see [32] - 30:10, 32:19, 49:16, 59:19, 69:15, 89:20, 89:21, 98:2, 100:25, 114:13, 135:22, 159:11,

168:4, 171:5, 176:15, 182:4, 196:19, 196:22, 198:24, 202:3, 202:24, 208:6, 209:2, 218:18, 226:24, 228:17, 231:20, 246:21, 255:10, 255:20, 256:12, 265:14
seeing [6] - 25:16, 192:9, 209:6, 209:10, 217:13, 224:24
seem [5] - 33:18, 33:24, 36:7, 162:15, 245:12
selected [1] - 120:23
selections [1] - 120:15
selectively [1] - 120:9
sell [1] - 172:18
selling [1] - 31:20
send [5] - 97:9, 199:22, 199:24, 212:15, 257:24
sending [1] - 258:15
sends [1] - 258:12
sense [6] - 122:20, 163:21, 177:16, 177:19, 177:25, 178:4
sensitive [2] - 51:11, 51:13
sent [8] - 96:20, 97:5, 106:12, 108:6, 110:23, 116:15, 116:23, 252:18
sentiment [1] - 98:8
separate [3] - 7:16, 168:2, 255:19
separation [1] - 99:21
September [5] - 235:13, 236:19, 241:20, 242:5, 242:11
sequence [1] - 90:23
sequential [1] - 24:23
series [1] - 220:6
served [5] - 180:18, 186:6, 186:8, 186:11, 232:12
service [2] - 160:6, 188:24
serviced [1] - 232:18
services [15] - 33:20, 155:9, 161:22, 161:24, 164:14, 164:20, 188:16, 188:21, 190:24,

197:25, 239:16, 259:20, 259:24, 259:25, 272:20
set [3] - 31:21, 180:4, 275:10
sets [3] - 169:10, 180:3, 272:22
settle [1] - 231:24
settlement [4] - 224:2, 225:19, 225:20, 273:12
seven [12] - 46:12, 59:11, 59:13, 59:16, 60:7, 81:5, 81:6, 94:14, 94:16, 126:17, 221:4, 245:16
seventeen [1] - 80:21
Seventeen [1] - 80:22
several [8] - 68:2, 202:6, 204:7, 219:15, 228:23, 230:10, 240:7, 261:24
shall [1] - 4:12
Shapiro [2] - 10:12, 11:25
share [1] - 157:9
sheet [24] - 73:21, 83:24, 84:20, 84:24, 85:13, 87:14, 87:17, 88:25, 89:14, 89:17, 89:20, 113:8, 191:7, 191:15, 191:18, 213:24, 235:5, 239:23, 240:11, 254:21, 254:23, 255:5, 255:24, 272:23
SHEET [1] - 276:2
sheets [1] - 176:22
short [1] - 17:8
shorter [1] - 262:9
shorthand [2] - 2:5, 275:5
SHOULD [1] - 276:7
show [35] - 24:8, 72:12, 75:23, 78:10, 86:22, 90:21, 91:13, 104:6, 115:5, 127:17, 128:8, 154:22, 155:12, 186:17, 191:3, 191:19, 194:17, 201:17, 203:23, 205:14, 207:11, 208:7, 210:11, 214:5, 214:12, 228:12, 230:14, 231:18, 234:19,

22

235:3, 236:14, 236:22, 244:19, 273:16
Show [2] - 24:10, 25:6
showed [4] - 23:4, 23:7, 40:3, 220:23
showing [5] - 72:15, 72:16, 208:15, 211:2, 273:7
shown [5] - 183:21, 195:17, 204:2, 209:8, 242:12
shows [7] - 136:17, 195:15, 208:4, 234:3, 242:4, 242:5, 255:2
SHRON [2] - 1:18, 3:16
Shron [137] - 3:10, 23:24, 24:5, 24:7, 26:24, 27:9, 61:3, 61:6, 61:23, 63:2, 70:24, 71:12, 72:12, 72:16, 73:8, 73:17, 81:24, 82:17, 82:18, 82:21, 83:21, 84:13, 85:21, 86:16, 86:21, 94:19, 94:22, 95:6, 95:12, 97:10, 97:14, 97:22, 100:24, 101:9, 101:24, 106:12, 106:17, 106:21, 107:11, 108:3, 110:24, 113:7, 114:5, 114:13, 114:25, 115:4, 116:3, 117:3, 117:4, 118:6, 118:16, 119:2, 120:5, 120:15, 120:23, 121:17, 121:25, 122:3, 122:9, 122:17, 123:20, 123:24, 124:4, 124:14, 127:5, 127:24, 130:19, 131:4, 131:16, 133:2, 133:6, 137:21, 138:16, 150:20, 151:24, 164:15, 164:21, 165:8, 165:13, 166:23, 190:21, 191:20, 192:2, 193:7, 193:11, 193:13, 194:13, 194:17, 196:3, 196:4, 199:5, 199:8, 199:12, 201:2, 203:8,

203:19, 204:4, 205:13, 209:14, 209:21, 210:8, 210:13, 210:23, 212:6, 212:12, 213:6, 214:5, 222:11, 230:18, 230:20, 231:18, 239:10, 239:14, 250:24, 251:14, 253:2, 253:11, 253:21, 256:5, 256:15, 257:16, 258:14, 258:25, 259:18, 259:20, 260:2, 265:20, 266:4, 266:16, 267:2, 267:21, 267:25, 269:14, 269:19, 269:23, 270:9, 272:21
Shron's [2] - 75:11, 117:11
sign [2] - 100:12, 212:16
signatures [1] - 249:4
signed [7] - 4:17, 4:20, 82:23, 83:2, 83:5, 249:3, 253:8
significant [1] - 166:8
signing [1] - 172:19
silly [1] - 247:2
similar [1] - 185:5
Simple [1] - 145:4
simple [2] - 86:15, 89:9
simply [6] - 47:19, 49:14, 51:9, 112:5, 115:9, 131:15
site [3] - 12:20, 12:25, 177:5
sites [2] - 12:7, 12:12
sitting [2] - 60:6, 188:4
situation [2] - 140:23, 172:6
Six [1] - 94:16
six [16] - 9:11, 39:16, 40:3, 40:6, 93:20, 94:14, 120:20, 120:21, 126:22, 170:7, 203:21, 203:22, 203:24, 204:3, 221:4, 258:24
sixteen [1] - 185:14
sixty [4] - 100:25, 102:2, 102:8, 103:4
sixty-one [4] - 100:25, 102:2, 102:8, 103:4
slide [1] - 189:16

slow [1] - 15:16
small [2] - 7:8, 266:21
social [5] - 160:6, 160:9, 161:14, 161:22, 161:24
software [10] - 65:8, 67:20, 68:2, 68:8, 122:24, 242:9, 242:17, 242:18, 243:2, 255:25
someone [18] - 9:5, 32:25, 35:16, 43:9, 44:11, 69:3, 69:14, 73:13, 85:24, 116:25, 136:4, 136:11, 142:6, 151:9, 203:4, 243:20, 243:22, 255:20
someplace [1] - 195:17
Sometimes [3] - 8:24, 8:25, 9:2
sometimes [4] - 9:2, 249:6, 249:7, 258:6
somewhat [1] - 133:12
somewhere [3] - 68:18, 144:23, 184:20
sorry [16] - 7:13, 16:23, 21:6, 22:14, 26:13, 28:22, 74:9, 80:11, 84:18, 92:15, 98:14, 130:6, 194:21, 251:17, 262:15, 265:12
sort [3] - 59:15, 142:24, 229:18
sorts [1] - 256:23
sound [3] - 166:16, 267:3, 267:4
SOUTHERN [1] - 1:2
Sox [3] - 33:22, 35:9, 198:13
space [1] - 173:10
speaking [3] - 147:8, 163:12, 262:2
speaks [4] - 55:17, 157:14, 229:18, 243:6
special [2] - 220:7, 228:17
specific [13] - 63:8, 66:19, 111:16, 113:4, 115:2, 125:14, 153:23, 157:23, 198:6, 206:25, 207:4, 263:13, 263:16

specifically [4] - 25:18, 117:9, 118:24, 213:3
specifics [2] - 63:10, 114:19
specified [1] - 206:5
speculation [2] - 141:12, 240:20
speeches [1] - 269:2
spell [1] - 158:17
spend [1] - 114:16
spent [2] - 123:8, 266:5
split [5] - 34:24, 38:11, 141:5, 144:11, 152:16
sporting [1] - 25:11
square [1] - 7:9
stand [3] - 77:25, 189:22, 244:4
start [14] - 20:12, 24:22, 24:25, 25:2, 84:3, 84:19, 85:12, 87:12, 87:15, 87:18, 89:18, 223:17, 255:5
started [2] - 20:10, 133:19
starts [1] - 163:24
state [3] - 160:7, 179:24, 180:25
State [7] - 2:6, 5:4, 5:8, 5:11, 16:5, 219:10, 275:7
Statement [1] - 226:25
statement [83] - 19:23, 62:25, 71:5, 72:11, 72:17, 72:24, 73:9, 74:2, 74:21, 75:15, 75:24, 77:24, 84:2, 86:7, 94:21, 95:7, 96:21, 97:11, 110:16, 111:4, 111:14, 113:12, 115:3, 115:20, 121:16, 121:22, 121:23, 123:2, 123:13, 123:18, 123:25, 124:2, 124:4, 124:5, 124:12, 124:21, 131:15, 131:18, 131:19, 148:17, 149:17, 150:5, 177:20, 185:9, 190:19, 192:5, 192:6, 193:13, 195:4, 195:10, 198:18, 199:2, 200:17, 206:3, 206:4, 206:18,

209:12, 209:22, 209:25, 210:7, 211:4, 212:5, 212:7, 215:14, 215:20, 216:5, 216:25, 225:19, 225:20, 226:11, 228:8, 232:23, 233:13, 233:15, 233:21, 233:23, 241:19, 241:23, 267:4, 267:5, 267:16, 273:9, 273:14
statements [15] - 22:24, 24:3, 27:2, 34:13, 84:22, 85:2, 109:25, 195:12, 205:19, 210:17, 210:20, 217:20, 252:22, 259:6, 273:5
STATES [1] - 1:1
stays [1] - 255:8
step [3] - 141:25, 142:4, 142:16
stick [1] - 211:18
still [14] - 28:21, 30:18, 34:16, 40:13, 40:22, 41:3, 59:4, 59:10, 59:18, 60:20, 110:18, 151:8, 158:21
STIPULATED [3] - 4:4, 4:10, 4:15
Stone [3] - 223:25, 225:18, 273:12
stood [1] - 185:11
stop [9] - 50:14, 52:9, 52:19, 53:9, 54:6, 57:7, 58:8, 74:23, 98:12
Stop [1] - 147:16
storage [1] - 23:5
story [1] - 62:14
straight [1] - 190:17
strange [2] - 33:14, 33:17
Strauss [1] - 139:12
Street [17] - 1:22, 3:5, 12:18, 13:18, 154:21, 164:16, 165:16, 167:3, 167:14, 167:20, 210:13, 215:23, 234:5, 234:8, 234:14, 247:7, 247:11
STREET [2] - 1:5, 1:10
strike [4] - 126:12, 129:21, 141:11, 160:25

23

strongly [1] - 204:9
structure [1] - 166:10
study [1] - 16:11
stuff [8] - 23:3, 99:25, 181:17, 182:8, 182:19, 184:9, 184:12
subject [1] - 59:23
submission [2] - 235:16, 235:18
submit [1] - 178:23
submitted [3] - 186:9, 191:25, 210:9
Subscribed [1] - 271:11
subsequently [1] - 68:6
subsidies [1] - 68:5
subsidy [1] - 67:22
Suda [1] - 58:13
sudden [1] - 246:22
sue [2] - 238:22, 239:5
suggest [13] - 45:23, 76:3, 76:12, 105:4, 127:13, 127:23, 131:3, 140:5, 157:8, 162:16, 201:3, 201:6, 204:8
suggested [15] - 33:12, 38:2, 45:24, 59:7, 74:12, 83:20, 84:14, 86:17, 100:24, 101:24, 201:15, 214:6, 256:3, 270:10, 270:12
suggesting [3] - 25:23, 108:19, 214:13
suggestion [5] - 33:14, 36:23, 50:23, 102:15, 254:15
suggestions [3] - 102:19, 108:9, 109:20
suggests [1] - 199:7
Suite [1] - 7:18
suites [1] - 8:21
sum [2] - 129:9, 197:3
sums [1] - 204:9
Sunday [1] - 105:21
superintendent [5] - 160:18, 160:22, 161:13, 161:21, 161:25
superintendents [1] - 160:5
supplied [1] - 177:3
supplies [1] - 155:7
supply [2] - 110:11,
173:2
support [15] - 25:5, 26:12, 26:15, 27:21, 29:23, 93:25, 94:9, 109:22, 109:25, 112:19, 159:12, 170:22, 176:4, 187:6, 248:25
supporting [1] - 110:5
supports [2] - 161:5, 161:8
Supports [2] - 161:7, 161:9
Suppose [1] - 140:3
suppose [1] - 231:23
supposed [5] - 108:24, 109:6, 109:11, 125:16, 127:6
surplus [2] - 228:20, 229:4
switch [1] - 259:16
sworn [5] - 4:17, 4:20, 5:3, 271:11, 275:11
system [8] - 65:7, 67:17, 67:24, 68:12, 70:5, 72:18, 162:6, 204:24
System [2] - 67:8, 122:23

**T**

T-E-F-U-R-O [1] - 158:20
tag [1] - 246:16
tag-teaming [1] - 246:16
tangent [1] - 144:16
tax [31] - 28:17, 37:12, 46:3, 46:4, 58:23, 63:2, 74:21, 75:10, 75:11, 83:18, 97:12, 196:19, 196:20, 197:23, 197:24, 198:3, 198:5, 198:7, 228:21, 260:3, 260:4, 260:10, 260:12, 260:20, 261:5, 261:10, 261:15, 267:17, 268:13
Tax [2] - 72:5, 198:4
taxes [11] - 143:24, 158:15, 159:21, 160:7, 160:8, 160:9, 201:25, 238:13, 248:24, 249:6, 260:9
taxing [1] - 260:14

team [1] - 108:6
teaming [1] - 246:16
Tefuro [3] - 158:2, 159:13, 162:6
telephone [2] - 155:9, 158:16
ten [3] - 130:5, 158:15, 223:14
Ten [2] - 12:11, 193:4
tenants [6] - 19:4, 64:16, 123:6, 257:24, 258:7, 264:7
tend [2] - 68:19, 204:20
tentative [1] - 172:17
term [1] - 102:13
terms [6] - 124:24, 125:4, 127:6, 153:10, 265:16, 270:18
testified [16] - 5:5, 36:12, 50:12, 59:6, 83:10, 97:4, 133:21, 133:24, 134:14, 135:20, 136:21, 150:16, 202:12, 259:19, 263:6, 266:23
testify [1] - 47:22
testifying [4] - 72:25, 77:15, 101:18, 214:21
testimony [24] - 36:11, 40:11, 40:18, 40:24, 42:3, 43:20, 43:24, 45:4, 46:19, 55:14, 55:22, 58:17, 65:22, 66:3, 96:21, 97:7, 126:12, 133:19, 137:13, 141:11, 250:22, 258:24, 275:10, 275:13
THE [11] - 1:17, 14:21, 15:18, 76:23, 98:5, 165:4, 215:22, 232:8, 247:14, 250:17, 251:10
themselves [4] - 31:24, 47:20, 241:11, 270:24
theorizing [1] - 35:24
thick [2] - 70:13, 70:16
third [1] - 189:17
Thirteen [1] - 80:20
thirteen [2] - 7:9, 80:19
thirty [2] - 99:14, 230:9
thirty-five [1] - 230:9
thousands [3] -

126:20, 223:15, 227:11
three [27] - 17:20, 26:19, 32:23, 78:12, 80:10, 80:12, 93:18, 126:22, 133:15, 137:2, 137:6, 145:22, 146:4, 157:16, 165:24, 219:12, 230:11, 230:16, 231:16, 232:7, 235:16, 239:23, 240:13, 241:25, 242:6, 244:6, 244:10
Thursday [3] - 104:24, 105:5, 106:4
tickets [1] - 64:12
tie [2] - 115:3, 115:6
ties [1] - 74:7
title [3] - 10:8, 10:13, 10:19
today [9] - 30:19, 43:25, 65:22, 83:10, 104:8, 116:18, 170:10, 175:17, 247:17
together [4] - 7:5, 14:25, 18:20, 94:9
tomorrow [1] - 220:24
took [20] - 27:18, 27:23, 45:19, 64:9, 64:16, 65:3, 74:20, 75:4, 75:6, 90:19, 118:18, 128:22, 158:7, 158:24, 197:2, 224:12, 229:9, 230:10, 249:11, 273:24
tooth [1] - 127:3
topics [1] - 259:16
TORREGROSSA [2] - 275:5, 275:21
Torregrossa [3] - 2:5, 215:4, 222:22
Total [1] - 191:23
total [15] - 63:8, 79:21, 80:4, 133:16, 185:14, 195:19, 199:7, 218:21, 247:5, 247:9, 249:9, 267:23, 268:12, 273:22, 273:23
totality [1] - 13:9
totally [1] - 230:8
touched [1] - 167:14
Touché [1] - 198:14
Tower [1] - 12:17
Towers [2] - 9:21, 9:25

trace [1] - 74:5
track [1] - 75:23
tracks [1] - 74:11
trail [1] - 214:12
trained [2] - 42:19, 43:2
training [1] - 15:19
transaction [4] - 38:10, 187:7, 228:18, 254:18
transactions [3] - 64:5, 64:9, 223:15
transcript [4] - 173:2, 173:24, 275:12, 276:5
transferred [1] - 197:4
transferring [1] - 141:25
transpire [1] - 134:19
transpired [4] - 35:3, 37:11, 45:18, 103:14
transpires [1] - 76:5
transportation [1] - 155:8
Traub [1] - 184:21
TRAUB [327] - 3:12, 11:9, 11:16, 12:10, 12:21, 13:2, 14:2, 14:20, 15:5, 18:18, 19:16, 19:21, 20:5, 21:14, 21:21, 23:13, 24:12, 24:18, 25:21, 26:2, 30:5, 30:13, 33:4, 33:7, 33:15, 33:23, 34:2, 34:9, 36:9, 36:18, 36:24, 37:5, 37:23, 38:23, 39:18, 39:22, 40:5, 40:9, 41:11, 41:19, 42:13, 42:21, 43:15, 43:23, 44:17, 44:23, 45:10, 46:7, 46:17, 46:22, 46:25, 47:16, 48:4, 48:10, 48:22, 49:3, 49:8, 49:19, 50:7, 50:14, 51:12, 51:16, 51:20, 52:5, 52:8, 52:19, 53:4, 54:4, 54:15, 54:25, 55:5, 55:8, 56:2, 56:12, 56:19, 56:24, 57:5, 57:14, 57:22, 58:7, 60:15, 61:7, 62:3, 63:14, 65:25, 68:21, 69:18, 69:23, 70:14, 76:21, 76:25, 77:17, 79:2, 82:2, 84:15, 86:9, 86:24, 88:15, 89:3, 91:2, 94:25, 96:5, 96:22,

| | | | | |
|---|---|---|---|---|
| 97:16, 97:24, 98:3, 100:13, 101:4, 101:12, 102:12, 102:17, 105:8, 105:14, 106:14, 106:22, 109:4, 112:7, 112:20, 116:6, 117:6, 118:17, 118:19, 120:17, 122:14, 124:6, 124:15, 124:22, 127:8, 127:15, 128:4, 128:7, 128:12, 128:19, 128:24, 129:12, 129:25, 130:14, 130:21, 131:6, 131:10, 131:20, 134:11, 135:19, 136:8, 137:8, 138:2, 138:6, 138:19, 139:16, 139:20, 140:8, 140:12, 141:14, 142:8, 142:19, 143:8, 144:17, 144:25, 145:7, 145:10, 145:14, 145:21, 146:16, 147:9, 147:16, 147:25, 148:5, 148:18, 148:20, 148:25, 149:6, 149:9, 149:13, 149:23, 150:7, 150:24, 152:4, 152:10, 153:11, 155:15, 159:15, 161:18, 162:9, 162:18, 162:22, 163:3, 163:7, 163:13, 165:10, 165:14, 167:16, 168:8, 168:17, 168:23, 169:25, 170:7, 170:15, 170:25, 173:4, 173:13, 174:2, 174:17, 175:10, 175:18, 176:9, 177:12, 178:12, 179:2, 179:11, 179:19, 179:22, 180:24, 182:4, 182:7, 184:7, 185:3, 185:24, 186:15, 188:9, 188:25, 189:7, 189:10, 189:20, 192:7, 194:6, 195:13, 195:22, 196:8, | 197:20, 199:10, 200:19, 201:18, 202:8, 202:13, 203:9, 205:5, 205:23, 206:22, 207:14, 207:17, 207:21, 209:15, 210:2, 211:5, 211:13, 211:22, 212:20, 213:8, 213:19, 214:8, 214:18, 214:24, 215:7, 215:24, 216:6, 216:14, 217:24, 218:24, 220:17, 221:7, 222:17, 223:10, 224:15, 226:6, 226:10, 226:16, 227:14, 227:18, 227:25, 228:9, 228:12, 233:5, 233:19, 234:12, 234:24, 235:9, 235:21, 236:3, 236:10, 237:18, 238:23, 239:24, 240:14, 240:21, 241:8, 241:14, 242:2, 242:8, 242:14, 242:24, 243:4, 243:13, 243:19, 244:3, 244:7, 244:18, 245:4, 245:15, 245:22, 246:5, 246:15, 247:12, 248:7, 249:13, 250:6, 251:6, 251:12, 251:15, 251:19, 253:12, 253:15, 255:14, 259:3, 261:8, 261:22, 262:5, 262:12, 265:8, 265:21, 266:17, 267:6, 268:2, 268:15, 268:23, 269:6, 270:13, 271:4<br>**treated** [3] - 155:10, 160:15, 160:19<br>**trial** [37] - 4:13, 64:18, 64:20, 64:24, 65:2, 65:6, 65:13, 65:23, 66:17, 66:23, 67:2, 67:4, 67:12, 68:9, 68:12, 68:15, 69:4, 69:6, 69:7, 69:15, 69:21, 69:25, 70:6, 70:11, 70:20, 73:22, 73:24, 74:2, 74:22, | 75:7, 75:13, 75:24, 87:14, 95:8, 216:20, 219:8<br>**tried** [2] - 67:16, 139:23<br>**trouble** [1] - 178:22<br>**true** [17] - 140:21, 140:22, 144:22, 145:5, 148:16, 148:19, 148:24, 149:5, 149:12, 149:20, 149:22, 150:5, 150:22, 152:7, 170:11, 185:12, 275:12<br>**truncate** [1] - 240:12<br>**truncated** [1] - 242:22<br>**truth** [6] - 51:15, 51:17, 89:10, 144:16, 145:3, 267:4<br>**Truthfully** [1] - 98:3<br>**truthfully** [1] - 98:7<br>**try** [2] - 78:2, 221:15<br>**trying** [6] - 15:10, 51:15, 69:17, 114:15, 119:3, 139:23<br>**Trying** [1] - 264:15<br>**turned** [1] - 248:18<br>**twelve** [1] - 7:9<br>**twenty** [4] - 45:4, 49:22, 264:20, 268:23<br>**Twenty** [4] - 80:16, 80:23, 80:25, 81:2<br>**twenty-five** [1] - 264:20<br>**Twenty-four** [3] - 80:23, 80:25, 81:2<br>**Twenty-two** [1] - 80:16<br>**Two** [2] - 169:10, 272:22<br>**two** [23] - 8:21, 9:18, 9:20, 29:12, 69:21, 70:16, 78:12, 80:16, 102:8, 145:25, 156:24, 157:13, 180:3, 210:6, 211:15, 211:24, 230:11, 235:11, 241:17, 244:5, 249:4, 257:23, 264:6<br>**type** [2] - 188:15, 214:11<br><br>**U**<br><br>**umbrage** [1] - 89:7 | **Umm** [1] - 260:17<br>**unable** [1] - 263:11<br>**unadjusted** [1] - 219:13<br>**unanswered** [1] - 226:17<br>**unclear** [2] - 183:5, 183:6<br>**undeclared** [1] - 60:7<br>**Under** [4] - 124:24, 125:4, 204:23, 227:10<br>**under** [29] - 5:21, 15:3, 125:2, 127:6, 135:24, 143:25, 153:9, 160:3, 162:2, 162:3, 170:20, 172:9, 173:6, 173:20, 181:11, 184:11, 186:3, 196:18, 199:13, 201:23, 201:24, 217:2, 218:25, 219:14, 221:18, 222:13, 228:2, 248:20, 249:24<br>**understood** [3] - 43:14, 47:21, 144:10<br>**Unfortunately** [1] - 218:14<br>**union** [2] - 162:2, 162:3<br>**unit** [2] - 157:20, 160:16<br>**UNITED** [1] - 1:1<br>**units** [3] - 158:9, 158:13, 267:13<br>**University** [2] - 12:16, 16:4<br>**unless** [2] - 56:10, 96:19<br>**Unless** [1] - 244:18<br>**unpaid** [4] - 27:17, 135:12, 136:16, 136:18<br>**unprofessional** [1] - 56:13<br>**unresponsive** [1] - 269:15<br>**up** [53] - 5:24, 25:9, 31:21, 34:19, 37:17, 38:13, 39:9, 39:11, 40:3, 45:22, 46:4, 46:13, 47:4, 47:5, 58:11, 59:2, 61:19, 79:25, 80:2, 89:16, 94:12, 102:3, 108:25, 111:15, 111:22, 113:4, 114:2, 114:11, | 117:25, 137:18, 139:6, 139:8, 139:13, 143:23, 151:20, 170:10, 179:23, 185:11, 189:5, 209:8, 216:22, 217:3, 219:23, 220:23, 221:16, 226:4, 227:4, 230:8, 230:18, 230:19, 230:24, 255:22, 258:3<br>**utility** [1] - 178:5<br><br>**V**<br><br>**vague** [2] - 15:9, 15:15<br>**value** [3] - 160:16, 199:7, 204:11<br>**various** [8] - 68:9, 196:21, 196:24, 197:19, 202:2, 212:8, 259:21, 264:22<br>**vendor** [7] - 133:16, 135:25, 139:9, 140:4, 141:23, 142:3, 255:11<br>**verbal** [2] - 104:25, 131:25<br>**verification** [2] - 142:25, 231:12<br>**verified** [1] - 204:10<br>**Veronica** [5] - 10:17, 117:22, 132:23, 257:8, 257:15<br>**version** [1] - 241:6<br>**violation** [1] - 58:5<br>**virtue** [2] - 95:15, 268:11<br>**voice** [3] - 147:3, 147:4, 147:5<br>**volumes** [1] - 213:7<br>**voucher** [1] - 258:7<br><br>**W**<br><br>**Wait** [3] - 197:6, 197:9, 197:17<br>**wait** [4] - 197:6, 197:9, 197:17<br>**waited** [1] - 77:18<br>**waiting** [3] - 66:9, 151:8, 151:11<br>**waived** [1] - 4:8<br>**walk** [3] - 8:18, 9:6, 54:18 |

26

wall [1] - 8:8
Washington [2] - 16:4, 16:6
waste [4] - 85:4, 85:9, 86:18, 87:22
watch [1] - 171:20
ways [5] - 29:13, 37:25, 39:4, 237:15, 257:23
week [3] - 68:20, 69:21, 256:25
weeks [1] - 69:22
welcome [2] - 11:11, 238:5
West [2] - 10:2, 10:5
whatsoever [3] - 257:10, 258:21, 259:2
whereas [2] - 174:8, 235:17
White [1] - 3:17
whoever's [1] - 142:16
whole [4] - 25:22, 25:24, 26:7, 62:14
wholesale [1] - 110:10
William [9] - 58:17, 59:7, 60:5, 115:17, 134:7, 137:5, 138:15, 151:4, 266:22
WILLIAM [1] - 3:18
WILSON [1] - 3:15
wind [2] - 226:4, 227:4
wish [1] - 147:24
withdraw [5] - 13:5, 82:5, 118:11, 124:11, 232:10
withdrawing [1] - 226:11
WITNESS [11] - 14:21, 15:18, 76:23, 98:5, 165:4, 215:22, 232:8, 247:14, 250:17, 251:10, 272:4
witness [41] - 5:2, 34:7, 43:25, 48:16, 49:4, 49:21, 50:10, 51:9, 52:5, 53:13, 53:15, 55:15, 55:20, 56:5, 57:12, 57:15, 58:3, 60:13, 77:14, 77:15, 77:19, 78:2, 97:3, 98:12, 146:2, 146:12, 146:13, 150:8, 174:21, 181:24, 189:11, 189:14, 189:21, 211:20, 235:23, 236:4, 243:11,

243:14, 244:17, 245:14, 246:3
witness's [6] - 49:2, 49:15, 53:12, 58:16, 147:4, 207:19
witness(es [1] - 275:9
witness(es) [1] - 275:13
witnesses [1] - 183:20
words [5] - 8:16, 54:5, 74:13, 214:23, 242:24
worker [2] - 144:15, 161:14
workers [1] - 174:6
workman's [1] - 160:10
works [1] - 67:18
world [2] - 144:23, 144:24
worry [1] - 89:4
write [6] - 39:6, 45:21, 134:19, 137:17, 244:21, 252:15
writing [9] - 58:25, 76:14, 81:16, 81:24, 82:8, 96:12, 166:3, 173:5, 212:17
Written [1] - 166:11
written [13] - 28:18, 28:19, 30:20, 34:17, 37:8, 64:12, 115:12, 121:9, 121:10, 152:16, 188:23, 245:6, 245:9
wrote [10] - 39:5, 47:3, 113:16, 140:4, 142:17, 159:3, 203:17, 203:18, 225:11, 253:6

**Y**

YA [1] - 12:18
Yankees [8] - 33:19, 33:21, 35:8, 140:24, 141:20, 142:2, 144:7, 198:12
Yardi [3] - 68:3, 68:6, 122:23
year [104] - 11:12, 17:11, 18:3, 20:11, 28:19, 34:15, 63:2, 66:21, 70:8, 72:20, 73:21, 74:4, 83:18, 83:23, 84:3, 84:20, 84:23, 84:24, 85:3, 85:10, 85:13, 87:9, 87:13, 87:15, 87:17,

87:18, 87:19, 88:7, 88:10, 88:11, 89:2, 89:14, 89:18, 90:13, 90:14, 90:16, 90:18, 94:5, 100:11, 103:13, 111:19, 111:23, 113:3, 113:17, 114:7, 115:12, 115:15, 119:21, 119:25, 121:6, 121:12, 122:8, 123:22, 125:17, 126:6, 130:20, 134:22, 165:3, 172:11, 172:19, 190:21, 192:15, 192:24, 198:5, 199:2, 202:10, 202:20, 203:14, 203:21, 204:18, 204:19, 204:23, 204:25, 205:9, 205:10, 205:13, 205:14, 208:5, 217:17, 218:5, 219:25, 223:15, 225:5, 225:14, 225:17, 226:5, 226:19, 227:5, 227:8, 227:9, 228:25, 229:5, 229:6, 229:7, 231:16, 255:3, 265:5, 267:15, 267:23, 272:25
yearly [4] - 11:7, 70:6, 70:11, 70:21
years [45] - 16:25, 17:3, 17:4, 17:20, 20:14, 28:17, 33:10, 33:13, 34:14, 39:16, 40:3, 40:6, 46:12, 56:16, 59:11, 59:14, 59:16, 60:7, 61:24, 67:24, 85:25, 99:15, 125:20, 126:17, 137:19, 139:3, 151:8, 159:4, 159:9, 172:12, 198:3, 202:6, 202:19, 202:23, 204:7, 204:17, 204:19, 221:4, 222:7, 230:11, 230:12, 261:24, 264:17, 264:20
York [16] - 1:22, 2:7, 3:6, 3:11, 3:17, 5:4, 5:13, 5:14, 33:19, 33:21, 67:23, 141:20, 198:12,

275:7
YORK [1] - 1:2
yourself [6] - 117:21, 124:3, 154:9, 166:22, 244:2, 261:23
Yourself [1] - 9:12

**Z**

zero [4] - 87:20, 87:21, 87:23, 89:22
zeroed [1] - 85:11