Internal Revenue Service
Director of Field Operations                                        Department of the Treasury

Date: October 26, 2006                              Taxpayer Identification Number:
                                                    13-2847594
William H. Jennings, CPA                            Tax Year:
Marks, Paneth &Shron, LLP                           December 31, 2003
88 Froehlich Farm Blvd.                             Form Number:
Woodbury, New York                                  1065
11797-2921                                          Person To Contact:
                                                    Revenue Agent Dennis Whalen
RE: Fifth & 106th Associates                        Employee Identification Number:
                                                    13-25517
                                                    Contact Telephone Number:
                                                    (212) 719-6636

Dear Mr. Jennings:

I have completed the examination of your return for the year(s) shown above. I am pleased to inform you I'm proposing no change to your tax return. As indicated in the enclosed Form 4605-A, *Examination No Change Report,* my findings are subject to the Area Director's approval. You will receive a final no change letter when we finish processing your file.

If you have any questions, please call me at the telephone number shown above within 10 days from the date of this letter. If you write, please include your telephone number and the most convenient time for me to call.

Thank you for your cooperation.

                                                    Sincerely,

                                                    Examining Officer

Enclosures:

Form 4505-A

DEFENDANT'S EXHIBIT

Page 1 of 2

| Form **4605-A** | Department of the Treasury - Internal Revenue Service<br>**Examination Changes – Partnerships, Fiduciaries, Small Business Corporations, and Domestic International Sales Corporations** |

| Name and Address of Taxpayer | Employer Identification Number (TIN) | Form Number: |
|---|---|---|
| Fifth & 106th Street Associates<br>C/O Seavey Organization<br>P. O. Box 1763<br>New York, New York 10156-1763 | 13-2847594 | 1065 |
| | Person Examination Changes Were Discussed With | Name and Title:<br>William H. Jennings<br>Representative |

| 1. Adjustments to ordinary, distributable net, or taxable income | Tax Period: 12/31/2003 | Tax Period: | Tax Period: |
|---|---|---|---|
| a. Repairs & maintenance<br>b. Depreciation<br>c. Management & director fees<br>d.<br>e.<br>f.<br>g. | | | |
| 2. Total adjustment to ordinary, distributable net, or taxable income | | | |
| 3. Ordinary, distributable net, or taxable income as reported | | | |
| 4. Corrected, ordinary, distributable net, or taxable income | | | |
| 5. Other adjustments | | | |
| a. Net income (loss) from rental real estate activities | | | |
| (1) Adjustment | 0.00 | | |
| (2) As reported | (710,140.00) | | |
| (3) Corrected | (710,140.00) | | |
| b. Other deductions | | | |
| (1) Adjustment | 0.00 | | |
| (2) As reported | 1,138,975.00 | | |
| (3) Corrected | 1,138,975.00 | | |

**Remarks**

This is to advise you that the audit resulted in no adjustment to income. This determination is subject to the approval by the Director of Field Operations. No further action is required on your part.

| Examiner's Signature:<br>Dennis Whalen | Employee ID:<br>13-25517 | Office:<br>LMSB:FS:6:1034 | Date:<br>10/20/2006 |
|---|---|---|---|

RGS Version 7.20.00   Form **4605-A-CG**

Taxpayer: Fifth & 106th Street Associates
TIN: 13-2847594

Page   of   2

## Form 4605-A – Other Adjustments (Continued)

|  | Tax Period: 12/31/2003 | Tax Period: | Tax Period: |
|---|---|---|---|
| c. Investment income included in portfolio income | | | |
| (1) Adjustment | 0.00 | | |
| (2) As reported | 87,124.00 | | |
| (3) Corrected | 87,124.00 | | |
| d. Adj./tax pref. items depreciation in serv. after 1986 | | | |
| (1) Adjustment | 0.00 | | |
| (2) As reported | (51,829.00) | | |
| (3) Corrected | (51,829.00) | | |
| (1) Adjustment | | | |
| (2) As reported | | | |
| (3) Corrected | | | |
| (1) Adjustment | | | |
| (2) As reported | | | |
| (3) Corrected | | | |
| (1) Adjustment | | | |
| (2) As reported | | | |
| (3) Corrected | | | |
| (1) Adjustment | | | |
| (2) As reported | | | |
| (3) Corrected | | | |
| (1) Adjustment | | | |
| (2) As reported | | | |
| (3) Corrected | | | |
| (1) Adjustment | | | |
| (2) As reported | | | |
| (3) Corrected | | | |
| (1) Adjustment | | | |
| (2) As reported | | | |
| (3) Corrected | | | |
| (1) Adjustment | | | |
| (2) As reported | | | |
| (3) Corrected | | | |
| (1) Adjustment | | | |
| (2) As reported | | | |
| (3) Corrected | | | |

RGS Version 7.20.00

Form **4605-A-CG (continued)**

| | |
|---|---|
| **Internal Revenue Service**<br>**SBSE Manhattan- Midtown Territory-Group 1** | **Department of the Treasury**<br>110 W. 44th Street<br>10th Floor<br>New York, NY 10036 |

Date:

Marks Paneth & Shron LLP
622 Third Ave.
New York, NY 10017
attn: William Jennings

Taxpayer Name:
Dalton Management LLC

Taxpayer Identification Number:
13-4044256

Form Number:
1065

Year(s):
12/31/2005

Person to Contact/ID Number:
Eweyn Hinds   261235

Contact Telephone Number:
(212) 719-6943

Contact Fax Number:
(212) 719-6307

Dear Mr. Jennings,

We are sending the enclosed material under the provisions of your power of attorney or other authorization we have on file. For your convenience, we have listed the name of the taxpayer to whom this material relates in the heading above.

If you have any questions, please call the contact person at the telephone number shown in the heading of this letter.

Thank you for your cooperation.

Sincerely,

*[signature]*

Eweyn Hinds
Group Manager

Enclosures:
☐ Letter(s)
☐ Report(s)
☐ Copy of Determination Letter
☐ Other  Form 4564

Letter 937 (Rev. 11-2006)
Catalog Number 30760X

**Internal Revenue Service**
**SBSE Manhattan-Midtown Territory- Group 1**

**Department of the Treasury**
110 W. 44th Street
New York, NY 10036

Date:

Number of this Letter 992 (DO)
Person to Contact:

Eweyn Hinds

Dalton Management LLC
3 Park Avenue
New York, NY 10016

Contact Telephone Number
212-719-6943

☐ Form 1120S-Small Business Corporation
   Years:
☒ Form 1065-Partnership
   Years:
☐ Form 5500 Series-Employee Benefit Plan
   Years:

Employer Identification Number:
261235

Plan Number:

File Folder Number:

Dear Dalton Management LLC:

Our recent examination of your returns for the above years shows no change is necessary in the information reported. We have accepted the returns as filed. This is the final notice you will receive regarding the examination.

If you have any questions, please write to the person whose name is shown at the top of this letter or call that person at the telephone number shown. If the number is outside your local calling area, you will be charged a long-distance fee. If you prefer, you may call the IRS telephone number listed in your local directory. An employee there may be able to help you, but this office is most familiar with your case.

Whenever you write to us, please include your area code and telephone number, the best time for us to call you, and this letter. You may want to keep a copy of the letter for your records.

Sincerely yours,

William P. Marshall
Director of Examination, North Atlantic

Letter 992(DO) (Rev. 8-1997)
Catalog Number 40427F