# JOHN L. EDMONDS, ESQ.
## COUNSELOR-AT-LAW

---

### FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| ROBERT W. SEAVEY | JOHN L. EDMONDS |
| **COMPANY:** SEAVEY & SEAVEY | **DATE:** 10/23/2006 |
| **FAX NUMBER:** 212 - 481-3390 | **TOTAL NO. OF PAGES INCLUDING COVER:** 2 |
| **PHONE NUMBER:** 212 – 532-0333 | **SENDER'S REFERENCE NUMBER:** N/A |
| **RE:** CHARLES HILL ASSOC. | **YOUR REFERENCE NUMBER:** N/A |

☐ URGENT  ☐ FOR REVIEW  ☐ PLEASE COMMENT  ☐ PLEASE REPLY  ☐ PLEASE RECYCLE

---

**NOTES/COMMENTS:**

PLEASE SEE ATTACHMENT

---

187-20 GRAND CENTRAL PARKWAY
JAMAICA, NEW YORK 11432
TEL. NO. 718 – 454-5768; FAX NO. 718 – 264-9600; CELL NO. 917 – 797-3330

# JOHN L. EDMONDS, ESQ.
Counselor-at-Law
187-20 Grand Central Parkway
Jamaica, New York 11432

Tel. No. (718) 454-5768        Cell No. (917) 797-3330
Fax No. (718) 264-9600

# MEMORANDUM

To:     Robert W. Seavey & Phyllis Seavey

From:   John L. Edmonds

Re:     Charles Hill Associates

Date:   October 23, 2006

I wish to reiterate as set forth in my Memorandum to you of October 18th, that the only reason Phyllis Seavey is noticing the various General Partners and Limited Partners as to the $287 million is because Phyllis does not have control of these funds; and the Agent for the Development has declined to participate in Phyllis' co-mingling scheme.

My only interest is that the amounts representing the co-mingled funds be released immediately to the participants in the Partnership. I strongly stress that the intentional and purposeful co-mingling of funds may well be addressed both civilly and criminally in our Courts.

Your Friend,

# JOHN L. EDMONDS, ESQ.
## COUNSELOR-AT-LAW

---

### FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| **TO:** PHYLLIS SEAVEY, ESQ. | **FROM:** JOHN L. EDMONDS, ESQ. |
| **COMPANY:** DALTON MANAGEMENT CO. | **DATE:** 3/9/2007 |
| **FAX NUMBER:** 212 – 679-2111 | **TOTAL NO. OF PAGES INCLUDING COVER:** 2 |
| **PHONE NUMBER:** 212 – 679-9800 | **SENDER'S REFERENCE NUMBER:** N/A |
| **RE:** Lakeview, Logan Plaza, Charles Hill, Church Home | **YOUR REFERENCE NUMBER:** N/A |

☐ URGENT   ☒ FOR REVIEW   ☐ PLEASE COMMENT   ☒ PLEASE REPLY   ☐ PLEASE RECYCLE

**NOTES/COMMENTS:**

PLEASE SEE ATTACHED CORRESPONDENCE

---

187-20 GRAND CENTRAL PARKWAY
JAMAICA, NEW YORK 11432
TEL. NO. 718-264-9200; FAX NO. 718-264-9600; CELL NO. 718-797-3330

# JOHN L. EDMONDS, ESQ.
Counselor-at-Law
187-20 Grand Central Parkway
Jamaica, New York 11432

Tel. No. (718) 454-5768     Cell No. (917) 797-3330
Fax No. (718) 264-9600

March 8, 2007

Robert W. Seavey, Esq.
Three Park Avenue
New York, New York 10016

Re: *5th & 106th Street Associates; Logan Plaza; Charles Hill & Church Home*

Dear Bob:

Rudy Clark, CPA, has forwarded to me a copy of your response dated March 2, 2007, in connection with my retention of Mr. Clark in his professional capacity to examine the books and records of Dalton Management, LLC, your family-owned Management Company.

In view of the above-cited correspondence, I am directing this correspondence to you and to Phyllis Seavey, Esq., the principal owner of Dalton Management; Avery Seavey, Esq., a minority owner; Nealle Seavey, Esq., a minority owner; and Ronald Dawley, the Chief Executive Officer of Dalton Management Corp.

I have retained Mr. Clark for the precise purpose of examining all of the books and records of Dalton Management as it relates to the above properties.

This examination will be in accordance with 28 U.S.C. 1331, the Racketeer Influenced and Corrupt Organizations Act ("RICO"), 18 U.S.C. 1964 (a) Personal Jurisdiction over the named Defendants pursuant to U.S.C. 1965.

I anticipate that you, Dalton Management and the owners thereof, will be served by my counsel forthwith. Upon that service, if it is your view that you have been libeled, I invite you to respond by the usual Counterclaim and save what fees you might have to pay in any State Court action.

I shall be happy to address that issue upon the Trial of this matter.

Respectfully,

JOHN L. EDMONDS

Cc: Messrs. Avery Seavey & Ronald Dawley; Phyllis Seavey, Esq., Nealle Seavey, Esq.

# JOHN L. EDMONDS, ESQ.
## Counselor-at-Law
### 187-20 Grand Central Parkway
### Jamaica, New York 11432

Tel. No. (718) 264-9200          Cell No. (917) 797-3330
Fax No. (718) 264-9600

August 22, 2007

Mr. Robert W. Seavey
Three Park Avenue
New York, New York 10016

Re: Fifth & 106th Street; Logan Plaza; Charles Hill & Church Home

Dear Seavey:

Your surface arrogance as reflected in your correspondence of August 14, 2007, received by myself (both by fax and ordinary mail) on or about August 17, 2007, is typical of the determination of you and your wife **(Phyllis M. Seavey)** and the other members of the **Seavey Klan** to loot the various Partnerships that I cited and continue to refuse to pay over moneys due me from each of the Partnerships.

I remind you that it was **EDMONDS**, who was designated by the agencies that made these properties available, and not **ROBERT SEAVEY**. Robert Seavey was brought aboard as a Partner by **JOHN L. EDMONDS**. I am fully aware of your various transgressions in recent years beginning at or about 2000 wherein you have abused the various Partners who have done business with you.

I cite the **JACK GRANAT** action brought against you and **AVERY SEAVEY** for breach of contract, breach of fiduciary duty and conversion. It is my understanding that this action has resulted in a reference to the First Department's Grievance Committee seeking your disbarment as a member of the Bar. That matter is among several where your disbarment is being sought.

I would suggest that you come to your senses. I intend to prosecute your thievery and dishonesty to the fullest extent of the law; and this effort could well result in indictments and jail time.

If that is what you are seeking, so be it.

*EDMONDS*

ROBERT W. SEAVEY

THREE PARK AVENUE
NEW YORK, N.Y. 10016

(212) 532-0333
FAX (212) 481-3390

August 14, 2007

John L. Edmonds, Esq.
187-20 Grand Central Parkway
Jamaica, New York 11432

          RE:    Fifth & 106th Street
                  Logan Plaza
                  Charles Hill Towers
                  <u>Church Home (Canaan IV)</u>

Dear John:

      I have your letter of August 9, 2007. In your last paragraph, you said that you are "a Managing General Partner and Owner ..." You are neither a General Partner nor an Owner in some of these properties.

      In any event, I understand that all of the contracts are available for your accountants in the Dalton Management Office (as they always have been). What is your problem?

      It seems to me if you were a little more gentle in your approach, you could resolve these matters for yourself. I extend myself because of my relationship with you.

                                              Sincerely,

                                              ROBERT W. SEAVEY

RWS:eg

# JOHN L. EDMONDS, ESQ.
Counselor-at-Law
187-20 Grand Central Parkway
Jamaica, New York 11432

Tel. No. (718) 454-5768          Cell No. (917) 797-3330
            Fax No. (718) 264-9600

August 28, 2006

Robert W. Seavey, Esq.   (Certified Mail # 7004 2510 0002 9863 4452 -- RRR)
Three Park Avenue
New York, New York 10016

Dalton Management Co., LLC (Certified Mail # 7004 2510 0002 9863 4469 -- RRR)
3 Park Avenue, Suite 2800
New York, New York 10016

Attention: Mrs. Phyllis Seavey

Dear Bob and Phyllis:

    This correspondence is in response to Dalton Management's letter dated August 22, 2006, signed by Phyllis and faxed to the undersigned on August 23rd.

    PLEASE BE ADVISED, that I reject the demands set forth in that correspondence on the grounds that they are an attempt at Blackmailing and that said demands are clearly unrelated to any Management function.

    The letter also subjects the officers and owners of the Seavey Organization and Dalton Management to both Civil and Criminal liability.

    The Government requires each tenant to complete an application as to the tenants' income in order to determine the tenants' eligibility for Enhanced Vouchers. Manangement merely provides a list of tenants and their lease as verification of their respective tenancy.

    The Government also requires Management at a central location (Site Management Office) to distribute the application for the Enhanced Voucher Program.

    Therefore, the responsibility of Management is simple and the requirements of the Government are plainly within the scope of Dalton's responsibility as Managing Agent. Dalton has no responsibility to qualify anyone.

Robert Seavey & Phyllis Seavey                    -2-                    August 28, 2006

    I have forwarded a copy of Dalton's correspondence to the Limited Partners. They have informed me that they fully support my position; and that they will forward you correspondence to that effect.

    Bob, I warn you that I will use every means under the Law, both Civil and Criminal, to prosecute this quality of vicious "hustling."

Your Friend,

*[signature]*

JOHN L. EDMONDS

Cc: Gary Singer, Esq.
      Steven Singer, Esq.

# JOHN L. EDMONDS, ESQ.

Counselor-at-Law
187-20 Grand Central Parkway
Jamaica, New York 11432

*Tel: No. (718) 264-9200*     *Cell No. (917) 797-3330*
*Fax No. (718) 264-9600*

March 27, 2007

Robert Seavey
Philip Seavey
Dalton Management
3 Park Avenue, 31st Floor
New York, NY 10016

Ref:   Lakeview
       Logan Plaza
       Charles Hill
       Canaan 1V

Dear MESSRS:

I have retained the accounting firm of Cameron, Griffiths & Pryce, CPAs LLC to conduct an examination of the referenced properties under the management of Dalton Management, LLC.

Please make available to the auditors the financial records for the years 1996 through 2006 inclusive, and all supporting documentation. The expected commencement of the examination is on or about April 2, 2007.

Please allow the examination to be done on premises so that requested documents will be readily accessible without the need to remove them from the premises.

Thanks in advance for your co-operation in this matter.

Sincerely,

*[signature]*
JOHN EDMONDS

DEFENDANT'S EXHIBIT
3
EM 4-7-09