**Cameron, Griffiths & Pryce, CPAs, LLC**
739 Utica Avenue, Brooklyn, New York, 11203
Phone: 718-467-8535
Fax: 718-953-8323

## INDEPENDENT AUDITORS' REEPORT

We were engaged to audit the balance sheet of Logan Plaza Associates, Fifth and 106th Street Associates (Lakeview), Charles H Hill Housing, and Church Home Associates, New York State Limited Liability Corporations, as of December 31, 2006, and the related statements of income, retained earnings, and cash flows for the year then ended. These financial statements are the responsibility of the company's management.

We were unable to complete the audits because the company's management refused to provide documentation and or explanation to substantiate items in the general ledger some of which include: several journal entries recorded in general ledgers of all four companies; the original document to support the Notes Payable to Seavey on Lakeview; support for the balances recorded in Lakeview's Money Market and investment accounts, among many others.

Because we were unable to obtain substantiation for several items recorded in the general ledger, and we were unable to apply alternative auditing procedures to the items listed and the others mentioned, as discussed in the preceding paragraph, the scope of our work was not sufficient to enable us to express, and we do not express an opinion on the financial statements referred to in the first paragraph.

*Cameron, Griffith & Pryce, CPAs, LLC*
Brooklyn, NY
November 29, 2007



DEFENDANT'S EXHIBIT 14
dm 4-21-09