Thomas R. Manisero, Esq. (TM 8548)
William J. Kelly, Esq. (WK 5966)
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
Attorneys for Defendants Marks, Paneth & Shron, LLP
3 Gannett Drive
White Plains, NY 10604
(914) 323-7000
(914) 323-7001 (fax)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN L. EDMONDS, individually and as a Managing General Partner of FIFTH AND 106TH STREET HOUSING COMPANY, INC., LOGAN PLAZA ASSOCIATES, LP CHARLES H. ASSOCIATES a/k/a CHARLES H. HILL ASSOCIATES, LP AND AS A LIMITED PARTNER OF CHURCH HOME ASSOCIATES, LP,<br><br>      Plaintiff,<br><br> - against -<br><br>ROBERT W. SEAVEY, individually and as a General Partner of FIFTH AND 106TH STREET ASSOCIATES, LP, LOGAN PLAZA ASSOCIATES, LP, CHARLES HILL ASSOCIATES, CHARLES HILL ASSOCIATES, LP and as a Limited Partner of CHURCH HOME ASSOCIATES, LP; PHYLLIS M. SEAVEY, individually and as owner, manager and member of DALTON MANAGEMENT COMPANY LLC; AVERY B. SEAVEY, individually and as a General Partner of LOGAN PLAZA ASSOCIATES, LP, CHURCH HOME ASSOCIATES and owner of DALTON MANAGEMENT COMPANY, LLC; and RONALD DAWLEY, as Chief Executive Officer of DALTON MANAGEMENT COMPANY, LLC; DALTON MANAGEMENT COMPANY, LLC, and THE SEAVEY ORGANIZATION; and MARKS PANETH & SHRON, Auditors,<br><br>      Defendants. | 08 – CV – 5646 (HB)<br><br>NOTICE OF MOTION FOR SANCTIONS PURSUANT TO Fed. R. Civ. P. 11 |

2436885.1

**PLEASE TAKE NOTICE** that upon the accompanying Declaration of William J. Kelly, Esq., dated July __, 2009, and the exhibits annexed thereto, the defendants Marks, Paneth & Shron, LLP, will move this Court, at a time to be determined by the court, at the United States District Court located at Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007-1312 or as soon thereafter as counsel may be heard, for an order pursuant to Fed. R. Civ. Pro. 11, finding that the complaint as against Marks Paneth & Shron and plaintiff's June 17, 2008 affidavit are frivolous and sanctioning plaintiff and/or his counsel for their conduct in violation of Rule 11 and for any other relief the court finds just and proper.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to Local Rule 6.1(b) any and all opposing Affirmations and/or Affidavits are to be served within 10 business days of the date of service of this motion.

Dated:    New York, New York
         July __, 2009

                                    Wilson, Elser, Moskowitz, Edelman
                                    & Dicker LLP

                                    By: _____
                                        Thomas R. Manisero (TM-8548)
                                        William J. Kelly (WK-5966)
                                        *Attorneys for Defendants*
                                        *Marks Paneth & Shron, LLP*
                                        3 Gannett Drive
                                        White Plains, New York 10604
                                        914-323-7000
                                        Fax: 914-323-7001
                                        01439.00148

2436885.1